AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization, <br> *Plaintiff(s)* <br> v. <br> KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida, <br> *Defendant(s)* | Civil Action No. 25-CV-22896-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kristi Noem, in her official capacity as Secretary of the
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
c/o Haden O'Byrne
United States Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint* or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Schwiep, Esq.
Coffey Burlington, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133

* and Expedited Motion for Temporary Restraining Order and Preliminary Injunction

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 27, 2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization, <br> *Plaintiff(s)* <br> v. <br> KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida, <br> *Defendant(s)* | Civil Action No.  25-CV-22896-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Todd Lyons, in his official capacity as Acting Director of the
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT
c/o Haden O'Byrne
United States Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint* or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

* and Expedited Motion for Temporary Restraining Order and Preliminary Injunction

Paul J. Schwiep, Esq.
Coffey Burlington, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Jun 27, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts