IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FRIENDS OF THE EVERGLADES, INC.,
a Florida not-for-profit corporation;
and CENTER FOR BIOLOGICAL DIVERSITY,
a 501(c)(3) nonprofit organization,

    *Plaintiffs*,

    v.                                                                  No. 1:25-cv-22896-JEM

KRISTI NOEM, in her official capacity as
as Secretary of the United States
Department of Homeland Security;
TODD LYONS, in his official capacity as
Acting Director of the United States
Immigration and Customs Enforcement;
KEVIN GUTHRIE, in his official capacity
as Executive Director of the Florida
Division of Emergency Management;
and MIAMI-DADE COUNTY, a political
subdivision of the State of Florida.

    *Defendants*.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of Robert S. Schenck, as counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management. Please serve copies of all filings, orders, and other correspondence at the following addresses:

1

Primary E-mail: robert.schenck@myfloridalegal.com

Secondary E-mail: jenna.hodges@myfloridalegal.com

Respectfully submitted,

James Uthmeier
  *Attorney General*

*/s/ Robert S. Schenck*
Nathan Forrester (FBN 1045107)
  *Chief Deputy Solicitor General*
Robert S. Schenck (FBN 1044532)
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
robert.schenck@myfloridalegal.com
jenna.hodges@myfloridalegal.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF system, which will provide notice to all parties, on June 27, 2025.

*/s/ Robert S. Schenck*
Robert S. Schenck