# STATE OF FLORIDA
## OFFICE OF THE GOVERNOR
## EXECUTIVE ORDER NUMBER 25-120
(Emergency Management – Extension of Executive Order 23-03 – Illegal Immigration)

**WHEREAS,** on January 6, 2023, I issued Executive Order 23-03, declaring a state of emergency in Florida due to the mass migration of illegal aliens to Florida; and

**WHEREAS,** Executive Order 23-03, as subsequently extended by Executive Order 25-75, expires on June 3, 2025, unless extended; and

**WHEREAS,** an extension of Executive Order 23-03 is necessary because the large influx and number of illegal aliens within the State remains and the response from the Biden Administration was inadequate; and

**WHEREAS,** this ongoing crisis continues to strain local resources and requires the continued coordination, direction, and resources of the State of Florida.

**NOW, THEREFORE, I, RON DESANTIS,** as Governor of Florida, by virtue of the authority vested in me by Article IV, Section l(a) of the Florida Constitution and by the Florida Emergency Management Act, as amended, and all other applicable laws, promulgate the following Executive Order, to take immediate effect:

Section 1. The state of emergency and all provisions of Executive Order 23-03 are renewed for sixty (60) days following the date of this Executive Order.

Section 2. Except as amended herein, Executive Order 23-03 is ratified and reaffirmed.

County Exhibit B

Section 3. This Executive Order is effective immediately.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 2nd day of June, 2025.

_____
RON DESANTIS, GOVERNOR

ATTEST:

_____
SECRETARY OF STATE

FILED
2025 JUN -2 AM 9:20
DEPARTMENT OF STATE
TALLAHASSEE, FL

2