

**DANIELLA LEVINE CAVA**
MAYOR
MIAMI-DADE COUNTY

June 23, 2025

Kevin Guthrie
Director, Florida Division of Emergency Management
Tallahassee, FL 32399

**RE: Response To Letter of Intent for Purchase of TNT**

Dear Director Guthrie,

I am writing in response to the Letter of Intent (LOI) issued by the Florida Division of Emergency Management (FDEM) regarding the Dade-Collier Training and Transition Airport (TNT) site owned by Miami-Dade County. After our initial internal review and consultation with our public safety, legal, emergency management, and environmental teams, we are requesting additional information and details particularly regarding environmental safeguards prior to proceeding with a final response to the LOI.

We have always been committed to strong collaboration with the State of Florida and FDEM on all matters of emergency preparedness, response, and resilience. Due to the location of this parcel in a critical area, the conveyance of this parcel requires considerable review and due diligence before actions can be taken that could have significant long-term impact on our community. In addition, I appreciate that you have cited Emergency Executive Orders issued by the Governor, and of course Miami-Dade County will comply with such orders and state and federal laws. However, it is also imperative that we fully understand the scope and scale of the proposed use of the site and what will be developed, as the impacts to the Everglades ecosystem could be devastating.

Therefore, we would appreciate additional information regarding three specific areas of concern as we work with your team to fully evaluate the LOI.

**Environmental Impacts and Mitigation**: With the federal and state government investing well over $10 billion since 2019 in Everglades restoration and protection, we would appreciate a detailed analysis and report on environmental impacts of this facility to the Everglades. We would also value input from the appropriate federal agencies on their environmental reviews and analyses prior to proceeding. As a long-time champion of our Everglades and clean drinking water, I am committed to ensuring we continue bipartisan protections for our greatest natural resource – which is the cornerstone of our regional economy – and firmly believe that every decision made must properly weigh impacts on the short- and long-term consequences to the area. In fact, the County had previously negotiated in good faith a possible sale of the TNT site to the state in order to support our shared Everglades restoration goals.

**Financial Analysis and Proper Appraisals for Land Value:** While we appreciate the letter of intent includes an offer to purchase the site for $20 million, this amount is significantly lower than the most recent appraisal; the latest available appraisal, prepared by the firm Urban Economics, values the total site to be worth at least $190 million. The potential sale requires a full updated appraisal and a deeper financial analysis to ensure the County is continuing to act as a responsible steward of taxpayer assets,

County Exhibit D



**DANIELLA LEVINE CAVA**
MAYOR
MIAMI-DADE COUNTY

particularly in light of current budgetary challenges. Miami-Dade County is facing significant strains on our resources as we prepare for the coming fiscal year. Continued financial pressure from proposed state budget reductions and new demands on local revenue create further fiscal constraints, making it even more critical that we don't undervalue this important and unique piece of property. It is imperative that we maximize the value of all taxpayer assets as we are actively in the midst of streamlining operations and finding savings to better leverage public dollars and conserve county resources.

**Public Safety and Security:** Finally, we request a deeper understanding of the security measures that will be put in place to ensure the safety of our community in light of these planned operations. This facility was not designed or set up to operate as a detention center and it is important that our residents understand protocols and policies in place to ensure public safety.

I understand there is an intention to begin work on the site as early as Monday. There has not been sufficient time to fully discuss these matters, and we thank you for your attention to these concerns given the rapid pace of the state's effort. I trust we will continue to work in partnership on initiatives that ensure the safety and wellbeing of all Floridians.

Sincerely,

*Daniella Levine Cava*

Daniella Levine Cava
Mayor, Miami-Dade County