

# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor*          **Kevin Guthrie,** *Executive Director*

**VIA ELECTRONIC MAIL**

June 23, 2025

The Honorable Daniella Levine Cava
Mayor, Miami-Dade County
Stephen P. Clark Center
111 NW 1st Street
Miami, FL 33128

**Re: Notice of Intent to Utilize the Dade-Collier Training and Transition Airport (TNT)**

Dear Mayor Levine Cava,

I am in receipt of your "Response to Letter of Intent for Purchase of TNT" dated June 23, 2025. On behalf of the State of Florida and the Florida Division of Emergency Management (the "Division"), this letter serves as notice that the Division intends to utilize the Dade-Collier Training and Transition Airport, located at 54575 Tamiami Trail E, Ochopee, Florida, 34141 (the "Property"), pursuant to Governor DeSantis's emergency powers under section 252.36(6)(b) and (i), Florida Statutes, and delegated to me as the State Coordinating Officer in Executive Order 23-03, which remains in effect and was most recently extended by Executive Order 25-120. The Division's utilization of the Property will last no longer than the duration of the state of emergency.

While the negotiations to purchase the property are underway, the Division will begin immediate utilization of the improved area of the site, as I now deem it necessary to meet the Division's current operational demands in coping with the emergency. Time is of the essence. We must act swiftly to ensure readiness and continuity in our statewide operations to assist the federal government with immigration enforcement. The Division remains committed to working collaboratively with all appropriate authorities.

I appreciate your support of statewide emergency operations and your commitment to our shared mission to safeguard the people of Florida. I request that your team coordinate with the Division's General Counsel, Stephanie Houp, Esq., should there be any questions or concerns regarding this matter.

Thank you for your partnership and prompt attention.

Sincerely,

*[signature]*

**Kevin Guthrie**
Executive Director
Florida Division of Emergency Management
Kevin.Guthrie@em.myflorida.com
(850) 294-8250

County Exhibit E

**DIVISION HEADQUARTERS**
2555 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

Telephone: 850-815-4000
www.FloridaDisaster.org

**STATE LOGISTICS RESPONSE CENTER**
2702 Directors Row
Orlando, FL 32809-5631