UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896
Judge Jose E. Martinez

FRIENDS OF THE EVERGLADES, INC., et al.

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

_____

**NOTICE OF APPEARANCE**

Please take notice that Jesse Panuccio and Evan Ezray of Boies Schiller Flexner LLP, admitted to practice in this Court, hereby appear as counsel for Defendant Kevin Guthrie, and request that copies of all subsequent correspondence, notices, discovery, motions, and pleadings be forwarded to them.

Dated: June 30, 2025

    Respectfully submitted,

    **BOIES SCHILLER FLEXNER LLP**

    */s/ Jesse Panuccio*
    Jesse Panuccio (Florida Bar No. 31401)
    Evan Ezray (Florida Bar No. 1008228)
    401 E. Las Olas Blvd., Suite 1200
    Fort Lauderdale, FL, 33301
    954-356-0011
    jpanuccio@bsfllp.com
    eezray@bsfllp.com

    ***Counsel for Defendant KEVIN GUTHRIE***