**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22896-JEM**

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

        Defendants.

**PLAINTIFFS' NOTICE OF SERVICE
EFFORTS ON FEDERAL DEFENDANTS**

Plaintiffs, through undersigned counsel, hereby give notice of the following efforts to provide notice to Defendants Kristi Noem, in her official capacity as Secretary of the United States Department Of Homeland Security and Todd Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement of the filing of the Complaint for Declaratory and Injunctive Relief in this action (ECF No. 1, the "Complaint"), and Expedited Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5, the "TRO Motion").

Immediately upon the filing of the Complaint, on Friday, June 27, 2025 at 12:03 P.M., Plaintiffs' counsel emailed the Complaint, along with the Summonses and Civil Cover Sheet to United States Attorney for the Southern District Hayden O'Byrne. A true copy of the June 27, 2025 at 12:03 P.M. email (excluding attachments) is attached hereto as Exhibit 1. At 2:25 P.M. on June 27, 2025, Plaintiffs' counsel emailed the TRO Motion and proposed order to United States Attorney for the Southern District O'Byrne. A true copy of the June 27, 2025 2:25 P.M. email (excluding attachments) is attached hereto as Exhibit 2. The same day, under Fed. R. Civ. P. 4(i), the Summonses, Complaint and TRO Motion were served via Certified Mail/Return Receipt Requested. *See* Composite Exhibit. 3.  On June 30, 2025, courtesy copies of the Complaint and TRO Motion were hand-delivered to the United States Attorney's Office for the Southern District of Florida (Miami Division). A true copy of the correspondence (excluding enclosures) is attached hereto as Exhibit 4, and proof of delivery is attached as Exhibit 5.

Dated:   June 30, 2025

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida  33137<br>Telephone:  (305) 440-5432 | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900 |
| By:          s/   Tania Galloni<br>   Tania Galloni, Fla. Bar No. 619221<br>   tgalloni@earthjustice.org<br>   Dominique Burkhardt, Fla. Bar No. 100309<br>   dburkhardt@earthjustice.org<br>   Alisa Coe, Fla. Bar No. 10187<br>   acoe@earthjustice.org | By:          s/   Paul J. Schwiep<br>   Paul J. Schwiep, Fla. Bar No. 823244<br>   PSchwiep@CoffeyBurlington.com<br>   Scott Hiaasen, Fla. Bar No. 103318<br>   SHiaasen@CoffeyBurlington.com<br>   YVB@CoffeyBurlington.com<br>   LPerez@CoffeyBurlington.com<br>   service@CoffeyBurlington.com |
| *Counsel for Friends of Everglades* | *Counsel for Plaintiffs* |

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Center for Biological Diversity*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

    s/   Paul J. Schwiep

| Service List | |
|---|---|
| **Nathan A. Forrester**<br>   Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>   Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida  32399-1050<br>Telephone:  (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | BOIES SCHILLER FLEXNER LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* |
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl, Esq.**<br>wahl@miamidade.gov<br>**David M. Murry, Esq.**<br>dmmurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida  33128<br>kgriffin@FlyMIA.com<br>victor.rodriguez3@miamidade.gov<br><br>*Counsel for Miami-Dade County* | |