| | |
|---|---|
| **From:** | Paul J. Schwiep |
| **To:** | USAFLS.CitizenComplaints@usdoj.gov |
| **Cc:** | Dominique Burkhardt; Scott A. Hiaasen; EBennett@BiologicalDiversity.org; Jason Totoiu; Jason Totoiu; Yvette Van Bylevelt |
| **Subject:** | Friends of the Everglades, et al. v. Noem, et al. |
| **Date:** | Friday, June 27, 2025 12:02:59 PM |
| **Attachments:** | 2025.06.27 - DE 1 unissued Summons - Todd Lyons.pdf |
| | 2025.06.27 - DE 1 Civil Cover Sheet.pdf |
| | 2025.06.27 - DE 1 Complaint for Declaratory and Injunctive Relief.pdf |
| | 2025.06.27 - DE 1 unissued Summons - Kevin Guthrie.pdf |
| | 2025.06.27 - DE 1 unissued Summons - Kristi Noem.pdf |
| | 2025.06.27 - DE 1 unissued Summons - Miami-Dade County.pdf |

Dear United States Attorney O'Byrne:

Please find attached a Complaint filed today against Secretary Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security ("USDHS"), and Director Todd Lyons, in his official capacity as Director of the United States Immigration and Customs Enforcement ("ICE"). As noted in the Complaint, Plaintiffs are seeking expedited temporary relief. This email is provided in order to confer notice of the action. Please advise to whom future communications in this matter should be directed.

Thank you in advance for your attention to this matter.

Pablo J. Schwiep

COFFEY | BURLINGTON
O.  305-858-2900
M.  305-495-3833

---

**From:** Yvette Van Bylevelt <yvb@coffeyburlington.com>
**Sent:** Friday, June 27, 2025 11:42 AM
**To:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Subject:** Alligator Alcatraz | filed Complaint

Yvette Van Bylevelt
*Legal assistant to Paul J. Schwiep and Melissa J. Jacobs*
COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T. 305-858-2900

<span style="color:red">Exhibit 1</span>

F. 305-858-5261
www.coffeyburlington.com

CONFIDENTIALITY NOTE:   This electronic message transmission contains information from the law firm of Coffey Burlington, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

Exhibit 1