| | |
|---|---|
| **From:** | Paul J. Schwiep |
| **To:** | USAFLS.CitizenComplaints@usdoj.gov |
| **Cc:** | Scott A. Hiaasen; Yvette Van Bylevelt; Loisset Dulzaides-Perez; Service; EBennett@biologicaldiversity.org; Tania Galloni; jtotoiu@biologicaldiversity.org; dburkhardt@earthjustice.org" |
| **Subject:** | 1:25-cv-22896-JEM \| Plaintiff"s Expedited Motion \| Friends of the Everglades v. Kristi Noem, in her official capacity |
| **Date:** | Friday, June 27, 2025 2:25:15 PM |
| **Attachments:** | 2025.06.27 Proposed Order Granting TRO.docx<br>2025.06.27 - DE 5 Pls" Expedited Motion for Temporary Restraining Order and Preliminary Injunction.pdf |

Dear United States Attorney O'Byrne:

Please find attached Plaintiffs' communication to the Court requesting a hearing on Plaintiffs' Expedited Motion for a Temporary Restraining Order and Preliminary Injunction. Please kindly confirm receipt of this electronic notification.

Pablo J. Schwiep

COFFEY | BURLINGTON
O.  305-858-2900
M.  305-495-3833

---

**From:** Yvette Van Bylevelt <yvb@coffeyburlington.com>
**Sent:** Friday, June 27, 2025 2:05 PM
**To:** martinez@flsd.uscourts.gov
**Cc:** Paul J. Schwiep <pschwiep@coffeyburlington.com>; Scott A. Hiaasen <shiaasen@coffeyburlington.com>; Yvette Van Bylevelt <yvb@coffeyburlington.com>; Loisset Dulzaides-Perez <lperez@coffeyburlington.com>; Service <service@coffeyburlington.com>; EBennett@biologicaldiversity.org; tgalloni@earthjustice.org; jtotoiu@biologicaldiversity.org; dburkhardt@earthjustice.org
**Subject:** 1:25-cv-22896-JEM | Plaintiff's Expedited Motion | Friends of the Everglades v. Kristi Noem, in her official capacity

Good afternoon Your Honor,

**Re:    Friends of the Everglades v. Kristi Noem, in her official capacity
         as Secretary of the United States Department of Homeland Security
         Case No. 1:25-cv-22896-JEM**

On behalf of Paul J. Schwiep, attached for the Court's consideration is a proposed order (in Word format) on Plaintiffs' ***Expedited*** Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5, copy also attached for ease of reference).

Should you have any questions, please have your Judicial Assistant contact us.

<div style="text-align:right; color:red">Exhibit 2</div>

Respectfully,

Yvette Van Bylevelt
*Legal assistant to Paul J. Schwiep and Melissa J. Jacobs*
COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T. 305-858-2900
F. 305-858-5261
www.coffeyburlington.com

CONFIDENTIALITY NOTE:   This electronic message transmission contains information from the law firm of Coffey Burlington, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

Exhibit 2