**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Miami, FL 33132

Postage  $4.85
Certified Fee  $0.00
Return Receipt Fee (Endorsement Required)  $0.00
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $9.85

$18.30
Sent To: Kristi Noem
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7012 3460 0002 9004 3285
PS Form 3800, August 2006    See Reverse for Instructions

Postmark: JUN 27 2025 — COCONUT GROVE POST OFFICE, MIAMI, FLORIDA 33133 — 06/27/2025

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20530

Postage  $4.85
Certified Fee  $0.00
Return Receipt Fee (Endorsement Required)  $0.00
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $11.00

$19.45
Sent To: Pam Bondi
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7013 2250 0000 4792 6066
PS Form 3800, August 2006    See Reverse for Instructions

Postmark: JUN 27 2025 — COCONUT GROVE POST OFFICE, MIAMI, FLORIDA 33133 — 06/27/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Miami, FL 33132

Postage  $4.85
Certified Fee  $0.00
Return Receipt Fee (Endorsement Required)  $0.00
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $9.85

$18.30
Sent To: Todd Lyons
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7013 2250 0000 4792 6073
PS Form 3800, August 2006    See Reverse for Instructions

Postmark: JUN 27 2025 — COCONUT GROVE POST OFFICE, MIAMI, FLORIDA 33133 — 06/27/2025

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20530

Postage  $4.85
Certified Fee  $0.00
Return Receipt Fee (Endorsement Required)  $0.00
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $11.00

$19.45
Sent To: Pam Bondi
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7013 2250 0000 4792 6059
PS Form 3800, August 2006    See Reverse for Instructions

Postmark: JUN 27 2025 — COCONUT GROVE POST OFFICE, MIAMI, FLORIDA 33133 — 06/27/2025

Composite Exhibit 3



## UNITED STATES POSTAL SERVICE.

```
              COCONUT GROVE
              3191 GRAND AVE
            MIAMI, FL 33133-9998
                www.usps.com
06/27/2025                          04:03 PM
---------------------------------------------
              TRACKING NUMBERS
            70132250000047926059
            70132250000047926073
            70123460000290043285
            70132250000047926066
---------------------------------------------
       TRACK STATUS OF ITEMS WITH THIS CODE
                (UP TO 25 ITEMS)
```



```
          TRACK STATUS BY TEXT MESSAGE
       Send tracking number to 28777 (2USPS)
       Standard message and data rates may apply
---------------------------------------------
              TRACK STATUS ONLINE
         Visit https://www.usps.com/tracking
           Text and e-mail alerts available
---------------------------------------------
                PURCHASE DETAILS
---------------------------------------------
Product              Qty    Unit      Price
                            Price
---------------------------------------------
Priority Mail®         1              $11.00
   Washington, DC 20530
   Weight: 0 lb 12.40 oz
   Expected Delivery Date
   Mon 06/30/2025
   Insurance                           $0.00
      Up to $100.00 included
   Certified Mail®                     $4.85
      Tracking #:
         70132250000047926059
   Return Receipt                      $4.10
      Tracking #:
         9590 9402 9259 4295 9611 26
Total                                 $19.95

Priority Mail®         1               $9.35
   Miami, FL 33132
   Weight: 0 lb 12.30 oz
   Expected Delivery Date
   Mon 06/30/2025
   Insurance                           $0.00
      Up to $100.00 included
   Certified Mail®                     $4.85
      Tracking #:
         70132250000047926073
   Return Receipt                      $4.10
      Tracking #:
         9590 9402 9259 4295 9611 57
Total                                 $18.30

Priority Mail®         1               $9.35
   Miami, FL 33132
   Weight: 0 lb 12.30 oz
   Expected Delivery Date
   Tue 07/01/2025
   Insurance                           $0.00
      Up to $100.00 included
   Certified Mail®                     $4.85
      Tracking #:
         70123460000290043285
   Return Receipt                      $4.10
      Tracking #:
         9590 9402 9259 4295 9611 40
Total                                 $18.30

Priority Mail®         1              $11.00
   Washington, DC 20530
   Weight: 0 lb 12.40 oz
   Expected Delivery Date
   Wed 07/02/2025
   Insurance                           $0.00
      Up to $100.00 included
   Certified Mail®                     $4.85
      Tracking #:
         70132250000047926066
   Return Receipt                      $4.10
      Tracking #:
         9590 9402 9259 4295 9611 33
Total                                 $19.95
---------------------------------------------
Grand Total:                          $76.50
```

**Composite Exhibit 3**