# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

June 30, 2025

**PAUL J. SCHWIEP**
pschwiep@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  C.305·495·3833
www.coffeyburlington.com

**Via Hand Delivery**

Hayden O'Byrne
Acting United States Attorney
U.S. Attorney's Office
Southern District of Florida (Miami)
99 Northeast 4th Street
Miami, Florida  33132
(305) 961-9001

Re:   Friends of the Everglades v. Kristi Noem, in her official capacity
       as Secretary of the United States Department of Homeland Security
       USDC SDFL Case No. 1:25-cv-22896-JEM

Dear Ms. O'Byrne:

Enclosed please find courtesy copies of the **Plaintiffs' Complaint for Declaratory and Injunctive Relief** and **Plaintiffs' Expedited Motion for Temporary Restraining Order and Preliminary Injunction**. These are being provided as an informal courtesy copy, pending formal service of process.

On June 27, 2025, copies of the Complaint and Motion, along with Summonses, were sent via Certified Mail, Return Receipt Requested, to Kristi Noem, Todd Lyons, and Pam Bondi.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

*Paul J. Schwiep*

Paul J. Schwiep

PJS:yvb

Enclosures

Copies furnished via electronic mail, without enclosures:
Nathan A. Forrester, Esq.
    nathan.forrester@myfloridalegal.com
    jenna.hodges@myfloridalegal.com
Robert S. Schenck, Esq.
    robert.schenck@myfloridalegal.com
David M. Murry, Esq.
    dmmurray@FlyMIA.com
    kgriffin@FlyMIA.com
    victor.rodriguez3@miamidade.gov
 Christopher J. Wahl, Esq.
    wahl@miamidade.gov

Exhibit 4