| | |
|---|---|
| **From:** | orders@barondelivers.com |
| **To:** | Yvette Van Bylevelt |
| **Subject:** | [EXTERNAL] Delivery Confirmation for Control # 1870313 |
| **Date:** | Monday, June 30, 2025 10:33:17 AM |

BARON MESSENGER SVC.

ATTN: YVETTE

CTRL: 1870313   ORDER DATE: 6/30/25   SERVICE TYPE: 911
CUST: 6869 COFFEY BURLINGTON                REF: 2446.016

PU: COFFEY BURLINGTON           DL: U.S. ATTORNEYS OFFICE
  2601 S BAYSHORE DRIVE #PH-1       99 NE 4TH ST
  COCONUT GROVE   FL  33133         MIAMI         FL  33132

  TO SEE: YVETTE            TO SEE: HEYDEN O'BYRNE

PU DATE:  6/30/25    PU TIME: 09:55

DEL DATE:  6/30/25   TIME: 10:32   SIGN: ANNETTE LIMA

ENTERED DATE:  6/30/25  ENTERED TIME: 08:46

Exhibit 5