# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., et al.

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

_____/

**DECLARATION OF KEITH PRUETT IN SUPPORT OF DEFENDANT KEVIN GUTHRIE'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Keith Pruett, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and review of the relevant records maintained in the ordinary course of business:

1. I am Deputy Executive Director for the Florida Division Emergency . I make this declaration in support of Defendant Kevin Gutherie's opposition to Plaintiffs' motion for a temporary restraining order. If called as a witness, I could and would competently testify to the matters set forth herein.

2. The State of Florida is funding the construction and operation of a temporary detention facility at the Dade-Collier Training and Transition Airport.

3. Florida plans to seek reimbursement of its expenses from the federal government. But Florida has yet to receive any such reimbursement and the precise source and amount of any such reimbursement is unknown.

4. The Dade-Collier Training and Transition Airport is an active airfield. My understanding is that the airfield is used daily, including by large aircraft. In the last six months, there have been about 28,000 flights.

5. There is also two buildings on the site that are lit 24 hours a day.

6. Compared to the current uses of the Dade-Collier Training and Transition Airport, any environmental impact from the construction or operation of a temporary detention and deportation facility is likely to be minimal.

Executed on June 30, 2025, in Tallahassee, Florida.

_____
Keith Pruett, Executive Deputy Director