UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-22896-CIV-MARTINEZ

FRIENDS OF THE EVERGLADES, INC., a Florida
501(c)(3) not-for-profit corporation, and CENTER
FOR BIOLOGICAL DIVERSITY, a 501(c)(3)
nonprofit organization,

      Plaintiffs,

vs.

KRISTI NOEM, in her official capacity
as Secretary of the UNITED STATES
DEPARTMENT OF HOMELAND SECURITY;
TODD LYONS, in his official capacity as Acting
Director of the UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT; KEVIN
GUTHRIE, in his official capacity as Executive
Director of the Florida Division of Emergency
Management; and MIAMI-DADE COUNTY, a
political subdivision of the State of Florida,

      Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL AND INTENT TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

      Please take notice that Assistant United States Attorney Carlos J. Raurell hereby appears as counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement.

      In addition to the undersigned counsel, an attorney from the Environment and Natural Resources Division in the United States Department of Justice will enter an appearance once ECF access is secured. The United States intend to file an opposition to Plaintiffs' motion for temporary restraining order as soon as possible, but no later than July 1, 2025, even though

Plaintiffs have not perfected service on the United States. The United States will also coordinate with counsel on an expedited schedule for preliminary injunction briefing.

Dated: July 1, 2025

                                          Respectfully Submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

/s/ Carlos J. Raurell
Fla. Bar No. 529893

99 Northeast 4th Street
Miami, Florida 33132
305-961-9243
carlos.raurell@usdoj.gov