UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-22896

FRIENDS OF THE EVERGLADES, INC., a Florida 501(c)(3) not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,
    Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that trial attorney Hayley A. Carpenter hereby appears as counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement.

Dated: July 2, 2025

        Respectfully Submitted,

        ADAM R.F. GUSTAFSON

        Acting Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

<u>s/   Hayley A. Carpenter</u>
HAYLEY A. CARPENTER (CA Bar No.  312611)
Trial Attorney
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0242
hayley.carpenter@usdoj.gov

*Counsel for Kristi Noem, in her official capacity as Director of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*