

Composite Exhibit B



Composite Exhibit B