## DECLARATION OF LAURA REYNOLDS AND RA SCHOOLEY

1. My name is Laura Reyolds, and I make this declaration on personal knowledge.

2. My name is Ra Schooley, and I make this declaration on personal knowledge

3. Attached hereto as Exhibit 1 and is a true and accurate video of the Dade-Collier Training and Transition Airport ("TNT Site") as it appeared in a timeline series from June 21, 2025. These screenshots and video show the site prior to the start of this project. The video was taken by Ra Schooley using a GoPro Camera. We were the only ones handling the footage and hereby confirm that it has not been altered and it accurately represents the condition of the TNT Site on June 21, 2025.

4. Attached hereto as Exhibit 2 and are true and accurate photographs of the Dade-Collier Training and Transition Airport ("TNT Site") as it appeared on June 26, 2025. The photographs were taken using an iPhone by Colton Randell a pilot who we asked to take photographs, and we hereby confirm that we did not alter the images and that the photographs accurately represent the condition of the TNT Site on June 26, 2025.

5. Attached hereto is Exhibit 3 are true and accurate photographs of the Dade-Collier Training and Transition Airport ("TNT Site") as it appeared on June 29, 2025. The Photographs were taken using a Cannon 40 D Digital Camera by Ra Schooley. We were the only one handling the footage and hereby confirm they were not altered, and they accurately represent the condition of the TNT Site on June 29, 2025.

6. Attached hereto is Exhibit 4 are true and accurate photographs of the Dade Collier Training and Transition Airport ("TNT Site") as it appeared on July 3, 2025. The Photographs were taken by Laura Reynolds using a Cannon 40D Digital Camera. We were the only one handling the

Exhibit E

footage and hereby confirm they were not altered, and they accurately represent the condition of the TNT Site on July 3, 2025.

7. Comparison of the photos demonstrates significant filling and paving of areas that had been unpaved open areas prior to the start of this project. In our estimation approximately 13 acres or 600,000 square feet of filling and paving continues to occur as of July 3, 2025 at the TNT Site. There is also expansion and paving of the runway light access road, and impacts to the swale areas along existing runway and pad areas, all of which can be clearly seen by the photographs attached in the exhibits below.

I, Laura Reynolds, declare under penalty of perjury under the laws of the United States of America that I requested Mr. Schooley take the photographs that are attached to this Declaration, and he did so in response to my request.  Executed on July 3, 2025.

*Laura Reynolds*

Verified by pdfFiller
07/03/2025

Laura Reynolds

I, Ra Schooley declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I have no opinion on this matter and volunteered to help Ms. Reynolds take ariel photos of the area. Executed on July 3, 2025.

*Ra Schooley*

Verified by pdfFiller
07/03/2025

Ra Schooley

**EXHIBIT 1:** Pre-Project Start





**Fig 1**- Both Images are screenshots from a video linked below of the approach end of runway 09 looking East, notice condition of clearing to the right of runway on June 21, 2025. The area depicted with red circle. Video Attached.

Exhibit E

**EXHIBIT 2:** Project Start



**Fig 2**-Runway Looking West, notice fill pile at end of Runway 27, or the approach end of 09, condition on June 26, 2025.  The area depicted with red circle.

Exhibit E

**EXHBIT 3:** Impacted Areas-Flight 1



**Fig 3-**Areas off existing pad, showing impacted greenspace along all connecting roadways. These areas depicted with red circles.

**Exhibit E**



**Fig 4-**Area off Runway showing impacted swales from FEMA trucks and generators.  These areas depicted with red circles.



**Fig 5-** Close up of impacted Swale off Runway. The area depicted with red circle.

Exhibit E



**Fig 6-** New Paved Area shows impact on June 29th, as compared to image from June 21st in Fig 1, Exhibit 1.  In addition access road to service runway lights impacted by large fill trucks.  These areas depicted with red circles.



**Fig 7-** Close up of newly paved area, can see impact from trucks to swale area. Compare this image to Figure 1, which shows the original condition of the area on June 21st, 2025. This image was taken on June 29th, 2025.

**Exhibit E**

**EXHIBIT 4:** Impacted Areas-Continued





**Fig 8-** Continued expansion of newly paved pad from 2 different angles, compare these images to Figure 1, which shows the original condition and Fig 7, to see continued expansion. This image was taken on July 3, 2025. The area depicted with red circle.

Page **10** of **13**

**Exhibit E**



**Fig 9-** Newly paved Road and adding a second road at the west end of runway 09. This image was taken on July 3, 2025.   The area depicted with a red circle.



**Fig 10-** Start of newly paved road, that appears in Fig 9.  This image was taken on July 3, 2025.

The area depicted with red circle.

**Exhibit E**



**Fig 11-**Swale Impacts July 3, compare to Fig 2, June 21, 2025 to see the area before impacts, area in red shows new impacts to swale.

**Exhibit E**