UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., a Florida
not-for-profit corporation, and CENTER FOR
BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit
organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity
as Secretary of the UNITED STATES
DEPARTMENT OF HOMELAND SECURITY; et
al.;

        Defendants.

## DECLARATION OF RALPH ARWOOD

1.     My name is Ralph Arwood and I make this declaration based on my personal

knowledge. If called as a witness, I could and would competently testify to the facts set

forth herein.

2.     I am a private pilot. On Saturday, July 5, 2025, I flew over the Dade-Collier

Training and Transition Airport (the "TNT Site"), which goes by the International Civil

Aviation Organization code KTNT.

3.     Using a GoPro HERO 13 Black camera I took several photographs of the TNT

Site.

1

Exhibit 1

4.    Attached to this declaration is report by Dr. Christopher McVoy reproducing eighteen photographs.  The photographs in the report were taken by me and truly and accurately depict what they purport to show, that is, various angles of the TNT Site as it appeared on July 5, 2025.  The photographs have not been altered or edited in any way.

I declare under penalty of perjury that the foregoing is true and correct and was executed on July 7, 2025, in Collier County, Florida.

Ralph Arwood

Exhibit 1

# Oblique Aerial Photos of Ongoing Construction at Dade Collier T&T Airport

Photographed 5 July 2025

Photos courtesy of Ralph Arwood

Text by Christopher McVoy

Exhibit 1

# Newly Paved (Asphalted) Area

Exhibit 1   2



Photo 23, Looking S.

Dark rectangle is new con-struction.

Exhibit 1    3



Detail of Photo 23.

Dark rectangle is new construction (compare with June 2025 Google Earth satellite imagery). Dark is almost certainly asphalt. Light sandy brown area to east and north of asphalt is newly scrapped area. Red alignment lines were used to estimate extent of assumed paved area (next slide).

<span style="color:red">Exhibit 1</span>   4



Untilted, unrotated Google Earth image used to estimate area of the paved region shown in Photo 23. Alignment lines shown in previous slide were used to locate eastern and northern boundaries; vegetation rows to estimate location of southern and western boundaries. This newly paved area estimated to be 11+ acres.

Exhibit 1

5



Photo 11, Looking W.

Dark blue-ish rectangle on L side is the newly asphalted area.

Exhibit 1    6



Detail of Photo 11.

Dark, blue-ish rectangle is new construction (can confirm by comparison with June 2025 Google Earth satellite imagery), almost certainly asphalt. Light sandy brown appears to be newly scrapped area.

Exhibit 1   7

**Detainee Area
(on existing tarmac)**

Exhibit 1  8



Photo 31, Looking E.

Detention Area (Block of 7 white tents in LRH corner).

Exhibit 1   9



Detail of Photo 31.

Detention Area on previously existing tarmac.

According to Incident Commander Dr. Frankie Lumm, the four long tents each hold 250 detainees for a total of 1,000.

Total site capacity as of July 5, 2025 is 1,000 detainees, 2,000 less than the stated goal of 3,000.

Exhibit 1



Photo 18, Looking N.

Detention Area and portion of employee housing (trailers).

Exhibit 1 11



Detail of Ph

Detention A
previously e
tarmac.

The light bro
area S and E
tarmac is ne
leveled/scra

Exhibit 1  12

**Employee Housing & Services Area**
**(on existing taxiway tarmac)**

Exhibit 1 13



Photo 35, Looking E.

The many white structures on taxiway (N strip) are all employee housing and/or services.

Exhibit 1 14

Detail of Photo 35.

The many white structures on taxiway (N strip) are all trailers housing employees and/or services.

The right strip is the main runway, which the Incident Commander indicated was being kept unimpeded for use as runway.

Exhibit 1 15



Photo 3, Looking W.

Main runway (left) and employee housing (right).

© Ralph Arwood PHOTOGRAPHY

Exhibit 1 16



Detail of Photo 3, Looking W.

Employee housing (numerous white blocks) on previously existing taxiway.

Exhibit 1  17

## Several Areas of New Road Construction/Asphalting

Exhibit 1 18



Detail of Photo 3, Looking W.  New road, turnaround and asphalting of same at east end of taxiway.

Exhibit 1 19



Detail of Photo 11, Looking W.  Two areas of new road and asphalting.

Exhibit 1 20



Detail of Photo 18, Looking N.  White diagonal line on LHS is new road, not yet asphalted.

Exhibit 1 21



Detail of Photo 22, looking S. Western portions and "Y" split of newly paved entrance road from main N-S entrance road.

Exhibit 1 22



Detail of Photo 23, looking S. Western portion of newly paved entrance road from main N-S entrance road.

Exhibit 1 23