## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., a Florida
not-for-profit corporation, and CENTER FOR
BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit
organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity
as Secretary of the UNITED STATES
DEPARTMENT OF HOMELAND SECURITY; et
al.;

        Defendants.

### DECLARATION OF CHRISTOPHER W. McVOY, Ph.D.

1.    My name is Christopher W. McVoy, Ph.D, and I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the facts set forth herein.

2.    I have visited the Big Cypress National Preserve on numerous occasions, and am familiar with the area. On June 22, 2025, I specifically visited the entrance to the Dade-Collier Training and Transition Airport (the "TNT Site"). I returned to the TNT Site on June 28, 2025 at which time construction to convert the TNT Site into a mass detention center was under way. I requested and was granted a tour of the site in the late afternoon of June 28, 2025. While I did not take photographs, seeing the construction completed to that time allowed unequivocal recognition of features seen in the oblique aerial photographs taken by Ralph Arwood on July 5, 2025.

1

Exhibit 1

3.      I am an expert in the environmental and hydrological aspects of Everglades restoration, with nearly 30 years of professional experience. I trained as a soil physicist and ecologist and I am the prime author of the book, *Landscapes and Hydrology of the Pre-Drainage Everglades* (McVoy et al. 2011), which is an authoritative treatment of the Everglades prior to drainage and development.

4.      I reviewed numerous aerial photographs taken by Mr. Arwood on July 5, 2025.

5.      Attached hereto as Exhibit 1 is a report summarizing my observations based on my review of the aerial photographs taken by Mr. Arwood.

6.      Among other things, my report concludes that approximately 11+ acres of new impervious pavement pad has been laid on the TNT Site in in an area that was previously undeveloped. It is unclear from these photographs what arrangements have been made for drainage and stormwater management from the fresh impervious pavement pad. The 11+ acre newly filled paved pad is depicted on pages 3-7 of the attached report.

7.      In addition, new roads have been constructed on the TNT Site, some of which have recently been paved and others appear to be awaiting the application of asphalt. These new roads are depicted on pages 19-23 of the attached report.

I declare under penalty of perjury that the foregoing is true and correct and was executed on July 7, 2025, in Miami-Dade County, Florida.

Christopher W. McVoy, Ph.D.

2

Exhibit 1

# Oblique Aerial Photos of Ongoing Construction at Dade Collier T&T Airport

Photographed 5 July 2025

Photos courtesy of Ralph Arwood

Text by Christopher McVoy

Exhibit 1

# Newly Paved (Asphalted) Area

Exhibit 1  2



Photo 23, Looking S.

Dark rectangle is new construction.

Exhibit 1   3



Detail of Photo 23.

Dark rectangle is new construction (compare with June 2025 Google Earth satellite imagery). Dark is almost certainly asphalt. Light sandy brown area to east and north of asphalt is newly scrapped area. Red alignment lines were used to estimate extent of assumed paved area (next slide).

Exhibit 1    4



Untilted, unrotated Google Earth image used to estimate area of the paved region shown in Photo 23.  Alignment lines shown in previous slide were used to locate eastern and northern boundaries; vegetation rows to estimate location of southern and western boundaries.  This newly paved area estimated to be 11+ acres.

Exhibit 1

5



Photo 11, Looking W.

Dark blue-ish rectangle on L side is the newly asphalted area.

Exhibit 1   6



Detail of Photo 11.

Dark, blue-ish rectangle is new construction (can confirm by comparison with June 2025 Google Earth satellite imagery), almost certainly asphalt. Light sandy brown appears to be newly scrapped area.

Exhibit 1   7

**Detainee Area
(on existing tarmac)**

Exhibit 1   8



Photo 31, Looking E.

Detention Area (Block of 7 white tents in LRH corner).

Exhibit 1 9



Detail of Photo 31.

Detention Area on previously existing tarmac.

According to Incident Commander Dr. Frankie Lumm, the four long tents each hold 250 detainees for a total of 1,000.

Total site capacity as of July 5, 2025 is 1,000 detainees, 2,000 less than the stated goal of 3,000.

Exhibit 1 10



Photo 18, Looking N.

Detention Area and portion of employee housing (trailers).

Exhibit 1 11



Detail of Ph

Detention A
previously e
tarmac.

The light bro
area S and E
tarmac is ne
leveled/scra

Exhibit 1 12

**Employee Housing & Services Area
(on existing taxiway tarmac)**

Exhibit 1 13



Photo 35, Looking E.

The many white structures on taxiway (N strip) are all employee housing and/or services.

Exhibit 1 14

Detail of Photo 35.

The many white structures on taxiway (N strip) are all trailers housing employees and/or services.

The right strip is the main runway, which the Incident Commander indicated was being kept unimpeded for use as runway.

Exhibit 1 15



Photo 3, Looking W.

Main runway (left) and employee housing (right).

© Ralph Arwood
PHOTOGRAPHY

Exhibit 1 16



Detail of Photo 3, Looking W.

Employee housing (numerous white blocks) on previously existing taxiway.

Exhibit 1 17

## Several Areas of New Road Construction/Asphalting

Exhibit 1 18



Detail of Photo 3, Looking W.  New road, turnaround and asphalting of same at east end of taxiway.

Exhibit 1 19



Detail of Photo 11, Looking W.  Two areas of new road and asphalting.

Exhibit 1 20



Detail of Photo 18, Looking N.  White diagonal line on LHS is new road, not yet asphalted.

Exhibit 1 21



Detail of Photo 22, looking S. Western portions and "Y" split of newly paved entrance road from main N-S entrance road.

Exhibit 1 22



Detail of Photo 23, looking S. Western portion of newly paved entrance road from main N-S entrance road.

Exhibit 1 23