*Exhibit 1*

