# MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

**Legend:**

- Miccosukee Indian Reservation
- Miccosukee WCA 3-A
- Miccosukee Reserved Area
- 80 Acres
- Resort/Lambick/SEMA
- Traditional Tree Islands and Points of Interest
- Main Water Control Structures
- Canals
- Oil Pipeline
- Main Roads

Produced by the Water Resources Department

2024