*Exhibit 3*



**Figure 95.** NSRSM v3.5.2 long-term (1966–2005) average of monthly flow vectors for the dry and wet seasons.