## DECLARATION OF DR. ANNA V. ESKAMANI

1. My name is Dr. Anna V. Eskamani, and I make this declaration on personal knowledge.

2. I serve as a member of the Florida House of Representatives, representing State House District 42, which is in Orange County, Florida. I hold a doctorate in Public Administration.

3. Since its opening, I, along with other elected officials, have attempted but been denied unannounced access to the mass detention center at the Dade-Collier Training and Transition Airport (the "TNT Site").

4. On Saturday, July 12, 2025, I participated in a tour of the detention center that was organized for federal and state elected officials.

5. On arriving at the Site, we were wanded and then transported by bus over what I observed to be freshly paved roads to a main parking area.

6. We were then moved to smaller vans, being told that "this is an active construction zone and we need smaller vehicles to maneuver."

7. There does not appear to be any running water or power lines at the Site, and all power appears to be supplied by generators while water is trucked onto the Site. Parts of the camp appeared to be still under construction.

8. We were told that there are about 900 people currently detained at the Site, and that the goal is to provide capacity for 4,000 detainees by the end of August 2025.

9. Kevin Guthrie, the Executive Director of Florida's Division of Emergency Management, helped guide the tour. During the tour, Director Guthrie stated that all the detainees were in custody to be removed by Immigration and Customs Enforcement agency ("ICE").

Exhibit 1

10. Director Guthrie stated on more than one occasion that construction of the facility was "requested" by the federal Department of Homeland Security ("DHS"). He said that the facility is being operated in conjunction with ICE, and under ICE guidelines. Director Guthrie said that ICE guidelines for operation of the facility have been implemented "at the request of DHS."

11. Director Guthrie also stated that every "inmate"—his word—at the facility has a file maintained by ICE, which facility staff has available. I was told I could not speak to any detainee, even with their consent.

12. At one point during the tour, I was permitted to gaze into a tent holding detainees. The tent contained eight interconnected fenced cages with 32 beds per cage. Each cage had three toilets with the sink attached such that 32 adult men shared three toilets with attached sinks. When they saw our group, the men began chanting "libertad," yelling their names at us, pointing to water cups to say the water was bad, trying to do anything to get our attention and ask for help.

13. Director Guthrie said emergency services are called to the Site at least once a day.

14. We were told many times that DHS requested that this facility be built, that ICE inspects the facility, and that they are running this operation with ICE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2025.

_____
Dr. Anna V. Eskamani