UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., et al.

      Plaintiffs,

v.

KRISTI NOEM, et al.,

      Defendants.

**DEFENDANT KEVIN GUTHRIE'S
RESPONSE TO PLAINTIFFS' MOTION TO EXPEDITE**

Plaintiffs, without leave of Court, filed *a sixth* brief in support of their request for an injunction, Doc. 31 (and a *seventh* just yesterday, Doc. 34). In the sixth brief, Plaintiffs express their displeasure and impatience with the Court because they seemingly believe they have a right to direct this Court to proceed at their preferred pace. They do not. The Court is permitted to take the time it needs to study the case, while balancing the hundreds of other important matters on its docket. *See Dep't of Homeland Sec. v. New York*, 140 S. Ct. 599, 600 (2020) (Gorsuch, J., concurring) (noting risks from "rushed" injunctions). That is especially true here. As Plaintiffs concede, their motion does not present an emergency. Doc. 31 at 4 n.8. Nor have Plaintiffs presented a real risk of irreparable harm—a necessary prerequisite for a temporary restraining order or a preliminary injunction. Doc. 16 at 15-20. In any event, Plaintiffs' latest brief changes nothing. No matter how many times Plaintiffs poke and prod at the Court, they are unable to show their complaint presents a justiciable controversy under NEPA. *Id.* at 9-13. The motion should be denied.

Dated: July 16, 2025                          Respectfully submitted,

James Uthmeier                                s/ *Jesse Panuccio*
  *Attorney General of Florida*               Jesse Panuccio (FBN 31401)
Jeffrey Paul DeSousa (FBN 110951)             Evan Ezray (FBN 1008228)
  *Acting Solicitor General*                  **BOIES SCHILLER FLEXNER LLP**
Nathan A. Forrester (FBN 1045107)             401 East Las Olas Blvd., Suite 1200
  *Chief Deputy Solicitor General*            Fort Lauderdale, Florida 33301
Robert S. Schenck (FBN 1044532)               jpannucio@bsfllp.com
  *Assistant Solicitor General*
**Office of the Attorney General**
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com            *Counsel for Kevin Guthrie, in his official*
                                              *capacity as Executive Director of the Florida*
                                              *Division of Emergency Management*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, the foregoing was filed with the Clerk of Court using

CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

                                              s/ *Jesse Panuccio*
                                              Jesse Panuccio