UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FRIENDS OF THE EVERGLADES, INC., a Florida 501(c)(3) not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,<br>      Plaintiffs,<br>v.<br>KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,<br>      Defendants. | Civil Case No. 1:25-cv-22896 |

**MOTION OF FLORIDA IMMIGRANT COALITION FOR LEAVE
TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS**

Florida Immigrant Coalition moves the Court for leave to file the attached *amicus curiae* brief in support of Plaintiffs Friends of the Everglades and Center for Biological Diversity's Expedited Motion for Temporary Restraining Order and Preliminary Injunction. The proposed brief is filed as an exhibit to this motion. In support of this Motion, Amicus states the following:

1. Florida Immigrant Coalition (FLIC) is a non-profit organization and statewide coalition of 85 member organizations and over 100 allies, founded in 1998 and formally incorporated in 2004. FLIC is led by their membership, including grassroots and community organizations, farmworkers, youth, advocates, lawyers, and union members. FLIC works

towards the fair treatment of all people, including immigrants. Their core constituency are immigrants whose marginalization exists in the intersection of immigration status and other vulnerabilities. The Court's correct resolution of the issues presented here is of great importance to FLIC, its members, and the communities they serve.

2. Florida Immigrant Coalition is well-situated to provide context to the Court regarding state participation in federal immigration enforcement because of its members' and constituents' expertise on, and lived experience with, federal immigration law. FLIC writes to explain the circumstances under which Congress has authorized the designation of appropriate places for immigration detention and provides direction on what role state and local officials are permitted to play within the immigration enforcement system Congress created.

3. Pursuant to Local Rule 7.1(a), counsel for the amicus conferred with counsel for the parties in this action.

4. Plaintiffs consent to the filing of the brief.

5. Defendant Guthrie states: Because briefing is complete on the motion for a TRO, Mr. Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, opposes.

6. Defendants Miami-Dade County, Kristi Noem and Todd Lyons have not provided their positions.

WHEREFORE, Amicus Curiae respectfully moves this Court to grant leave to file the attached amicus brief.

Respectfully submitted,

 /s/ Rebecca Sharpless
Rebecca Sharpless (Fla. Bar No. 0131024)
rsharpless@law.miami.edu
Andrea Jacoski (Fla. Bar No. 1059001)
ajacoski@law.miami.edu
**IMMIGRATION CLINIC –
UNIVERSITY OF MIAMI SCHOOL OF LAW**
1311 Miller Drive, Suite B400
Coral Gables, FL 33146
Tel: (305) 284-3576
Fax: (305) 284-6092

Alana Greer (Fla Bar No. 92423)
Will Mann (Fla Bar No. 1058086)
alana@communityjusticeproject.com
will@communityjusticeproject.com
**COMMUNITY JUSTICE PROJECT, INC.**
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel: (305) 907-7697

*Counsel for Amicus Curiae*