UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-22896-CIV-MARTINEZ

FRIENDS OF THE EVERGLADES, INC.,
*et al.*,

      Plaintiffs,

v.

KRISTI NOEM, *et al.*,

      Defendants.
_____/

### ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, hereby recuses himself and refers this matter to the Clerk of Court for permanent reassignment pursuant to 28 U.S.C. § 455.

**DONE AND ORDERED** in Miami, Florida, this 16 day of July, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record