# APPENDICES

to

Notice of Violations of Endangered Species Act Sections 7 and 9, Clean Water Act Section 404, the National Park Service Organic Act, and Implementing Regulations, Relating to Federal and State Agencies' Actions in Furtherance of the Construction and Operation of a Mass Detention Center in the Everglades and Their Effects on Public Lands, Endangered and Threatened Species, and Clean Water.

**Appendix A** – Oblique Aerial Photos of Ongoing Construction at Dade Collier T&T Airport

**Appendix B** – Brief Analysis of Assertion of Pre-Existing Cement Pad Underlying Newly Asphalted Area at Jetport Site

**Appendix C** – TDF Waste Management Plan Overview

**Appendix D** – Kautz 2025 - Impacts of the Big Cypress Detention Center on the Florida Panther and Its Habitat

**Appendix E** – Curriculum Vitae of Randy Kautz

**Appendix F** – Letter from Robert A. Frakes, Ph.D., to Jason Totoiu, Center for Biological Diversity, Re: opinion on impacts of construction and operation of migrant detention facility on the endangered Florida panther

**Appendix G** – Curriculum Vitae of Robert A. Frakes, Ph.D.

**Appendix H** – Report: Strategic searches for Florida bonneted bat (*Eumops floridanus*) roosts in Big Cypress National Preserve (BCNP) (March 19, 2019)