# Appendix A

Oblique Aerial Photos of Ongoing Construction at Dade Collier T&T Airport

# Oblique Aerial Photos of Ongoing Construction at Dade Collier T&T Airport

Photographed 5 July 2025

Photos courtesy of Ralph Arwood

Text by Christopher McVoy

Appendix A to Exhibit 1

## Newly Paved (Asphalted) Area



Photo 23,
Looking S.

Dark
rectangle
is new con-
struction.



Detail of Photo 23.

Dark rectangle is new construction (compare with June 2025 Google Earth satellite imagery). Dark is almost certainly asphalt. Light sandy brown area to east and north of asphalt is newly scrapped area. Red alignment lines were used to estimate extent of assumed paved area (next slide).



Ruler

| Line | Path | Polygon | Circle | 3D path |

Measure the distance or area of a geometric shap

Perimeter: 3,030.53 Feet

Area: 11.20 Acres

☑ Mouse Navigation          Save

Untilted, unrotated Google Earth image used to estimate area of the paved region shown in Photo 23. Alignment lines shown in previous slide were used to locate eastern and northern boundaries; vegetation rows to estimate location of southern and western boundaries. This newly paved area estimated to be 11+ acres.

Appendix A to Exhibit 1

5



Photo 11, Looking W.

Dark blue-ish rectangle on L side is the newly asphalted area.

© Ralph Arwood
PHOTOGRAPHY



Detail of Photo 11.

Dark, blue-ish rectangle is new construction (can confirm by comparison with June 2025 Google Earth satellite imagery), almost certainly asphalt. Light sandy brown appears to be newly scrapped area.

## Detainee Area
## (on existing tarmac)



Photo 31, Looking E.

Detention Area (Block of 7 white tents in LRH corner).



Detail of Photo 31.

Detention Area on previously existing tarmac.

According to Incident Commander Dr. Frankie Lumm, the four long tents each hold 250 detainees for a total of 1,000.

Total site capacity as of July 5, 2025 is 1,000 detainees, 2,000 less than the stated goal of 3,000.



Photo 18, Looking N.

Detention Area and portion of employee housing (trailers).



Detail of Ph

Detention A
previously e
tarmac.

The light bro
area S and E
tarmac is ne
leveled/scra

## Employee Housing & Services Area
## (on existing taxiway tarmac)



Photo 35, Looking E.

The many white structures on taxiway (N strip) are all employee housing and/or services.



Detail of Photo 35.

The many white structures on taxiway (N strip) are all trailers housing employees and/or services.

The right strip is the main runway, which the Incident Commander indicated was being kept unimpeded for use as runway.



Photo 3, Looking W.

Main runway (left) and employee housing (right).



Detail of Photo 3, Looking W.

Employee housing (numerous white blocks) on previously existing taxiway.

## Several Areas of New Road Construction/Asphalting



Detail of Photo 3, Looking W.  New road, turnaround and asphalting of same at east end of taxiway.



Detail of Photo 11, Looking W.  Two areas of new road and asphalting.



Detail of Photo 18, Looking N.  White diagonal line on LHS is new road, not yet asphalted.



Detail of Photo 22, looking S. Western portions and "Y" split of newly paved entrance road from main N-S entrance road.



Detail of Photo 23, looking S. Western portion of newly paved entrance road from main N-S entrance road.