# Appendix E

Curriculum Vitae of Randy Kautz

**Curriculum Vitae**

**RANDY S. KAUTZ**
2625 Neuchatel Drive
Tallahassee, FL 32303
Cell: (850) 443-3014
Email: randykautz@gmail.com

**Areas of Specialization:**

Ecology of threatened and/or endangered (T&E) species of wildlife; application of geographic information system (GIS) technology to modeling and mapping wildlife and their habitats; land use and land cover mapping using remotely sensed data; and landscape-scale habitat conservation planning.

**Experience:**

Biological Consultant, Florida Power & Light (FPL), Juno Beach, Florida. 2014 to 2025.

- Provided technical assistance to FPL pertaining to issues involving the endangered Florida panther (*Puma concolor coryi*).

- Researched and developed panther-friendly site designs for new solar electric generating facilities within the range of the Florida panther.

- Assessed panther-related impacts and mitigation requirements for multiple solar electric generating facilities in South Florida and coordinated with state and federal agencies and stakeholders.

Biological Consultant, U.S. Fish and Wildlife Service, Naples, FL. 2022-2025.

- Drafted text, tables, figures, and literature citations to update the US Fish and Wildlife Service's (USFWS) Florida Panther Species Status Assessment to Version 2.0.

- Created a new GIS model of panther habitats statewide in Florida.

- Performed GIS analyses to evaluate the effects of habitat loss due to human population growth and development and sea level rise on panther habitats through 2040 and 2070 and evaluated effects of habitat loss on future panther population viability.

Biological Consultant, The Nature Conservancy, Tallahassee, Florida. September 2020.

- Completed a scientifically based overview of potential impacts to Florida panthers and other imperiled species associated with the proposed Southwest Florida Expressway project through Central and South Florida.

- Provided a written report with text, tables, maps, and literature citations to TNC.

- Provided public comments at the September 2020 MCORES Southwest Corridor meeting.

Biological Consultant, Florida Fish and Wildlife Conservation Commission, Naples, FL. 2018-2020.

- Conducted literature review and drafted 11 chapters of the USFWS Florida Panther Species Status Assessment Version 1.0, including text, tables, figures, and literature citations.

Appendix E to Exhibit 1

**Randy S. Kautz, B.S.**                                                                                                                  Page 2

- Chapters included legal status of the species; historical causes of decline; physical description; distribution; life history; ecology and habitat characteristics; abundance, trend, and distribution; habitat suitability analysis; stressors (factors influencing viability); existing conservation measures; and landscape-factors which could impact future populations.

- Completed GIS analyses of a statewide panther habitat model; calculated potential loss of habitat through 2040 and 2070 associated with human population growth and development and sea level rise; and evaluated effects of future conditions on panther population viability.

Senior Scientist, Breedlove, Dennis & Associates, Inc. (BDA), Tallahassee, Florida.  2005 to 2014.

- Created spatially explicit GIS-based landscape-scale plans for conservation of wildlife and biodiversity.

- Conducted reviews of GIS databases for records of occurrence of T&E species of plants and animals and their habitats on sites proposed for development.

- Created and maintained an Access database of listed species of wildlife by county in Florida.

- Drafted assessments of impacts of proposed development projects on T&E species with a focus on the Florida panther, Florida black bear (*Ursus americanus floridanus*), Florida scrub jay (*Aphelocoma coerulescens*), Florida sandhill crane (*Grus canadensis pratensis*), crested caracara (*Caracara cheriway*), Florida grasshopper sparrow (*Ammodramus savannarum floridanus*), gopher tortoise (*Gopherus polyphemus*), and sand skink (*Neoseps reynoldsi*).

- Conducted field surveys for the presence of T&E species of wildlife.

- Conducted reviews of the potential need for wildlife crossings or underpasses based on species needs and site conditions.

Director, Office of Data Portal, Florida Fish and Wildlife Conservation Commission (FWC), Tallahassee, Florida.  2004 to 2005.

- Provided leadership, direction, and administrative oversight for the office.

- Coordinated with agency executive staff, partners and stakeholders, and the public.

