UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

        Defendants,

and

THE MICCOSUKEE TRIBE OF INDIANS,

        Proposed Intervenors.

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE VIDEO CLIP CONVENTIONALLY**

THIS MATTER is before the Court on Plaintiffs' Motion for Leave to File Video Clip Conventionally (the "Motion," ECF No. _____), the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED.

1. Plaintiffs shall file a Notice of Conventional Filing; and take a hard copy of this Order, along with the USB thumb drive to the Clerk's office.

DONE AND ORDERED in Chambers, at Miami, Florida, this ____ day of July 2025.

 
_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE