UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., et al.,

       Plaintiffs,

vs.

KRISTI NOEM, *et al.* in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida;

       Defendants,

and

The Miccosukee Tribe of Indians,

       Proposed Intervenors.

## DECLARATION OF JESSICA NAMATH

1. My name is Jessica Namath and I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the facts set forth herein.

2. I visit and recreate in the Big Cypress National Preserve (the "Preserve"). My enjoyment of the Preserve has been disturbed by the construction and now operation the Dade-Collier Training and Transition Airport (the "TNT Site") as mass detention center.

1

3. On July 16, 2025, I visited the Preserve in the area of the TNT Site. During the evening, I observed transport vehicles arriving and departing from the TNT Site bearing the insignia of the U.S. Department of Homeland Security ("DHS").

4. I took video of the DHS vehicles entering and exiting the TNT Site with my iPhone.

5. Attached hereto as Exhibit A is a true and accurate copy of the video I took on the evening of July 16, 2025. This video truly and accurately depicts the DHS vehicles I observed.

I declare under penalty of perjury that the foregoing is true and correct and was executed on July 18, 2025, in Miami-Dade County, Florida.

Jessica Namath