UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-22896-CV-WILLIAMS

FRIENDS OF THE EVERGLADES, INC., *et al.*,

    Plaintiffs,

v.

KRISTI NOEM, *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court following the July 21, 2025 Status Conference in this matter. (DE 52). For the reasons set forth at the Hearing, it is **ORDERED AND ADJUDGED** as follows:

1. Florida Immigrant Coalition's Motion for Leave to File Amicus Brief in Support of Plaintiffs (DE 36) is **DENIED WITHOUT PREJUDICE.**

2. A Hearing on the venue issues raised in Defendant Guthrie's Supplemental Response to Plaintiffs' Requests for a Temporary Restraining Order ("***TRO***") (DE 50) ("***Supplemental Response on Venue***") is **SET** for **July 30, 2025 at 10:00 a.m.** before the Honorable Kathleen M. Williams in Room 11-3 of the Wilkie D. Ferguson, Jr. United States Courthouse, located at 400 North Miami Avenue in Miami, Florida.

3. Plaintiffs shall file any consolidated response to Defendant Guthrie's Supplemental Response on Venue on or before **July 25, 2025 at 5:00 p.m.** Defendant Guthrie may file any reply on or before **July 29, 2025 at 3:00 p.m.**

4. Defendants Noem and Lyons ("***Federal Defendants***") may file any

consolidated response to Defendant Guthrie's Supplemental Response on Venue on or before **July 25, 2025 at 5:00 p.m.** Plaintiffs may file any reply on or before **July 29, 2025 at 3:00 p.m.**

5. Defendants shall file a consolidated response to Interested Party Miccosukee Tribe of Indians of Florida's ("*Tribe*") Motion to Intervene on or before **July 25, 2025 at 5:00 p.m.** Any reply by the Tribe shall be filed on or before **July 29, 2025 at 3:00 p.m.**

6. A Hearing on Plaintiffs' Expedited Motion for TRO and Preliminary Injunction (DE 5) and Plaintiffs' Renewed Motion for TRO (DE 40) is **SET** for **August 6, 2025 at 9:00 a.m.** before the Honorable Kathleen M. Williams in Room 11-3 of the Wilkie D. Ferguson, Jr. United States Courthouse, located at 400 North Miami Avenue in Miami, Florida.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 21st day of July, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE