UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

   Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

   Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

   Proposed Intervenors.

**PLAINTIFFS' EXPEDITED REQUEST FOR PRODUCTION
TO STATE DEFENDANT**

  Pursuant to Fed. R. Civ. P. 34, Plaintiffs Friends of the Everglades, Inc., and Center for Biological Diversity (collectively, "Plaintiffs"), through undersigned counsel, hereby request that the following documents be produced for inspection and copying by Defendant Kevin Guthrie, in

**Exhibit 2**

his official capacity as Executive Director of the Florida Division of Emergency Management, within seven (7) days.

## REQUESTS FOR DOCUMENTS

1. Any agreements between Immigration and Customs Enforcement ("ICE"), the U.S. Department of Homeland Security ("DHS"), FEMA, or both, and the Florida Division of Emergency Management ("FDEM"), or any other state or local government office, pursuant to section 287(g) or any other provision of the Immigration and Nationality Act, applicable to the use of the Dade-Collier Training and Transition Airport ("TNT site") as a detention center.

2. A copy of any Intergovernmental Service Agreements ("IGSA"), Memorandum of Understanding, or the like, among FDEM and ICE or DHS or FEMA related to the TNT site.

3. Communications between FEMA, and ICE and/or DHS and FDEM or any other State of Florida official or employee relating to the use of the TNT site as a detention center.

4. A copy of any IGSA between ICE and any other state or local government office related to the TNT site.

5. A copy of any Basic Ordering Agreements ("BOA") between ICE and FDEM.

6. A copy of any BOAs between ICE and any other state or local government office.

7. Communications between FDEM and Miami-Dade County pertaining to FDEM's Letter of Intent ("LOI") in connection with the proposed acquisition of the Dade-Collier Training and Transition Airport ("TNT") and/or in connection with FDEM's utilization of the TNT Site.

8. All documents pertaining to or discussing the environmental impacts of any use of the TNT site as an immigrant detention center.

9. All documents pertaining to or discussing the impacts on any listed endangered species or critical habitat resulting from FDEM's use of the TNT site.

10. All documents pertaining to or demonstrating any water, power, traffic planning, incineration, sewer and sewage disposal, wetlands mitigation, or related infrastructure plans relating to the use of the TNT site as a detention center.

Respectfully submitted,

**Exhibit 2**

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida  33137<br>Telephone:  (305) 440-5432<br><br>By:_____s/   Tania Galloni_____<br>   Tania Galloni, Fla. Bar No. 619221<br>   tgalloni@earthjustice.org<br>   Dominique Burkhardt, Fla. Bar No. 100309<br>   dburkhardt@earthjustice.org<br>   Alisa Coe, Fla. Bar No. 10187<br>   acoe@earthjustice.org<br><br>*Counsel for Friends of the Everglades* | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900<br><br>By:_____s/   Paul J. Schwiep_____<br>   Paul J. Schwiep, Fla. Bar No. 823244<br>   PSchwiep@CoffeyBurlington.com<br>   Scott Hiaasen, Fla. Bar No. 103318<br>   SHiaasen@CoffeyBurlington.com<br>   YVB@CoffeyBurlington.com<br>   LPerez@CoffeyBurlington.com<br>   service@CoffeyBurlington.com<br><br>*Counsel for Plaintiffs* |

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Center for Biological Diversity*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2025, I served the foregoing document via Electronic Mail on all counsel of record identified below.

     s/   Paul J. Schwiep     

**Exhibit 2**

| Service List | |
|---|---|
| **Nathan A. Forrester**<br>    Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>    Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida  32399-1050<br>Telephone:  (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br><br>_____<br><br>BOIES SCHILLER FLEXNER LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>    Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida  33132<br>Telephone:  (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br><br>_____<br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>    United States Department of Justice<br>**Peter M. Torstensen, Jr.**<br>    Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>    United States Department of Justice<br>**Hayley A. Carpenter**<br>    Trial Attorney<br>hayley.carpenter@usdoj.gov<br>Natural Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  (202) 305-0242<br><br>*Counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl**<br>    Assistant County Attorney<br>wahl@miamidade.gov<br>**Monica Rizo Perez**<br>    Assistant County Attorney<br>Monica.Rizo@miamidade.com<br>**David M. Murry**<br>    Assistant County Attorney | |

Exhibit 2

| | |
|---|---|
| DMMurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida  33128<br>Telephone:  (305) 375-5151<br>Victor.Rodriguez3@miamidade.gov<br>Madalis.Gonzalez@miamidade.gov<br>KGriffin@FlyMIA.com<br><br>*Counsel for Miami-Dade County* | |
| **Todd R. Friedman, Esq.**<br>todd@toddfriedmanpa.com<br>TODD R. FRIEDMAN, P.A.<br>1101 Brickell Avenue<br>Suite S-700<br>Miami, Florida 33131<br>Telephone:  (786) 536-7190<br><br>*Counsel for The Miccosukee Tribe of Indians* | |

**Exhibit 2**