_____

**From:** Paul J. Schwiep
**Sent:** Tuesday, June 24, 2025 3:38 PM
**To:** Records@em.myflorida.com
**Cc:** Scott A. Hiaasen <shiaasen@coffeyburlington.com>
**Subject:** RE: Dade-Collier Training and Transition Airport


Dear Public Records Liaison Officer:

This is a public records request pursuant to the Florida Public Records Act, Fla. Stat. § 119, et al.  this is to request that the State of Florida Division of Emergency Management (the "Division") produced the following documents:

1.      All documents pertaining to the Division's Letter of Intent ("LOI") to Miami-Dade County in connection with the proposed acquisition of the date-Collier Training and Transition Airport ("TNT").

2.      All documents pertaining to or discussing any plans by the Division to use the TNT site for any purpose.

3.      All documents pertaining to or discussing the environmental impacts of any use of the TNT site by the Division.

4.      All documents pertaining to or discussing the impacts on any listed endangered species result from the Division's use of the TNT site.

<span style="color:red;">Exhibit 6</span>

5.    All communications between the Division and the United States Department of Homeland Security, including the Immigration and Customs Enforcement agency, pertaining to or relating to the Division's planned use of the TNT site to provide temporary facilities in connection with immigration enforcement activities.

6.    All communications between the Division and any federal agency pertaining to or relating to the Division's planned use of the TNT site to provide temporary facilities in connection with immigration enforcement activities.

7.    All communications between the Division and the National Park Service pertaining to or relating to the Division's planned use of the TNT site to provide temporary facilities in connection with immigration enforcement activities.

8.    All communications between the Division and Miami-Dade County pertaining to or relating to the Division's planned use of the TNT site to provide temporary facilities in connection with immigration enforcement activities.

9.    All documents pertaining to or constituting any permit applications with any agency relating to the Division's planned use of the TNT site.

10.    All documents pertaining to or constituting any contracts or agreements with any private entity to place facilities on the TNT site in connection with the Division's planned use of the TNT site.

11.    All documents pertaining to or demonstrating any water, sewer, traffic planning, wetlands mitigation, or related infrastructure plans relating to the Division's planned use of the TNT site.


Pablo J. Schwiep

COFFEY | BURLINGTON

O.  305-858-2900

M.  305-495-3833

Exhibit 6

_____

**From:** Paul J. Schwiep
**Sent:** Tuesday, June 24, 2025 3:27 PM
**To:** 'Records@em.myflorida.com' <Records@em.myflorida.com>
**Subject:** Dade-Collier Training and Transition Airport


Dear Public Records Liaison Officer:

this is a public records request pursuant to the Florida Public Records Act, Fla. Stat.

COFFEY | BURLINGTON

Paul J. Schwiep

2601 South Bayshore Drive, P1

Miami, Florida 33133

T.  305-858-2900

M. 305-495-3833

pschwiep@coffeyburlington.com

www.coffeyburlington.com

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Coffey Burlington, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

Exhibit 6