# EXHIBIT  1

# 2025 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 718554

**Entity Name:** FRIENDS OF THE EVERGLADES, INC.

**FILED**

**Mar 18, 2025**
**Secretary of State**
**5937574462CC**

**Current Principal  Place of Business:**

3727 SE OCEAN BLVD
 SUITE 200
STUART,  FL  34996

**Current Mailing Address:**

11767 SOUTH DIXIE HWY.  #232
MIAMI,  FL  33156  US

**FEI Number: 23-7099893**

**Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

STEVEN J. HENRIQUEZ CPA, LLC
5825 SUNSET DR
201
MIAMI, FL  33143  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

               Electronic Signature of Registered Agent                            Date

## Officer/Director Detail :

| | | | | |
|---|---|---|---|---|
| Title | PRES | | Title | CONSERVATION CHAIR |
| Name | KUSHLAN, PHILIP F | | Name | FARAGO, ALAN |
| Address | 11767 SOUTH DIXIE HWY.  #232 | | Address | 11767 SOUTH DIXIE HWY.  #232 |
| City-State-Zip: | MIAMI FL 33156 | | City-State-Zip: | MIAMI FL 33156 |
| | | | | |
| Title | SECRETARY | | Title | DIRECTOR |
| Name | WASHBURN, CONSTANCE | | Name | WICKSTROM, BLAIR |
| Address | 11767 SOUTH DIXIE HWY.  #232 | | Address | 3727 SE OCEAN BLVD SUITE 200 |
| City-State-Zip: | MIAMI FL 33156 | | City-State-Zip: | STUART FL 34996 |
| | | | | |
| Title | VP | | Title | DIRECTOR |
| Name | UPTON, PETER | | Name | LINVILLE, NATHANIEL |
| Address | 3727 SE OCEAN BLVD SUITE 200 | | Address | 11767 SOUTH DIXIE HWY.  #232 |
| City-State-Zip: | STUART FL 34996 | | City-State-Zip: | MIAMI FL 33156 |
| | | | | |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | QUARESMA-SHARP, CAMILA | | Name | PRESTON, DAVID |
| Address | 11767 SOUTH DIXIE HWY.  #232 | | Address | 3727 SE OCEAN BLVD  SUITE 200 |
| City-State-Zip: | MIAMI FL 33156 | | City-State-Zip: | STUART FL 34996 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: EVE SAMPLES                          EXECUTIVE DIRECTOR    03/18/2025

        Electronic Signature of Signing Officer/Director Detail                     Date

**Officer/Director Detail Continued :**

| | | | |
|---|---|---|---|
| Title | EXECUTIVE DIRECTOR | Title | TREASURER |
| Name | SAMPLES, EVE | Name | TROTTA, RICHARD |
| Address | 3727 SE OCEAN BLVD SUITE 200 | Address | 3727 SE OCEAN BLVD SUITE 200 |
| City-State-Zip: | STUART  FL  34996 | City-State-Zip: | STUART  FL  34996 |
| Title | DIRECTOR | Title | DIRECTOR |
| Name | JUDAH, RAY | Name | MITCHELL, ROBERT |
| Address | 3727 SE OCEAN BLVD SUITE 200 | Address | 3727 SE OCEAN BLVD SUITE 200 |
| City-State-Zip: | STUART  FL  34996 | City-State-Zip: | STUART  FL  34996 |
| Title | DIRECTOR | Title | DIRECTOR |
| Name | EVANS, JASON | Name | WAXLER, CAROL |
| Address | 3727 SE OCEAN BLVD SUITE 200 | Address | 3727 SE OCEAN BLVD SUITE 200 |
| City-State-Zip: | STUART  FL  34996 | City-State-Zip: | STUART  FL  34996 |
| Title | DIRECTOR | Title | DIRECTOR |
| Name | MCVOY, CHRISTOPHER | Name | GARDNER, ROYAL |
| Address | 3727 SE OCEAN BLVD SUITE 200 | Address | 3727 SE OCEAN BLVD SUITE 200 |
| City-State-Zip: | STUART  FL  34996 | City-State-Zip: | STUART  FL  34996 |