# EXHIBIT 2



**DANIELLA LEVINE CAVA**
MAYOR
MIAMI-DADE COUNTY

July 25, 2025

Mr. Kevin Guthrie
Director
Florida Division of Emergency Management
2555 Shumard Oak Boulevard
Tallahassee, FL 32399

**Re: Request for Immediate Access and Oversight Authority – Training and Transition Site ("Alligator Alcatraz")**

Dear Director Guthrie,

As you know, Miami-Dade taxpayers are the rightful property owners of the Training and Transition Airport (TNT) site in the Everglades that the state of Florida has commandeered through powers granted to the State through the Governor's Executive Order 23-03, most recently extended by Executive Order 25-120. Pursuant to our past communications, I am requesting immediate access to the site, dubbed "Alligator Alcatraz" by the State, which is located on land wholly owned by Miami-Dade County.

As the legal property owner of this site, the County is entitled to conduct inspections and assert oversight over any ongoing operations, including those initiated under emergency declarations. This is particularly urgent given the repeated news stories exposing troubling and dangerous conditions at the site, and the confirmation that the facility housed minors. Furthermore, continued reports confirm extreme health conditions leading to inhumane treatment of detained individuals. As we head further into hurricane season, we remain concerned for the safety of both staff and detainees, and the State's ability to quickly evacuate this temporary facility in the face of an oncoming storm. As I've previously stated, we also continue to have significant concerns regarding environmental impacts to this extremely sensitive ecosystem.

To that end, I am requesting the following actions be taken without further delay:

1. **Immediate access to the site where I can visit within 48 hours, in addition to designated County officials**, including staff from the Department of Environmental Resources Management (DERM), County Attorneys, and representatives from the Department of Emergency Management.
2. **A comprehensive briefing from your agency on current operations**, including the nature of any agreements with contractors, timelines for construction, and the anticipated population growth and security protocols. This also includes a copy of any policies for onsite medical care and medical evacuation for detainees.



**DANIELLA LEVINE CAVA**
MAYOR
MIAMI-DADE COUNTY

3. Weekly reporting to the County on environmental impacts, security incidents, and population data.
4. Remote video monitoring or third-party access for ongoing observation in compliance with federal and state environmental and human rights regulations.

While I understand the State may be operating under an emergency framework, such declarations do not negate Miami-Dade County's ownership of the land or our responsibility to our residents, our responsibility to ensure the humane treatment of individuals, our duty to protect the natural environment and our drinking water supply, and our obligations to tribal neighbors.

The County received no formal communication from your office prior to the development and deployment of this facility, and repeated efforts to seek transparency have been ignored or rebuffed. Our residents deserve full accountability for operations taking place on County-owned property.

I am hopeful that we can work together to restore cooperation, transparency, and lawful oversight. Please respond by **no later than Monday, July 28, 2025**, to coordinate access and initiate dialogue.

Sincerely,

*Daniella Levine Cava*

Daniella Levine Cava
Mayor, Miami-Dade County

STEPHEN P. CLARK CENTER · 111 N.W. FIRST STREET · 29TH FLOOR · MIAMI, FLORIDA 33128 · (305) 375-1880 · (305) 375-1262