UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., et al.

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

_____

**FEDERAL DEFENDANTS' NOTICE OF POSITION ON THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA'S MOTION TO INTERVENE**

Federal Defendants take no position on the Miccosukee Tribe of Indians of Florida's Motion to Intervene as an Intervenor-Plaintiff (the "Motion") (Dkt. No. 33).[1] However, consistent with the Court's statements at the July 21 status conference, Dkt. No. 52, the Court should defer deciding the Motion until after determining whether this District is the appropriate venue.

Respectfully submitted on July 25, 2025.

---

[1] This Court's July 22 Omnibus Order directed the Defendants to file a consolidated response to the Tribe's intervention motion. Because the United States is taking no position on that motion, it files this notice.

1

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

s/   Hayley A. Carpenter
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0242
hayley.carpenter@usdoj.gov

*Counsel for Kristi Noem, in her official capacity as Director of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*