| | |
|---|---|
| **From:** | Paul J. Schwiep |
| **To:** | Kelly Ann Kennedy |
| **Cc:** | Stephanie Houp; Scott A. Hiaasen |
| **Subject:** | RE: Public Records Request |
| **Date:** | Monday, July 28, 2025 8:28:25 AM |
| **Attachments:** | image001.png |

Ms. Kennedy:  Receipt of these documents is acknowledged.  Do you have a sense of when we will receive documents responsive to numbers 5 and 6?   Thank you in advance for your attention to this matter.

Pablo J. Schwiep

COFFEY | BURLINGTON
O.  305-858-2900
M.  305-495-3833

---

**From:** Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>
**Sent:** Friday, July 25, 2025 4:59 PM
**To:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Cc:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Scott A. Hiaasen <shiaasen@coffeyburlington.com>
**Subject:** [EXTERNAL] Re: Public Records Request

Attached are the remaining records responsive to number 9.

Sincerely,

**Kelly Ann Kennedy**
*Deputy General Counsel*
Florida Division of Emergency Management
2555 Shumard Oak Blvd., Tallahassee, FL 32399
Cell: 448-229-9328; Office: 850-815-4442
KellyAnn.Kennedy@em.myflorida.com
www.FloridaDisaster.org

 Most written communications to or from state employees are public records obtainable by the public upon request.  Emails sent to me at this email address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.

---

**From:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Sent:** Friday, July 25, 2025 4:22 PM

<span style="color:red">Exhibit 2</span>

**To:** Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>
**Cc:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Scott A. Hiaasen <shiaasen@coffeyburlington.com>
**Subject:** RE: Public Records Request

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Kennedy: I am following up. May you please provide a response at your earliest convenience? Thanks for your attention to this matter.

Pablo J. Schwiep

COFFEY | BURLINGTON

O. 305-858-2900

M. 305-495-3833

---

**From:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Sent:** Friday, July 25, 2025 7:34 AM
**To:** Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>
**Cc:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Scott A. Hiaasen <shiaasen@coffeyburlington.com>
**Subject:** Re: Public Records Request

Ms. Kennedy:

Thank you for providing a partial response on Wednesday. I was hoping we would receive additional documents yesterday. It is imperative that the responsive information be provided as soon as possible today, and I would greatly appreciate your effort to promptly provide such information. Thank you in advance.

Paul J. Schwiep

**Exhibit 2**

COFFEY | BURLINGTON

2601 South Bayshore Drive, P1

Miami, Florida 33133

T.  305-858-2900

M. 305-495-3833

pschwiep@coffeyburlington.com

www.coffeyburlington.com

**From:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Sent:** Thursday, July 24, 2025 12:32:59 PM
**To:** Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>
**Cc:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Scott A. Hiaasen <shiaasen@coffeyburlington.com>
**Subject:** Re: Public Records Request

Thank you.

Paul J. Schwiep

COFFEY | BURLINGTON

2601 South Bayshore Drive, P1

Miami, Florida 33133

T.  305-858-2900

M. 305-495-3833

pschwiep@coffeyburlington.com

www.coffeyburlington.com

**From:** Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>

**Exhibit 2**

**Sent:** Thursday, July 24, 2025 12:27:18 PM
**To:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Cc:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Scott A. Hiaasen <shiaasen@coffeyburlington.com>
**Subject:** [EXTERNAL] Re: Public Records Request

No, these are not all of the records. We are releasing the records as they become available. Thank you for your cooperation. I am working on No. 10 now. I will send those to you next.

Sincerely,

**Kelly Ann Kennedy**

*Deputy General Counsel*

Florida Division of Emergency Management

2555 Shumard Oak Blvd, Tallahassee, FL 32399

Cell: 448-229-9328

KellyAnn.Kennedy@em.myflorida.com

> **Most written communications to or from state employees are public records obtainable by the public upon request.  Emails sent to me at this email address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.**

---

**From:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Sent:** Thursday, July 24, 2025 12:01 PM
**To:** Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>
**Cc:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Scott A. Hiaasen <shiaasen@coffeyburlington.com>
**Subject:** RE: Public Records Request

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Kennedy:

Exhibit 2

Thank you for providing these records. Is this the entirety of the responsive documents? I may have misunderstood from my discussion yesterday for a "rolling" production, however, I thought some documents were produced while others were still being assembled for production. For instance, our PRR (attached for your reference) sought any communications with DHS or ICE (Nos. 5 & 6), and any contracts or agreements for work at the site (No. 10).  We are still waiting for those, correct?


Thank you in advance for your attention to this matter.


Pablo J. Schwiep


COFFEY | BURLINGTON

O.  305-858-2900

M.  305-495-3833


**From:** Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>
**Sent:** Wednesday, July 23, 2025 6:47 PM
**To:** Paul J. Schwiep <pschwiep@coffeyburlington.com>
**Cc:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>
**Subject:** [EXTERNAL] Public Records Request


Good evening, Paul,


The public records you requested are attached.


Sincerely,

**Exhibit 2**

**Kelly Ann Kennedy**

*Deputy General Counsel*

Florida Division of Emergency Management

2555 Shumard Oak Blvd., Tallahassee, FL 32399

Cell: 448-229-9328; Office: 850-815-4442

KellyAnn.Kennedy@em.myflorida.com

www.FloridaDisaster.org



**Most written communications to or from state employees are public records obtainable by the public upon request.  Emails sent to me at this email address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.**

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

Exhibit 2