UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David M. Costello of Boies Schiller Flexner LLP hereby notices his appearance as counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management.

1

<table>
<tr><td>Dated: July 28, 2025</td><td>Respectfully submitted,<br><br>s/ <i>David Costello</i><br>Jesse Panuccio (FBN 31401)<br>Evan Ezray (FBN 1008228)<br>David Costello (FBN 1004952)<br><b>BOIES SCHILLER FLEXNER LLP</b><br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, Florida 33301<br>dcostello@bsfllp.com<br>ftleserve@bsfllp.com<br><br><br><i>Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management</i></td></tr>
</table>

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on July 28, 2025, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

s/ <i>David Costello</i><br>David Costello