- Planned and implemented enterprise data integration efforts.

- Evaluated, selected, and implemented portal software.

- Implemented Web-based access to GIS data.

- Participated in agency efforts to convert paper data records and technical reports to digital format.

**Randy S. Kautz, B.S.**  Page 3

Habitat Protection Planning Section Leader, Office of Environmental Services, FWC (formerly the Florida Game and Fresh Water Fish Commission [FGFWFC]), Tallahassee, Florida. 1984 to 2004.

- Planned, developed and managed budget, and implemented habitat protection efforts of Florida's Nongame Wildlife Program.

- Supervised and conducted environmental impact assessments, endangered species surveys, and incidental take permitting for endangered species in the Florida Keys.

- Developed and published guidelines for the protection of listed species and their habitats on lands slated for development.

- Supervised agency staff responsible for coordinating Partners in Flight.

- Identified priority lands for protection of Florida's biodiversity using Landsat satellite imagery, wildlife occurrence databases, and GIS technology.

- Provided GIS technical assistance to agency staff, other governmental agencies, private conservation organizations, private consultants, and the public.

- Implemented miscellaneous efforts to coordinate nongame habitat protection functions with other sections of the Nongame Wildlife Program, other agencies, and the public.

Biological Scientist, Office of Environmental Services, FGFWFC, Tallahassee, Florida. 1977 to 1984.

- Conducted field inspections and commented on the impacts of dredge and fill projects, public works projects, Developments of Regional Impact, mined land reclamation projects, National Pollutant Discharge Elimination System permits, etc., on fish and wildlife resources in northeast Florida.

- Coordinated agency review of proposed power plants, transmission lines, and sewage treatment plants statewide.

- Developed and published data concerning the effects of eutrophication and habitat change on fishery resources.

Environmental Specialist, Department of Environmental Engineering Sciences, University of Florida, Gainesville, Florida. 1976 to 1977.

- Served as Research Project Manager (PM) for a $300,000 study of human radiation exposure associated with Florida phosphate industry activities.

- Planned and implemented field studies of the occurrence of various radionuclides in homes, industrial facilities, and soils.

- Analyzed data and drafted reports.

- Supervised graduate student studies associated with the project.

Radiological Consultant, Earth Resources Development Corporation, Gainesville, Florida. 1977.

- Surveyed and reported on radiation levels in and around a proposed limestone mine in central Florida.

**Randy S. Kautz, B.S.**                                                                                              Page 4

---

Wildlife Biologist, School of Forest Resources and Conservation, University of Florida, Gainesville, Florida.  1974 to 1976.

- Served as Research PM for a study of an urban pond owned by the National Park Service in Jacksonville, Florida.

- Planned and implemented field studies of small mammals, birds, reptiles, amphibians, fishes, hydrology, water quality, and vegetation communities.

- Provided modeling and computer simulation of the impacts of proposed management schemes.

- Drafted a management plan.

Whitewater Guide, Nantahala Outdoor Center, Bryson City, North Carolina.  1974 to 1974.

- Guided members of the public on whitewater rafting trips down the Nanatahala River.

- Provided lessons in whitewater safety and ensured the safety of the public during whitewater experiences.

Lab Assistant, School of Forest Resources and Conservation, University of Florida, Gainesville, Florida.  1973 to 1974.

- Conducted Soil and vegetation sampling, water level mapping, controlled burning in freshwater marsh and in pine (*Pinus* sp.) flatwoods ecosystems, hydrologic modeling, and computer simulation

Lab Assistant, Soils Department, University of Florida, Gainesville, Florida.  1973.

- Collected, prepared, and analyzed soil samples for nitrogen content.

Field Assistant: Eco-Impact, Inc., Gainesville, Florida.  1973.

- Installed bird nest boxes in developing areas.

- Revegetated manmade ponds.

- Sampled estuarine sediments and macroinvertebrates.

- Assisted in the preparation of environmental impact statements.

**Education:**

Graduate Coursework.  University of Florida, Gainesville.  1976-1977.  Environmental Biology.

B.S.                              University of Florida, Gainesville, 1974.  Wildlife Ecology (Cum Laude).

A.A.                             Daytona Beach, Florida, Community College, 1971.  Pre-engineering Curriculum.

---

**Randy S. Kautz, B.S.**                                                                                                                    Page 5

**Journal Articles and Book Chapters:**

Bolch, W.E., N. Desai, C.E. Roessler, and **R.S. Kautz**. 1980. *Determinants of radon flux from complex media: virgin and reclaimed lands in the Florida phosphate region*. Pages 1673-1681 in T.F. Gesell and W.M. Lowder, editors. Natural radiation environment III, Volume 2. Technical Information Center, U.S. Dept. of Energy, Springfield, Virginia.

Enries, M., T. Gilbert, and **R. Kautz**. 2003. *Environmental planning in Florida: Mapping wildlife needs in Florida: The integrated wildlife habitat ranking system*. Pages 525-534 in Irwin, C.L., P. Garrett, and K.P. McDermott, editors. 2003 Proceedings of the international conference on ecology and transportation. Center for Transportation and the Environment, North Carolina State University, Raleigh, North Carolina.

Estevez, E.D., B.J. Hartman, **R.S. Kautz**, and E.D. Purdum. 1984. *Ecosystems of surface waters*. Pages 92-107 in E. A. Fernald, editor. Water resources atlas of Florida. Florida State University, Tallahassee, Florida.

Gilbert, T., **R. Kautz**, T. Eason, R. Kawula, and C. Morea. 2001. *Prioritization of statewide black bear roadkill problem areas in Florida*. Pages 574-579 in Evink, Gary, editor. Proceedings of the International Conference on Ecology and Transportation. Center for Transportation and Environment, North Carolina State University, Raleigh, NC.

**Kautz, R.S.** 1980. *Effects of eutrophication on the fish communities of Florida lakes*. Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies 34:67-80.

**Kautz, R.S.** 1981. *Fish populations and water quality in North Florida rivers*. Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies 35:495-507.

**Kautz, R.** 1992. *Wildlife habitats*. Pages 70-71 in E.A. Fernald and B.D. Purdum, editors. Atlas of Florida. University Press of Florida, Gainesville, Florida.

**Kautz, R.S.** 1984. *Criteria for evaluating the impacts of development on wildlife habitats*. Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies 38:121-136.

**Kautz, R.S.** 1993. *Trends in Florida wildlife habitat 1936-1987*. Florida Scientist 56(1):7-24.

**Kautz, R.S.** 1998. *Land use and land cover trends in Florida 1936-1995*. Florida Scientist 61(34):171-187.

**Kautz, R.S.** and J.A. Cox. 2001. *Strategic habitats for biodiversity conservation in Florida*. Conservation Biology 15(1):55-77.

**Kautz, R.S.**, D.T. Gilbert, and G.M. Mauldin. 1993. V*egetative cover in Florida based on 1985-1989 Landsat Thematic Mapper imagery*. Florida Scientist 56(3): 135-154.

**Kautz, R.S.**, T. Gilbert, and B. Stys. 1999. *A GIS plan to protect fish and wildlife resources in the Big Bend area of Florida*. Pages 193-208 in Evink, G.L., P. Garrett, and D. Zeigler, editors. Proceedings of the third international conference on wildlife ecology and transportation. FL-ER-73-99. Florida Department of Transportation, Tallahassee, Florida.

**Kautz, R.S.**, K. Haddad, T.S. Hoehn, T. Rogers, E.D. Estevez, and T. Atkeson. 1998. *Natural systems*. Pages 82-113 in E.A. Fernald and E.D. Purdum, editors. Water resources atlas of Florida. Florida State University, Tallahassee, Florida.

**Kautz, R.**, R Kawula, T. Hoctor, J. Comiskey, D. Jansen, D. Jennings, J. Kasbohm, F. Mazzotti, R McBride, L. Richardson, and K. Root. 2006. *How much is enough? Landscape-scale conservation for the Florida panther*. Biological Conservation 130:118-133.

**Randy S. Kautz, B.S.**  Page 6
**Kautz, R.**, B. Stys, and R. Kawula.  2007.  *Florida vegetation 2003 and land use change between 1985-89 and 2003*.  Florida Scientist 70(1):12-23.

Roessler, C.E., **R. Kautz**, W.E. Bolch, Jr., and J.A. Wethington, Jr. 1980.  *The effect of mining and land reclamation on the radiological characteristics of the terrestrial environment of Florida's phosphate regions*.  Pages 1476-1493 *in* T.F. Gesell and W.M. Lowder, editors.  Natural radiation environment III, Volume 2.  Technical Information Center, U.S. Dept. of Energy, Springfield, Virginia.

Stys, B., and **R. Kautz**.  1993.  *Habitat protection guidelines for species threatened by large-scale development*.  Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies 47:311-319.

Swanson, K., D. Land, **R. Kautz**, and R. Kawula.  2005.  *Use of least cost pathways to identify key highway segments for Florida panther conservation*.  Pages 191-200 *in* Beausoleil, R. A., and D. A Martorello, editors.  Proceedings of the Eighth Mountain Lion Workshop, Washington Department of Fish and Game, Olympia, WA.

Tear, T. H., P. Kareiva, P. L. Angermeier, P. Comer, B. Czech, **R. Kautz**, L. Landon, D. Mehlman, K. Murphy, M. Ruckelshaus, J. M. Scott, and G. Wilhere.  2005.  *How much is enough? The recurrent problem of setting measureable objectives in conservation*.  BioScience 55(10):835-849.

Williams, V.P., D.E. Canfield, Jr., M.M. Hale, W.E. Johnson, **R.S. Kautz**, J.T. Krummrich, F.H. Langford, K. Langland, S.P. McKinney, and D.M. Powell.  1985.  *Lake habitat and fishery resources of Florida*.  Pages 43-120 *in* W. Seaman, Jr., editor.  Florida aquatic habitat and fishery resources.  Florida Chapter of the American Fisheries Society, Kissimmee, Florida.

**Technical Reports:**

Endries, M., T. Gilbert, and **R. Kautz**.  2008.  *The integrated wildlife habitat ranking system 2008*.  Technical report.  Florida Fish and Wildlife Conservation Commission, Tallahassee, FL.

Endries, M., B. Stys, G. Mohr, G. Kratimenos, S. Langley, K. Root, and **R. Kautz**.  2009.  *Wildlife habitat conservation needs in Florida: updated recommendations for strategic habitat conservation areas*.  FWRI Technical Report TR-15.  Florida Fish and Wildlife Conservation Commission, Tallahassee, FL.

Cox, J., D. Inkley, and **R. Kautz**.  1987.  *Ecology and habitat protection needs of gopher tortoise (Gopherus polyphemus) populations found on lands slated for large-scale development in Florida*.  Florida Game and Fresh Water Fish Commission, Nongame Wildlife Program Technical Report No. 4, Tallahassee, Florida.

Cox, J., **R. Kautz**, M. MacLaughlin, and T. Gilbert.  1994.  *Closing the gaps in Florida's wildlife habitat conservation system*.  Florida Game and Fresh Water Fish Commission, Tallahassee, Florida.

Cox, J., **R. Kautz**, M. MacLaughlin, and T. Hoehn.  1998.  *Preservation 2000 Act study: biodiversity conservation analysis*.  Office of Environmental Services, Florida Game and Fresh Water Fish Commission, Tallahassee, Florida.

Cox, J.A., and **R.S. Kautz.**  2000.  *Habitat conservation needs of rare and imperiled wildlife in Florida*.  Office of Environmental Services, Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

**Kautz, R.S.** 1990.  *Use of a geographic information system in wildlife habitat protection planning in Florida*.  Pages 45-50 in J.E. Reynolds, III, and K.D. Haddad, editors.  Report of the workshop on geographic information systems as an aid to managing habitat for West Indian manatees in Florida and Georgia.  Florida Marine Research Publications No. 49, Florida Marine Research Institute, St. Petersburg, Florida.

**Randy S. Kautz, B.S.**                                                                                                                         Page 7

**Kautz, R.**  1994.  *Historical trends within the range of the Florida panther*.  Pages 285-296 *in* D.B. Jordan, editor.  Proceedings of the Florida panther conference.  Florida Panther Interagency Committee, Ft. Myers, Florida.

**Kautz, R.S.** and J.A. Cox.  1993.  *Identification of critical Florida wildlife habitats using GIS technology*.  Proceedings of the Fourth Annual USFWS GIS Workshop.  Lafayette, Louisiana.

**Kautz, R.** and J. Krummrich.  1985.  *Fishery resources*.  Pages 128-156 *in* L. Ross, editor.  Limnology of the Suwannee River, Florida.  Biology Section, Florida Department of Environmental Regulation, Tallahassee, Florida.

**Kautz, R.**, J. Cox, M. MacLaughlin, and J. Stys.  1994.  *Mapping wetland habitats of high priority to endangered and threatened species on Florida*.  Final project report to U.S. Environmental Protection Agency (EPA).  Office of Environmental Services, Florida Game and Fresh Water Fish Commission, Tallahassee, Florida.

**Kautz, R.**, J. Cox, and M. MacLaughlin.  1998.  *Status of biodiversity conservation in Florida*.  Natural resources forum 98: Linkages in ecosystem science, management, and restoration.  University of Florida, Gainesville, Florida.

**Kautz, R.**, T. Gilbert, and B. Stys.  1998.  *Big Bend coastal lowlands ecological resource assessment recommendations*.  Office of Environmental Services, Florida Game and Fresh Water Fish Commission, Tallahassee, Florida.

**Kautz, R.S.** and R. Reddy.  1996.  *Land-based ecosystems workgroup results*.  L. Berry, editor.  Proceedings of the Florida Department of Environmental Protection/State University System ecosystem research needs workshop.  Center for Environmental Studies, Florida Atlantic University, Boca Raton, Florida.

**Kautz, R.**, B. Stys, and D. Reed.  2004.  *A change detection analysis for Florida: 1985-89 to 2003*.  Final report to U.S. Fish and Wildlife Service (USFWS), Wildlife Conservation and Restoration Program Grant R -1-1.  FWC, Tallahassee, Florida

Stys, B., **R. Kautz**, D. Reed, M. Kertis, R Kawula, C. Keller, and A. Davis.  2004.  *Florida vegetation and land cover data derived from 2003 Landsat ETM+ Imagery*.  Final report to USFWS, Wildlife Conservation and Restoration Program Grant R-l-l.  Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Swanson, K., D. Land, **R. Kautz**, and R. Kawula.  2008.  *Use of least-cost pathways to identify key road segments for Florida panther conservation*.  Fish and Wildlife Research Institute Technical Report TR-13, Florida Fish and Wildlife Conservation Commission, St. Petersburg, FL.

**Popular Articles:**

**Kautz, R.**, J. Cox, T. Gilbert, and M. MacLaughlin.  1994. *Strategic habitat conservation areas for Florida wildlife*.  Keep Florida Beautiful Magazine (Winter/Spring 1994):18-21.

**Kautz, R.S**. 1991.  *Space age habitat mapping*.  Florida Wildlife 45(3):30-33.

**Kautz, R.S**. 1994.  *Closing the gaps: a plan to protect Florida's biodiversity*.  Florida Wildlife 8(5):24-26.

**Kautz, R.S**. 1990.  *Florida wildlife habitat, the last 50 years*.  Florida Wildlife 44(5):2-6.

**Kautz, R.**S. 1992.  *Satellite imagery and GIS help protect wildlife habitats in Florida*.  GeoInfoSystems 2(1):37-42.

**Randy S. Kautz, B.S.**                                                                                                                        **Page 8**

**Invited Speaker Presentations:**

Carnivores 2006.  November 15, 2006.  St. Petersburg, Florida.  *Functional Habitat for Florida Panthers.*

Florida Panther Recovery Team.  April 20, 2005.  Orlando, Florida.  *Landscape-scale Conservation Planning for the Florida Panther: Results of the Panther Sub-team of MERIT.*

Florida Dry Prairie Conference.  October 5-7, 2004.  Sebring, Florida.  *Prairie Birds.*

Southeastern Association of Fish and Wildlife Agencies, State Wildlife Grants Ad Hoc Committee.  July 12-14, 2004.  Atlanta, GA.  *Utilizing GIS for Landscape Level Planning.*

State Road (SR) 40 Environmental Feasibility Study, Task Force Meeting.  December 11, 2003.  Silver Springs, Florida.  *Biodiversity Conservation Planning: SR 40 Ocala - Ormond Beach.*

National Gap Analysis Program Annual Meeting.  October 6-9, 2003.  Ft. Collins, CO.  *Applications of Habitat Models to Decision-Making Processes Affecting Land Use in Florida.*

Defenders of Wildlife, Workshop on the Next 100 Years of the National Wildlife Refuge System.  May 29-30, 2003.  Washington, D.C.  *Biodiversity Conservation Planning in Florida.*

US Fish and Wildlife Service, State Wildlife Grants Program, Comprehensive Wildlife Conservation Strategy Workshop for Southeastern States.  April 21-23, 2003.  Atlanta, GA.  *Applications of Biodiversity Conservation Planning Data in Florida.*

Greater Everglades Ecosystem Restoration Annual Conference.  April 15, 2003.  Palm Harbor, Florida.  *Florida Panther: Habitat and Landscape Linkage Modeling.*

US Fish and Wildlife Service, Conservation Data Workshop.  April 1-2, 2003.  Panama City, Florida.  *Biodiversity Conservation Planning in Florida.*

Florida Public Interest and Environment Annual Conference.  February 28, 2003.  Gainesville, Florida.  *Biodiversity Conservation Planning in Florida.*

Florida Land Acquisition Partnership Annual Conference.  November 20-22, 2002.  Howey-in-the-Hills, Florida.  *Florida Panther: Habitat and Landscape Linkage Modeling.  Moderator: Wildlife Corridors Session.*

International Association for Landscape Ecology, 17th Annual Symposium.  April 23-26, 2002.  Lincoln, Nebraska.  *Identification and Protection of Landscapes Important to Biodiversity Conservation in Florida.*

Environmental Law Institute's National Biodiversity Symposium.  January 17-18, 2001.  Washington, D.C.  *Florida's Closing the Gaps Project.*

Florida Land Acquisition Partnership Annual Conference.  November 15-17, 2000.  Haines City, Florida.  *Are We Protecting Florida's Most Critical Resources?*

Florida Chapter of the Wildlife Society, Spring Meeting.  April 11, 2000.  Daytona Beach, Florida.  *Strategic Habitats and Habitat Loss in Florida.*

Florida Forever Advisory Council Meeting.  October 20, 1999.  Tallahassee, Florida.  *Habitat Conservation Planning in Florida.*

Society for Conservation Biology Annual Meeting, Regional-scale Conservation Planning Symposium.  June 20, 1999.  College Park, Maryland.  *When Public Lands Aren't Enough: Identifying Strategic Habitats on Private Lands in Florida.*

**Randy S. Kautz, B.S.**                                                                                                      Page 9

---

GIS at Work in Florida's Environment Conference.  June 5-6, 1997.  Tallahassee, Florida.  *Overview of GIS Programs at the Florida Game and Fresh Water Fish Commission.*

Ecosystem Management Society of Japan, Florida Tour.  May 19, 1997.  Wakulla Springs, Florida.  *Closing the Gaps in Florida's Wildlife Habitat Conservation System.*

Southeastern States Natural Heritage Programs Annual Conference.  Keynote Address.  April 21, 1997.  Tallahassee, Florida.  *Closing the Gaps in Florida's Wildlife Habitat Conservation System.*

Florida Department of Transportation (FDOT) Annual Environmental Issues Conference.  April 3-4, 1997.  Archbold Biological Station, Lake Placid, Florida.  *Environmental Impact Assessment Using GIS and 'Closing the Gaps' Report Data.*

Florida Institute of Park Personnel 133rd Annual Fall Conference.  November 6, 1996.  Tallahassee, Florida.  *Wildlife Corridors - Urban to Rural.*

The Nature Conservancy (TNC) Annual Trustee Meeting (The Science of Portfolio Design Workshop).  September 25-28, 1996.  Washington, DC.  *Implementation of Florida's 'Closing the Gaps' Project.*

FGFWFC, Division of Wildlife Annual Meeting.  August 29, 1996.  St. Augustine, Florida.  Title: *Closing the Gaps in Florida's Wildlife Habitat Conservation System.  GIS Workshop.*

Florida Native Plant Society Annual Meeting.  May 30-June 2, 1996.  Sarasota, Florida.  *Habitat Fragmentation.*

Pinellas Chapter of the Florida Native Plant Society.  March 6, 1996.  Largo, Florida.  *Closing the Gaps in Florida's Wildlife Habitat Conservation System.*

South Carolina State Mapping Advisory Committee Biennial Conference.  January 23-24, 1996.  Columbia, South Carolina.  *Florida Gap Analysis.*

Florida Chamber of Commerce Environmental Permitting Short Course.  Orlando, Florida.  January 17-18, 1996.  *Endangered and Threatened Species.  Title: Ecosystem Management Progress Report.*

Florida Biotic Information Consortium, Annual Meeting.  Gainesville, Florida.  November 8-9, 1995.  *GIS Data Layers Available from the Florida Game and Fresh Water Fish Commission.*

Florida Department of Environmental Protection (FDEP)/State University System Ecosystem Research Needs Workshop.  St. Petersburg, Florida.  June 13-14, 1995.  Facilitator:  Land-based Ecosystems Work Group.

Florida Youth Environmental Summit.  Orlando, Florida.  April 30-May 2, 1995.  Invited Panelist:  Habitat Pizza-Who Gets a Slice?

FDOT Annual Environmental Conference.  April 19-21, 1995.  Orlando, Florida.  *GIS Data Layers Available from the Florida Game and Fresh Water Fish Commission.*

National Gap Analysis Principal Investigators Annual Workshop, Silverdale, Washington.  1994.  *Modeling techniques used to predict vertebrate species distributions in Florida.*

Biodiversity of the Southern Appalachians Conference.  March 18-19, 1994.  Asheville, North Carolina.  *Closing the Gaps Study in Florida.*

FGFWFC's 1993 Florida Fish and Wildlife Conference.  November 5-7, 1993.  Haines City, Florida.  *Habitat Protection Planning for Florida Wildlife.*

---

**Randy S. Kautz, B.S.**  Page 10

**Committee Appointments:**

Florida Natural Areas Inventory and University of Florida GeoPlan Center, Critical Lands and Waters Identification Project, Technical Advisory Group Member.  2007 to Present.

Florida Fish and Wildlife Conservation Commission (FWC), MyFWC.com Design Guidelines and Review Standing Team.  August 2004 to February 2005.

FWC, Data Standards Issue Team.  December 2003 to February 2005.

FWC, Records Management Issue Team.  November 2003 to February 2005.

FWC, US Fish and Wildlife Service (USFWS) State Wildlife Grants Issue Team.  September 2003 to February 2005.

FWC, Senior Leadership Team.  July 2003 to February 2005.

FWC, Information Technology Steering Committee.  June 2003 to February 2005.

The Nature Conservancy, Workshop on Setting Quantitative Ecological Goals in Regional Planning Efforts, Seattle, Washington.  June 2002 to February 2005.

Florida Natural Areas Inventory, Florida Forever Conservation Needs Assessment, Expert Technical Advisory Group Member.  February 2002 to Present.

USFWS, South Florida Multi-species Ecosystem Recovery Implementation Team Member and Florida Panther Sub-team Member.  October 1999 to February 2005.

FWC, Information Technology Council.  October 1999 to July 2001.

Florida Keys Carrying Capacity Study, Species Workgroup Member, GIS Workgroup Member.  June 1999 to February 2005.

Key Deer Habitat Conservation Plan Steering Committee.  January 1999 to February 2005.

St. Johns River Water Management District, Cumulative Impacts of Wetlands Loss Committee.  August 1998 to August 2000.

State of Florida, Geographic Information Advisory Council.  1996 to 2000.

Southern Appalachians Forest Coalition.  Southern Appalachians Biodiversity Project "Kitchen Cabinet," Member.  March 1996.

FDEP/State University System. Ecosystem Management Research Needs Workshop Steering Committee.  1995 to 1996.

Florida Greenways Commission.  System Design Committee, Member.  1995 to 1997.

FDEP.  Ecosystem Management Implementation Steering Committee, Member.  Science and Technology Subcommittee, Co-chair.  1994 to 1996.

Florida Environmental Risk Assessment.  Ecology Technical Advisory Committee, Member.  1994 to 1995.

Florida Preservation 2000 Needs Assessment.  Data Inventory and Assessment Committee, Member.  1990.

**Randy S. Kautz, B.S.**                                                                                                      Page 11

---

Florida Keys Resource Planning and Management Committee, Member.  Appointed by Governor Bob Martinez, 1990 to 1992.

Growth Management Data Network Coordinating Council, Alternate Council Member, Staff Advisory Committee Member. 1990 to 1995.

FGFWFC, Nongame Wildlife Program, Contracted Research Selection Committee Member, January 1985 to August 2001; March to April 2004.

**Contracts and Grants:**

Project Manager (PM).  USFWS, State Wildlife Grants program grant to implement a data warehouse within the FWC and to publish fish and wildlife GIS data via the internet.  2004 to 2005.

PM.  USFWS, Wildlife Conservation and Restoration Program grant to update the FWC's Landsat-based land cover database from 1985 to 89 through 2003.  $108,000 contract amount.  2001 to 2004.

PM.  Wildlife Foundation of Florida grant to update the FWC's Landsat-based land cover database from 1985 to 89 through 2003.  $36,000 contact amount.  2001 to 2003.

PM.  U.S. Geological Survey, Biological Resources Division, grant to the FWC to develop a GIS database of Florida's freshwater fishes and post results on the Internet.  $56,000 contract amount.  1999 to 2000.

PM.  Florida Game and Fresh Water Fish Commission (FGFWFC) subcontract with the Cooperative Fish and Wildlife Research Unit at the University of Florida to update a digital vegetation map of north central Florida and the Florida panhandle using Landsat Thematic Mapper imagery and ancillary databases.  $170,539 contract amount.  1996 to 2000.

PM.  EPA cooperative agreement with the FGFWFC to update a digital vegetation map of north central Florida and the Florida panhandle using Landsat Thematic Mapper imagery and ancillary databases.  $170,539 contract amount.  1996 to 2001.

PM.  USFWS cooperative agreement with the FGFWFC to perform specific recovery actions for the Lower Keys marsh rabbit (*Sylvilagus palustris hefneri*), silver rice rat (*Oryzomys argentatus*), and Stock Island tree snail (*Orthalicus reses*) in the Florida Keys.  $50,000 contract amount.  1994 to 1996.

Principal investigator/PM.  EPA cooperative agreement with the FGFWFC to map Florida wetlands used by wetland-dependent species of wildlife listed as endangered, threatened, and species of special concern by the State of Florida.  $76,000 contract amount.  1993 to 1994.

PM.  FGFWFC contract with FDOT to produce a digital map of vegetation and land cover in Florida using Landsat Thematic Mapper imagery.  $300,000 contract amount.  1987 to 1990.

**Awards:**

Osprey Award:  Recognizing Extraordinary Effort to Protect and Preserve Florida's Environment.  1998.  Florida Chapter of the Sierra Club.

Excellent Informational Poster Award.  1998.  FDEP, Third Annual GIS Workshop.

---

Appendix E to Exhibit 1

**Randy S. Kautz, B.S.**                                                                                                                          Page 12

**Certifications:**

    Certified in the use of the USFWS' Habitat Evaluation Procedures.  1986.

**Associations:**

    Florida Ornithological Society (1988-2011)

    Society for Conservation Biology (1988-2011)

    The Nature Conservancy (2006-2011)

    Florida Academy of Sciences (1993-2011)

    The Wildlife Society (2009-2011)