# Exhibit 1

```
1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION
                   CASE NUMBER 25-22896-CV-KMW
3
    Friends of the Everglades, et al
4                          Plaintiffs


5
                vs.
6
    Kristi Noem, et al
7
                    Defendants
8   _____

9                ZOOM HEARING HELD 7-21-2025
           BEFORE THE HONORABLE KATHLEEN M.  WILLIAMS
10              UNITED STATES DISTRICT COURT JUDGE

11  _____

12  APPEARANCES:

13  FOR THE PLAINTIFFS:     Paul Schwiep, Esq.
                            Scott Hiaasen, Esq.
14                          Robert Burlington, Esq.
                            Elise Bennett, Esq.
15                          Jason Totoiu, Esq.
                            Tanya Galloni, Esq.
16
    FOR THE DEFENDANTS:     Carlos Raurell, A.U.S.A.
17                          Jesse Panuccio, Esq.
                            Evan Ezray, Esq.
18                          Jeffrey DeSousa, Esq.
                            David Murray, Esq.
19

20  FOR THE INTERVENOR:     Chris Ajizian, Esq.

21

22  REPORTED BY:            PATRICIA SANDERS, RPR
                            United States Court Reporter
23                           400 North Miami Avenue, Suite 11-3
                            Miami, FL  33128
24                          T: 305.523.5528
                             patricia_sanders@flsd.uscourts.gov.
25
```

1

2          THE COURT:  The Court calls Case No. 25-22896;

3    Friends of the Everglades, et al versus Kristi Noem, et al.

4          Counsel, please announce your appearances starting

5    with the Plaintiff.

6          You have to un-mute yourself.

7          MR. SCHWIEP:  Oh, okay, now I'm un-muted.

8          THE COURT:  I can hear you now.

9          MR. SCHWIEP:  Good afternoon, Your Honor, Paul

10   Schwiep, Scott Hiaasen and Bob Burlington from Coffey

11   Burlington on behalf of Plaintiffs Friends of the Everglades

12   and Center for Biological Diversity.

13          And I'll let counsel for the Center of Biological

14   Diversity and Earthjustice introduce themselves.

15          THE COURT:  Good afternoon.

16          MS. BENNETT:  Good afternoon, Your Honor, Elise

17   Bennett and Jason Totoiu appearing on behalf of the Center for

18   Biological Diversity.

19          THE COURT:  Good afternoon.

20          MS. GALLONI:  Good afternoon, Your Honor, this is

21   Tanya Galloni from Earthjustice, appearing on behalf of

22   Plaintiff Friends of the Everglades.

23          THE COURT:  Good afternoon.  All right.  And if the

24   defendants could announce their appearances as well.

25

```
 1          MR. RAURELL:  Good afternoon, Your Honor, Carlos
 2   Raurell from the U.S. Attorney's Office in Miami for the
 3   Federal Defendants, Secretary Noem and the ICE Director.  And
 4   in the waiting room -- I don't know if they're allowed access
 5   -- from Main Justice are Marissa Piropato and Peter Torstensen.
 6   From the Environmental and Natural Resources Division of DOJ.
 7          THE COURT:  All right.  I'll see if we can get them
 8   into the Zoom proceeding.  As I said, we had only allowed those
 9   lawyers who were of record, but now that we have names, we'll
10   see if we can admit them.
11          MR. RAURELL:  Thank you, Your Honor.
12          THE COURT:  All right.
13          MR. PANUCCIO:  Good afternoon, Your Honor.  This is
14   Jesse Panuccio for Defendant Kevin Guthrie in his official
15   capacity as the Executive Director of the Florida Division of
16   Emergency Management, the State defendant in the case.
17          THE COURT:  Good afternoon.
18          MR. PANUCCIO: With me is Evan Ezray and Jeffrey DeSousa
19   from the State Solicitor General's Office.
20          THE COURT:  Good afternoon, gentlemen.
21          MR. PANUCCIO:  Good afternoon.
22          THE COURT:  All right. And is there anyone here for
23   Miami-Dade?
24          MR. MARIE:  David Murray, County Attorney's Office, on
25   behalf of Miami Dade County, Your Honor.
```

```
 1              THE COURT:  Good afternoon.

 2              All right.  I think we everyone's appearance.

 3              MR. AJIZIAN:  Your Honor.

 4              THE COURT:  My apologies.

 5              MR. AJIZIAN:  Your Honor, if I may, Chris Ajizian on

 6  behalf of the Miccosukee Tribe of Indians of Florida.  I should

 7  have spoken up earlier with the Plaintiffs.

 8              We're a proposed intervener Plaintiff, our motion is

 9  still pending, and so we're not in as yet.

10              THE COURT:  Oh, yes.  Thank you, Mr. Ajizian.

11              There are so many people on the Zoom, and so I did

12  not see everyone on my screen.

13              I do see Ms. Sharpless, who is a "proposed" amicus.

14              Is there anyone else who hasn't been acknowledged or

15  announced their appearance?

16              All right.  Before we begin, I want to remind everyone

17  on Zoom, as well as any parties, press and public that are

18  listening in, that it is prohibited to record these proceedings

19  in any way.

20              I also want to remind the lawyers that if you have

21  something to say you must please identify yourself, because of

22  the array of boxes on the screen; so that my court reporter Ms.

23  Sanders can identify who is speaking.

24              And I would ask that you speak clearly, slowly and into

25  the microphone so that Ms. Sanders can make an accurate record
```

```
1    of what is being said.  All right.  Before we begin I will give

2    a very brief, factual and procedural background.

3              This is a suit for declaratory and injunctive relief

4    under the National Environmental Policy Act, the Administrative

5    Procedure Act, Florida Statutes and Miami-Dade County Code.

6              This case was filed, I believe, in June of this year.

7    The Plaintiffs claim that the Florida and Federal Governments

8    have collaborated to construct an Immigration Detention

9    Facility at the Dade-Collier Training and Transition Airport,

10   TNT, without preparing the appropriate environmental impact

11   statement as is required by NEPA and other State and County

12   laws.

13              The TNT is located within the Everglades adjacent to

14   the Big Cyprus National Preserve, which is a Nationally and

15   State protected area, that is a habitat for endangered and

16   threatened species.

17              On June 27th Plaintiffs filed their expedited motion

18   for a TRO and a preliminary injunction.

19              On July 11th they again filed an expedited motion for

20   ruling on the TRO and PI.

21              Between June the 30th and July the 18th Plaintiffs

22   supplemented their filings, I believe, with eight notices.

23   Defendant Guthrie objected to the notices, which I think got

24   mooted out this morning when the defendant filed his own

25   supplement; and we'll get to that later.
```

```
 1              On July 14th, the Miccosukee Tribe filed a motion to
 2    intervene.  And on July 16th Judge Martinez recused, and I was
 3    then reassigned the case.
 4              On that same day, Ms. Sharpless on behalf of Florida
 5    Immigration Coalition filed a request to be allowed to file an
 6    amicus brief.
 7               I then scheduled this status conference in order to
 8    calendar matters and see what we could resolve.
 9              I did last Friday, I believe it was, grant the
10    unopposed motion for extension of time for -- I think it was
11    Defendant Guthrie's answer.  That leaves various other motions
12    I would like to discuss.
13              The first one I am going to take up is yours, Ms.
14    Sharpless.  While I very much appreciate the effort and the
15    interest you have in our case, as you can see from our
16    assembled counsel, I do not need any additional perspective on
17    this case; I do need resolution.
18              And so at this point, Ms. Sharpless, I am going to deny
19    without prejudice to renew at a later time your request to
20    appear as amicus.
21              Again, I appreciate the time and effort, but I would
22    like to straighten out what I have right now before I bring any
23    other folks into the case.
24              But I know you're there, and so if I need your
25    assistance I will advise you of that.
```

```
 1            That brings us to the motion to intervene.  I am going

 2   to ask that the defendants file their response by this Friday,

 3   the 25th, since that needs to be addressed.

 4            I don't believe in light of everything that has

 5   transpired that we can wait much longer.

 6            That leads to the other motions I am now going to take

 7   up, including the one that was filed a couple of hours ago --

 8   and that is Defendant Guthrie's supplemental response -- which

 9   is really not a supplement, just as the Plaintiffs' supplements

10   were not technically supplements.

11             So everyone's supplement is going to be recognized,

12   but Plaintiffs, I need for you to respond to this by Friday.

13   It raises a venue issue, which I think is rather important.

14            I knew that TNT was in Collier County, and I thought

15   that -- well, I don't know what I thought about the parties'

16   agreement or perspective on this -- but I do need this issue to

17   be teed up.

18            And so I am going to set a hearing on this issue for

19   Wednesday July 30th at 10 o'clock.  And that means if the

20   Defendants wish to file a reply, they may, but in light of the

21   fact that we're going to have oral argument on the 30th it is

22   not necessary; but I leave that to your good offices.

23            MR. PANUCCIO:  Your Honor, may I just ask -- and this

24   is Jesse Panuccio for the State Defendant -- will that be an

25   in-person hearing; just to clarify?
```

1              THE COURT:  I prefer that it be in person because,

2    you know, "technology"; although everyone is a big fan.  But

3    getting everybody on can be quite difficult.

4              And so for this type of a hearing I believe it is

5    better held in person.

6              MR. PANUCCIO:  Just to clarify, Your Honor, in person

7    is fine for the State.

8              THE COURT:  All right.

9              MR. PANUCCIO:  I just wanted to make sure that I knew

10   in terms of making arrangements.

11             Thank you, Your Honor, I appreciate it.

12             THE COURT:  You're welcome.  All right.  So that

13   takes care of that issue.

14             Let's turn now to the -- the temporary restraining

15   order and preliminary injunction. I really don't know, counsel,

16   what to do with that.

17             I was going to schedule a hearing for next Friday, but

18   I don't know that this venue issue will be fully addressed --

19   and it may be -- but I think we probably need to have a

20   hearing.

21             Mr. Schwiep, will you be handling pretty much of our

22   discussion here today?

23             MR. SCHWIEP:  Yes, Your Honor.

24             THE COURT:  All right. Before we move forward let me

25   address something for the record.

```
 1          Because I think it is important in a proceeding like
 2   this to be transparent.
 3          Mr. Hiaasen worked for me 11, 12 years ago -- a long
 4   time ago -- as a law clerk.  I have reviewed the code of
 5   conduct, the appropriate statutes, and I do not believe that is
 6   a real conflict.
 7           So I just wanted to put that on the record before we
 8   proceeded.  I am assuming since you all have been dealing with
 9   each other for over a month now and know each other, that there
10   is no issue, but I am always mindful of being transparent.
11          So, Mr. Schwiep, if I were to schedule this preliminary
12   injunction how long do you think the hearing would take?
13          Are we talking about a number of witnesses?  What is
14   your thinking? Let me hear from you on that issue first, and
15   then I will turn to the lawyer from the Department and then to
16   Mr. Panuccio.
17           MR. SCHWIEP:  Thank, Your Honor.  We have been able
18   to discuss that issue -- with counsel -- and we do believe that
19   the preliminary injunction hearing will be able to be conducted
20   in a day.
21          We do think the Court would benefit from hearing from
22   witnesses.  It looks like there are some mixed factual legal
23   issues, especially in connection with the Federal and State
24   Defendants' position that the operation of this facility is
25   entirely a State endeavor.
```

1          So we have suggested, and we put this in our renewed

2   motion, that the preliminary injunction hearing be scheduled

3   within 14 days.

4          And that the Court then set up a schedule for the

5   parties to exchange those exhibits they intend to introduce at

6   that hearing, and also to provide a witness list.

7          We also, Judge, feel very strongly, apart from the

8   venue issue -- which we think there is venue in this

9   District -- a substantial portion of the events did occur here,

10  including that the property was commandeered from Miami-Dade

11  County.

12         Not to suggest that venue couldn't also have been laid

13  also in Collier County but a substantial portion of the events

14  occurred here; a portion of the property is in Miami-Dade

15  County.

16         But apart from that -- and we understand you want

17  further briefing on it -- you are going to conduct a hearing.

18         There was no suggestion that Your Honor does not have

19  jurisdiction now.  In the initial responses to our initial TRO

20  motion, there wasn't any issue raised about venue.

21         We've renewed that motion.  We weren't aware -- and

22  none of us were aware of Judge Martinez's conflict -- but

23  apparently there was one; and he was unable to take up the TRO

24  motion.

25

```
 1           But, Judge, we think a TRO should be entered today -- a
 2     limited narrowly tailored TRO -- we've laid out what we think
 3     that should look like in our renewed motion; and then a hearing
 4     set within 14 days.
 5           If Your Honor ultimately concludes that there is a
 6     venue -- none of the Defendants have moved to dismiss or to
 7     transfer this case if there ultimately is a venue issue -- but
 8     that would not moot or end this case; even if there were a
 9     venue issue.
10           Again, we do not believe that there is one.  But for
11     that reason, we think that a TRO should be entered today, this
12     Court has jurisdiction as of today; and then an injunction
13     hearing be set within the next 14 days.
14           THE COURT: All right.  Well, I am not going to enter
15     a TRO today.  I have read all of the papers.  And I am aware,
16     as you point out counsel, that there are some mixed factual and
17     legal issues -- not as perhaps straightforward as some of the
18     cases cited by both sides -- and in light of that I wanted to
19     have a hearing.
20           I certainly do not want to have a hearing necessarily
21     right on the heels of hearing about the venue issue.  While I
22     understand the Plaintiffs have been waiting to have a hearing
23     in front of a Judge -- and have been emphatic about the need
24     for a quick resolution.
25
```

1          But, again, Judge Martinez's conflict arose with some

2    later filed pleadings; nobody saw that. I needed time to look

3    this over -- and that is why I wanted to talk to you all -- but

4    then the venue issue was raised.

5          So I guess, Mr. Schwiep, I am asking you in terms of

6    time -- how long after our hearing next week would you like to

7    be heard on the TRO and the PI?  I think at this point, it's

8    all of a piece.

9           MR. SCHWIEP:  Judge, we would request a hearing at

10   the Court's earliest convenience.

11         Again, we think the venue issue will be easily resolved

12   because it doesn't -- under 13912 it doesn't have to be that

13   all the events occurred in this District.

14         Venue can lay in two separate Districts.  So long as a

15   substantial portion of the events occurred in this District

16   Your Honor will have venue.

17         So we don't think that belatedly raised issue -- and it

18   wasn't in the initial responses -- and so we are going to argue

19   waiver.  We believe it will be easily resolved; and so we would

20   request a hearing at ideally the end of that week.

21          THE COURT:  That is what I had originally thought --

22   before the venue issue came up -- would be a good time.  But I

23   do think I will need some time to take in your arguments before

24   we proceed.

25

```
 1          So in as much as you still feel it needs to be resolved
 2    quite quickly, I will set a hearing for August the 4th at 10
 3    o'clock.
 4          If in reviewing the venue arguments you have great
 5    qualms I will postpone or reset; but I would like everyone to
 6    have some direction in going forward.
 7          And in terms of logistics, that hearing will be held
 8    in person as well.
 9          MR. PANUCCIO:  Your Honor, if I may.
10          THE COURT:  Yes.
11          MR. PANUCCIO:  Again, Jesse Panuccio for the State
12    Defendant.
13          I do unfortunately -- and I apologize because it is
14    something I cannot move -- I have something on the fourth in
15    Tallahassee.  If I could move it, I would.
16          I can do later in the week, the sixth, the seventh or
17    even the eighth -- I could potentially move something -- but
18    the fourth would be very difficult for me.  And I do apologize
19    for that.
20          THE COURT:  So, the matter you'll be in Tallahassee
21    on, you think your business may run over to the fifth, is that
22    what I'm hearing?
23          MR. PANUCCIO:  Your Honor, I also have a deposition
24    that day, and so I'll be leaving -- but I'll need to get into
25    the deposition -- so I apologize for that, Your Honor.
```

```
 1              THE COURT:  All right.  Then what I'll set it down

 2      for the sixth starting at nine o'clock.

 3              That should hopefully work for you, Mr. Panuccio.

 4              MR. PANUCCIO:  That does scheduling wise, Your Honor;

 5      thank you.  As a matter of substance, however, I did wish to be

 6      heard briefly.

 7              THE COURT:  All right.

 8              MR. PANUCCIO: It is our position, Your Honor, that a

 9      full-blown evidentiary hearing right now is unnecessary.

10              I understand the Court is going to take up the venue

11      issue -- and that be resolved one way or the other -- but if

12      assuming the Court were to say or conclude that venue is proper

13      here, we still have other jurisdictional arguments -- as to why

14      this case cannot go forward.

15              For example, that Immigration detention decisions are

16      not subject to Judicial review.

17              THE COURT:  Okay.

18              MR. PANUCCIO:  And so we believe that it would be a

19      tremendous use of party -- and Court resources -- to call in

20      witnesses, to prepare for essentially a full blown evidentiary

21      hearing when it could be this case is not -- the Court will

22      conclude the case is not Constitutional at all.

23              And so we believe that attorney argument on those other

24      issues should precede any sort of an evidentiary hearing, Your

25      Honor.
```

```
 1          THE COURT:  I think what you're referring to,
 2   counsel, is the Title VIII provision.  I do not believe that
 3   has really anything to do with what I would be deciding here in
 4   this particular action since I am not wading into decisions
 5   about Immigration.
 6          What I am wading into -- no pun intended -- where this
 7   Detention Center has been put out in the middle of the
 8   Everglades.
 9          Which, again, while I did very much appreciate Ms.
10   Sharpless' request to assist the Court -- my focus is NEPA, APA
11   and not the use of the land.
12          Although I am sure that does go to the State and Ms.
13   Noem's arguments about why in a matter of weeks this facility
14   needed to be created out at TNT.
15           But I have reviewed everyone's submissions and I do
16   not see any other legal issue that would prevent me from having
17   an evidentiary hearing.
18          I understand at that hearing the question of, is it
19   Federal or is it State, is going to be very much contested and
20   discussed -- that I fully expect -- but I do believe that such
21   a hearing is appropriate.
22          With the exception of the venue issue -- which has been
23   raised -- I think we are clear to go ahead and have the parties
24   present their arguments and whatever evidence it is they wish
25   to adduce.
```

```
 1              And Mr. Schwiep -- or maybe it was Mr. Panuccio -- I
 2    know you said you had been discussing how the proceeding might
 3    go forward.
 4              I know that there are some pictures that have been
 5    submitted as attachments and the like; and so I would urge you
 6    both to continue to have those conversations.
 7              And I think that would be helpful in terms of at least
 8    looking at if there are some things that could be streamlined
 9    with some of the exhibits.
10              MR. SCHWIEP:  Your Honor, this is Paul Schwiep on
11    behalf of the Plaintiffs.
12              To be clear, the Plaintiffs are not seeking any sort of
13    an injunction against the Federal Defendants' obligations under
14    Title VIII; that is detention, removal, deportation -- all of
15    those decisions -- we're not seeking to enjoin any of those
16    activities.
17              In terms of the hearing, the whole Federal, State issue
18    does raise -- as has been mentioned here -- a mix of factual
19    issues and law.
20              And just to clarify for the record, Your Honor, when I
21    had referred to discussions earlier, I meant internally within
22    the Plaintiffs' counsel team.
23              THE COURT:  Oh, okay.
24              MR. SCHWIEP:  But we do, Your Honor, believe that some
25    exchange of documents would be helpful.
```

1       And if I could just provide one example.

2       THE COURT:  All right.

3       MR. SCHWIEP: In the Kevin Giles' declaration that was

4  attached to the Federal Defendants' response, there was a

5  reference to a 287(g) agreement -- which I know Your Honor is

6  familiar with.

7       But it's unclear from that declaration -- and it's been

8  unclear from the Defendants' fillings -- whether, for instance,

9  there is such an agreement as between Defendant Division of

10  Emergency Management and any of the Federal Defendants.

11       So that is why I would suggest in advance of the

12  hearing that -- it would be useful if the parties could

13  exchange some exhibits or documents they attempt to...

14       THE COURT REPORTER:  Judge...

15       THE COURT:  Slow down if you would.

16       MR. SCHWIEP:  On our side, Judge, we have sent FOIA

17  requests to the Federal agencies, and we've sent public records

18  requests under the Sunshine Act to the State agencies.

19       We haven't gotten documents back, and so we're a little

20  bit of -- flying blind -- and that is why I think it would be

21  useful to have some exchange of whatever materials the Federal

22  and State Defendants are going to rely on -- in support of the

23  argument that this is entirely a State initiative without any

24  Federal involvement or entanglement.

25

```
 1            MR. PANUCCIO:  Your Honor, if I may briefly respond
 2    just to make sure the record is clear.
 3            THE COURT:  All right.
 4            MR. PANUCCIO:  So, on the one hand my friend says
 5    that they're not seeking to enjoin anything related to the
 6    Immigration -- that's just not true, Your Honor -- this is
 7    their docket entry 40.
 8            The relief they request is as follows:  A temporary
 9    restraining order enjoining the Defendants from -- requiring
10    Defendants from causing the transport of additional detainees
11    to the site and ceasing any operations related to detaining or
12    preparing for the detention of anyone not detained at the site.
13            I mean, Your Honor, that is quintessential Immigration
14    related activity.
15            THE COURT:  Well, I think that would be like -- and I
16    cannot think of an exact -- but let's say you had a training
17    center out "there" for Immigration agents and you were busing
18    them in from around the country.
19            That doesn't have anything to do with what's happening
20    with Immigration; it has to do with the fact that this is
21    happening out in the middle of the Everglades without an
22    appropriate EIS.
23            I cannot order and I am not here to weigh in on the
24    decision one way or another.
25
```

```
1              I am here to determine if the appropriate protocol was

2    entered into before the decision was made to put the facility

3    there.

4              So while I understand that you are focusing on that

5    language, Mr. Panuccio, it would be whatever activity was

6    happening out there that the Plaintiffs would be asking to

7    enjoin so there would be no additional environmental impact or

8    some unknown environmental impact because there has been no

9    environmental assessment.

10             And, Mr. Schwiep, if I am putting words in your mouth

11   then please let me know.

12             You are not addressing the detention decision itself;

13   you are not asking me to get into Immigration matters as to

14   detention decision or anything like that?

15             MR. SCHWIEP:  No, Your Honor, we certainly do not

16   intend that.  We are well aware of the limitations on -- the

17   limits on injunctive relief that apply to the Court under

18   1231(f).

19             And we're certain that the Court could craft an

20   injunction that in no way restrains the Federal Defendants'

21   ability to continue to enforce Title VIII in terms of any

22   apprehension decisions, detention decisions, removability

23   determinations or deportations.

24             All of that can occur, just not at this site, without

25   compliance with equally important Federal laws.
```

```
 1              Including the National Environmental Policy Act.

 2              THE COURT:  Mr. Panuccio does bring up a good point I

 3    think.  Your renewed motion at docket entry 40 -- and I am not

 4    entirely clear -- have you changed somewhat or modified your

 5    original request at docket entry five?

 6              MR. SCHWIEP:  Yes, Your Honor -- and that's a good

 7    question -- at the time that we filed at docket entry five on

 8    June 27th there were no detainees that were being held at the

 9    site; it was all prospective at that time.

10              And what we sought -- along with the proposed order

11    that we submitted with docket entry five -- was to prevent the

12    Federal Defendants in the State from transporting non-citizens

13    onto that site and to stop any further construction activities

14    at the site until there was NEPA compliance.

15              Recognizing, Your Honor, that since the time we filed

16    at docket entry five -- our original TRO motion -- things have

17    changed.  It appears to us -- and based on reported accounts --

18    that non-citizens have been surged into that site.

19              The latest number we heard was around 900; with a view

20    towards possibly moving 3000 folks onto the site.

21              We limited and tried to narrowly tailor the request

22    that we're seeking today.  And so I have heard Your Honor --

23    but this would be what we request -- that no further detainees

24    be brought onto the site and that no further construction

25    activities be permitted at the site.
```

```
 1          So essentially, Your Honor, we would just hold the

 2    status quo as of today; and then allow us to go forward with

 3    our injunction hearing within 14 days.

 4          And if I could just very briefly say two things about

 5    that, Your Honor...

 6          THE COURT: No one ever means that -- ever in the

 7    history of litigation -- no one ever means briefly.

 8          MR. SCHWIEP:  Of course.

 9          THE COURT:  All right -- I am somewhat teasing you --

10    but I just wanted to let you know that I am onto you all.

11          MR. SCHWIEP:  Your Honor, I believe that there has

12    been -- the change in circumstance is of course significant --

13    and so I believe bears noting this afternoon.

14          As I said, it has been widely reported that since the

15    time of our filing at least 900 detainees have been moved onto

16    the site; and the reporting has been that the situation for

17    those detainees is dire.

18          There have been reports about flooded facilities and

19    toilets that do not work, food that spoils, sweltering heat,

20    non-potable water...

21          THE COURT:  Let me stop you, counsel, because that is

22    not before me.  To the extent that any of the sewage is not

23    being contained appropriately and is going into the water

24    supply and affecting the aquifer, then that is something this

25    lawsuit would address.
```

```
 1            But as to the conditions of the migrants, I believe

 2    Judge Ruiz, who is right across the hall from me, he has the

 3    lawsuit addressing those issues; and so those arguments would

 4    best be directed to him.

 5            But I do understand, Mr. Schwiep, that we are at a

 6    different place now than when you first filed suit. There were

 7    no individuals out there at that time and no construction had

 8    been had as of yet.

 9            But this is the case that I have, and I think the

10    schedule that I have proposed addresses all of the issues that

11    I have been given to review in as quickly a timeframe as

12    humanly possible.

13            MR. SCHWIEP:  Thank you, Your Honor.

14            MR. RAURELL:  Your Honor, this is Carlos Raurell for

15    the Federal Defendants.

16            May I be heard very briefly?  And I do mean, very

17    briefly.

18             THE COURT:  Sure.

19            MR. RAURELL:  I don't have that much, Your Honor, but

20    I would just like to put on record that the Federal Defendants

21    will be availing themselves of an opportunity to file a reply

22    on the issue of venue--

23             THE COURT:  Stop, stop, stop. You need to slow down,

24    Mr. Raurell, because you are a very rapid speaker.  Ms. Sanders

25    needs to be able to take down what it is you are saying.
```

1          MR. RAURELL:  My apologies to Ms. Sanders.

2          THE COURT:  You may proceed; but slowly.

3          MR. RAURELL:  Your Honor, the Federal Government

4    Defendants will be availing themselves of the opportunity to

5    file a reply on the issue of venue.

6          And just to somewhat expand upon the preliminary

7    jurisdictional issues that Mr. Panuccio cited -- and that have

8    been teed up by the papers -- we believe really obviate or at

9    least we believe should be answered, should be resolved before

10   there's an evidentiary hearing; whether there has been a final

11   agency action that could be reviewed under the APA.

12         And you had discussed impact just a moment ago.  The

13   appropriate impact cannot be decided without determining what

14   the final agency action was.

15         So I just wanted to say that the Federal Defendants

16   think that an evidentiary hearing is premature potentially both

17   for the venue reason, but also because there is this important

18   issue about a final agency action.

19         Thank you, Your Honor.

20          THE COURT:  Thank you, Mr. Raurell.  I do note that

21   that has been raised in the papers.

22         As to your reply to venue, I would also ask that you

23   file by the 25th, this Friday, so that I have a fully ripe

24   motion to discuss with all of you on the 28th.

25

1          The final agency action I believe is subject to

2    discussion -- which is why a hearing is necessary -- and as I

3    said, I am sure I will be given either witness testimony or

4    some exhibits which go to the positions of the parties.

5          So to repeat, I would ask that the replies by either

6    Co-defendants or the Plaintiffs on venue be filed by the 25th,

7    and I will see all of you here on the 28th at 10 o'clock to

8    discuss venue.

9          The preliminary injunction hearing will be scheduled

10   for August sixth at nine o'clock unless you hear otherwise from

11   me.  Other than those matters, everyone can take a moment and

12   refrain from supplements and the like.

13         If the Eleventh Circuit -- well, no, I guess they're on

14   vacation -- if a "Circuit" comes out with a decision you feel

15   is squarely on point, obviously I am interested in that.

16         But otherwise, I would like all of your focus to be on

17   the issues we already have fully briefed.

18         MR. SCHWIEP: Did Your Honor say the venue hearing was

19   being held on the 28th or the 30th?

20         THE COURT:  I'm sorry if I misspoke; on the 30th.

21         MR. SCHWIEP:  Thank you, Your Honor.

22         THE COURT:  The 30th is the Wednesday, yes?

23         MR. SCHWIEP:  Yes, Your Honor.

24         MR. PANUCCIO:  And, Your Honor, I also have just one

25   clarification if I might.

```
 1              THE COURT:  Of course.
 2              MR. PANUCCIO:  I thought you said -- I thought earlier
 3      you had indicated that the Plaintiffs would file their papers
 4      on venue and then it was optional if we wanted to reply.
 5              We do not have to; is that right?
 6              THE COURT:  You are correct.
 7              MR. PANUCCIO:  And I thought I heard you say -- maybe
 8      everything would be due on the 25th -- I just wanted to clarify
 9      that Plaintiffs would file on the 25th and then we would file
10      later?
11              THE COURT: Plaintiffs will file their response and
12      then Codefendant, Federal Defendants, will file their response
13      reply.
14              You are not obligated to file a reply, because I will
15      be seeing you Wednesday morning, but if you decide to do so
16      then if you could get it to me by Tuesday afternoon so that I
17      can actually read it that would be great.
18              MR. PANUCCIO:  Understood, Your Honor.
19              MR. SCHWIEP:  Your Honor, if we receive the Federal
20      Defendants' position on venue on the 25th -- the Plaintiffs
21      receive it on the 25th -- should we deem it necessary may we
22      have until Tuesday afternoon to submit our reply to the Federal
23      Defendants' position?
24              THE COURT:  Yes, yes.  But, again, I am going to be
25      seeing everybody on Wednesday the 30th.
```

```
 1              But, yes, you may do so.  Let me clear, Tuesday the
 2      29th, if anyone has anything more to say, I will need that
 3      filed on Tuesday the 29th by three o'clock.
 4              MR. PANUCCIO:  Thank you, Judge.
 5              MR. SCHWIEP:  Thank you.
 6              THE COURT:  All right. Let me say this, I am hopeful
 7      that I will have a decision well before August 6th, but in the
 8      eventuality I allow the Miccosukee to join, I will expect them
 9      to be present at the August 6th preliminary injunction hearing.
10              I can take up -- depending on when I make a decision
11      about intervention -- I can take up the issue of allowing the
12      Tribe to give their position on the PI; but it will be quick,
13      it will be fast.
14              UNIDENTIFIED SPEAKER:  Your Honor, are you planning
15      to hear any argument on the intervention papers or are you
16      going to decide it on the papers?
17              THE COURT:  No, I am just going to decide it on the
18      papers.
19              Oh, I see counsel waving his hand.  I think you need to
20      un-mute.
21              MR. AJIZIAN:  Can you hear me now?
22              THE COURT:  Yes; you are un-muted.
23              MR. AJIZIAN: Your Honor, if the Tribe is permitted to
24      intervene, then we will be available on August 6th.
25
```

1          THE COURT: And if I grant the Tribe's motion, then I

2     suggest in the interim -- if there is some particular area that

3     you think unique to the Tribe or some position that hasn't been

4     emphasized sufficiently -- I would ask you immediately file a

5     motion to present your position; and I'll give you a timeline.

6          MR. AJIZIAN:  Thank you, Your Honor.

7          THE COURT:  All right.  Thank you all for being

8     available this afternoon.

9          I'm sorry about the glitches in getting everyone up on

10    Zoom, but I thought it important for us to set out a schedule

11    and that Zoom was the fastest way to get it accomplished.

12         So, we now have our schedule, and I look forward to

13    hearing from the parties this Friday, and perhaps Tuesday, and

14    seeing you all next Wednesday at 10 o'clock.

15         We are adjourned.

16

17

18

19

20

21

22

23

24

25

```
1                          -   -   -

2                  C E R T I F I C A T E

3          I hereby certify that the foregoing is an accurate

4     transcription of proceedings in the above-entitled matter.

5

6                                    /S/PATRICIA SANDERS

7     _____              _____

8     DATE FILED              PATRICIA SANDERS, RPR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## /

**/S/PATRICIA** [1] - 28:6

## 1

**10** [4] - 7:19, 13:2,
24:7, 27:14
**11** [1] - 9:3
**11-3** [1] - 1:23
**11th** [1] - 5:19
**12** [1] - 9:3
**1231(f)** [1] - 19:18
**13912** [1] - 12:12
**14** [4] - 10:3, 11:4,
11:13, 21:3
**14th** [1] - 6:1
**16th** [1] - 6:2
**18th** [1] - 5:21

## 2

**25-22896** [1] - 2:2
**25-22896-CV-KMW** [1]
- 1:2
**25th** [7] - 7:3, 23:23,
24:6, 25:8, 25:9,
25:20, 25:21
**27th** [2] - 5:17, 20:8
**287(g** [1] - 17:5
**28th** [3] - 23:24, 24:7,
24:19
**29th** [2] - 26:2, 26:3

## 3

**3000** [1] - 20:20
**305.523.5528** [1] -
1:24
**30th** [7] - 5:21, 7:19,
7:21, 24:19, 24:20,
24:22, 25:25
**33128** [1] - 1:23

## 4

**40** [2] - 18:7, 20:3
**400** [1] - 1:23
**4th** [1] - 13:2

## 6

**6th** [3] - 26:7, 26:9,
26:24

## 7

**7-21-2025** [1] - 1:9

## 9

**900** [2] - 20:19, 21:15

## A

**A.U.S.A** [1] - 1:16
**ability** [1] - 19:21
**able** [3] - 9:17, 9:19,
22:25
**above-entitled** [1] -
28:4
**access** [1] - 3:4
**accomplished** [1] -
27:11
**accounts** [1] - 20:17
**accurate** [2] - 4:25,
28:3
**acknowledged** [1] -
4:14
**Act** [2] - 5:4, 5:5,
17:18, 20:1
**action** [5] - 15:4,
23:11, 23:14, 23:18,
24:1
**activities** [3] - 16:16,
20:13, 20:25
**activity** [2] - 18:14,
19:5
**additional** [3] - 6:16,
18:10, 19:7
**address** [2] - 8:25,
21:25
**addressed** [2] - 7:3,
8:18
**addresses** [1] - 22:10
**addressing** [2] -
19:12, 22:3
**adduce** [1] - 15:25
**adjacent** [1] - 5:13
**adjourned** [1] - 27:15
**Administrative** [1] -
5:4
**admit** [1] - 3:10
**advance** [1] - 17:11
**advise** [1] - 6:25
**affecting** [1] - 21:24
**afternoon** [16] - 2:9,
2:15, 2:16, 2:19,
2:20, 2:23, 3:1, 3:13,
3:17, 3:20, 3:21, 4:1,
21:13, 25:16, 25:22,
27:8
**agencies** [2] - 17:17,
17:18
**agency** [4] - 23:11,
23:14, 23:18, 24:1
**agents** [1] - 18:17
**ago** [4] - 7:7, 9:3, 9:4,
23:12

**agreement** [3] - 7:16,
17:5, 17:9
**ahead** [1] - 15:23
**Airport** [1] - 5:9
**AJIZIAN** [5] - 4:3, 4:5,
26:21, 26:23, 27:6
**Ajizian** [3] - 1:20, 4:5,
4:10
**al** [4] - 1:3, 1:6, 2:3
**allow** [2] - 21:2, 26:8
**allowed** [3] - 3:4, 3:8,
6:5
**allowing** [1] - 26:11
**amicus** [3] - 4:13, 6:6,
6:20
**announce** [2] - 2:4,
2:24
**announced** [1] - 4:15
**answer** [1] - 6:11
**answered** [1] - 23:9
**APA** [2] - 15:10, 23:11
**apart** [2] - 10:7, 10:16
**apologies** [1] - 4:4,
23:1
**apologize** [3] - 13:13,
13:18, 13:25
**appear** [1] - 6:20
**appearance** [2] - 4:2,
4:15
**appearances** [3] -
1:12, 2:4, 2:24
**appearing** [2] - 2:17,
2:21
**apply** [1] - 19:17
**appreciate** [4] - 6:14,
6:21, 8:11, 15:9
**apprehension** [1] -
19:22
**appropriate** [6] - 5:10,
9:5, 15:21, 18:22,
19:1, 23:13
**appropriately** [1] -
21:23
**aquifer** [1] - 21:24
**area** [2] - 5:15, 27:2
**argue** [1] - 12:18
**argument** [4] - 7:21,
14:23, 17:23, 26:15
**arguments** [6] - 12:23,
13:4, 14:13, 15:13,
15:24, 22:3
**arose** [1] - 12:1
**arrangements** [1] -
8:10
**array** [1] - 4:22
**assembled** [1] - 6:16
**assessment** [1] - 19:9
**assist** [1] - 15:10
**assistance** [1] - 6:25
**assuming** [2] - 9:8,

14:12
**attached** [1] - 17:4
**attachments** [1] - 16:5
**attempt** [1] - 17:13
**attorney** [1] - 14:23
**Attorney's** [2] - 3:2,
3:24
**August** [5] - 13:2,
24:10, 26:7, 26:9,
26:24
**available** [2] - 26:24,
27:8
**availing** [2] - 22:21,
23:4
**Avenue** [1] - 1:23
**aware** [4] - 10:21,
10:22, 11:15, 19:16

## B

**background** [1] - 5:2
**based** [1] - 20:17
**bears** [1] - 21:13
**begin** [2] - 4:16, 5:1
**behalf** [7] - 2:11, 2:17,
2:21, 3:25, 4:6, 6:4,
6:11
**belatedly** [1] - 12:17
**benefit** [1] - 9:21
**Bennett** [2] - 1:14,
2:17
**BENNETT** [1] - 2:16
**best** [1] - 22:4
**better** [1] - 8:5
**Between** [1] - 5:21
**between** [1] - 17:9
**Big** [1] - 5:14
**big** [1] - 8:2
**Biological** [2] - 2:12,
2:13, 2:18
**bit** [1] - 17:20
**blind** [1] - 17:20
**blown** [2] - 14:9, 14:20
**Bob** [1] - 2:10
**boxes** [1] - 4:22
**brief** [2] - 5:2, 6:6
**briefed** [1] - 24:17
**briefing** [1] - 10:17
**briefly** [6] - 14:6, 18:1,
21:4, 21:7, 22:16,
22:17
**bring** [2] - 6:22, 20:2
**brings** [1] - 7:1
**brought** [1] - 20:24
**Burlington** [3] - 1:14,
2:10, 2:11
**business** [1] - 13:21
**busing** [1] - 18:17
**BY** [1] - 1:22

## C

**calendar** [1] - 6:8
**cannot** [5] - 13:14,
14:14, 18:16, 18:23,
23:13
**capacity** [1] - 3:15
**care** [1] - 8:13
**Carlos** [3] - 1:16, 3:1,
22:14
**Case** [1] - 2:2
**case** [13] - 1:2, 3:16,
5:6, 6:3, 6:15, 6:17,
6:23, 11:7, 11:8,
14:14, 14:21, 14:22,
22:9
**cases** [1] - 11:18
**causing** [1] - 18:10
**ceasing** [1] - 18:11
**Center** [4] - 2:12, 2:13,
2:17, 15:7
**center** [1] - 18:17
**certain** [1] - 19:19
**certainly** [2] - 11:20,
19:15
**certify** [1] - 28:3
**change** [1] - 21:12
**changed** [2] - 20:4,
20:17
**Chris** [2] - 1:20, 4:5
**Circuit** [2] - 24:13,
24:14
**circumstance** [1] -
21:12
**cited** [2] - 11:18, 23:7
**citizens** [2] - 20:12,
20:18
**claim** [1] - 5:7
**clarification** [1] -
24:25
**clarify** [4] - 7:25, 8:6,
16:20, 25:8
**clear** [5] - 15:23,
16:12, 18:2, 20:4,
26:1
**clearly** [1] - 4:24
**clerk** [1] - 9:4
**Co** [1] - 24:6
**Co-defendants** [1] -
24:6
**Coalition** [1] - 6:5
**Code** [1] - 5:5
**code** [1] - 9:4
**Codefendant** [1] -
25:12
**Coffey** [1] - 2:10
**collaborated** [1] - 5:8
**Collier** [3] - 5:9, 7:14,
10:13

**commandeered** [1] - 10:10
**compliance** [2] - 19:25, 20:14
**conclude** [2] - 14:12, 14:22
**concludes** [1] - 11:5
**conditions** [1] - 22:1
**conduct** [2] - 9:5, 10:17
**conducted** [1] - 9:19
**conference** [1] - 6:7
**conflict** [3] - 9:6, 10:22, 12:1
**connection** [1] - 9:23
**Constitutional** [1] - 14:22
**construct** [1] - 5:8
**construction** [3] - 20:13, 20:24, 22:7
**contained** [1] - 21:23
**contested** [1] - 15:19
**continue** [2] - 16:6, 19:21
**convenience** [1] - 12:10
**conversations** [1] - 16:6
**correct** [1] - 25:6
**Counsel** [1] - 2:4
**counsel** [9] - 2:13, 6:16, 8:15, 9:18, 11:16, 15:2, 16:22, 21:21, 26:19
**country** [1] - 18:18
**County** [8] - 3:24, 3:25, 5:5, 5:11, 7:14, 10:11, 10:13, 10:15
**couple** [1] - 7:7
**course** [3] - 21:8, 21:12, 25:1
**COURT** [52] - 1:1, 1:10, 2:2, 2:8, 2:15, 2:19, 2:23, 3:7, 3:12, 3:17, 3:20, 3:22, 4:1, 4:4, 4:10, 8:1, 8:8, 8:12, 8:24, 11:14, 12:21, 13:10, 13:20, 14:1, 14:7, 14:17, 15:1, 16:23, 17:2, 17:14, 17:15, 18:3, 18:15, 20:2, 21:6, 21:9, 21:21, 22:18, 22:23, 23:2, 23:20, 24:20, 24:22, 25:1, 25:6, 25:11, 25:24, 26:6, 26:17, 26:22, 27:1, 27:7
**Court** [12] - 1:22, 2:2, 9:21, 10:4, 11:12,

**14:10**, 14:12, 14:19, 14:21, 15:10, 19:17, 19:19
**court** [1] - 4:22
**Court's** [1] - 12:10
**craft** [1] - 19:19
**created** [1] - 15:14
**Cyprus** [1] - 5:14

## D

**Dade** [6] - 3:23, 3:25, 5:5, 5:9, 10:10, 10:14
**Dade-Collier** [1] - 5:9
**DATE** [1] - 28:8
**david** [1] - 3:24
**David** [1] - 1:18
**days** [4] - 10:3, 11:4, 11:13, 21:3
**dealing** [1] - 9:8
**decide** [3] - 25:15, 26:16, 26:17
**decided** [1] - 23:13
**deciding** [1] - 15:3
**decision** [7] - 18:24, 19:2, 19:12, 19:14, 24:14, 26:7, 26:10
**decisions** [5] - 14:15, 15:4, 16:15, 19:22
**declaration** [2] - 17:3, 17:7
**declaratory** [1] - 5:3
**deem** [1] - 25:21
**Defendant** [7] - 3:14, 5:23, 6:11, 7:8, 7:24, 13:12, 17:9
**defendant** [2] - 3:16, 5:24
**defendants** [3] - 2:24, 7:2, 24:6
**Defendants** [14] - 1:7, 3:3, 7:20, 11:6, 17:10, 17:22, 18:9, 18:10, 20:12, 22:15, 22:20, 23:4, 23:15, 25:12
**DEFENDANTS** [1] - 1:16
**Defendants'** [7] - 9:24, 16:13, 17:4, 17:8, 19:20, 25:20, 25:23
**deny** [1] - 6:18
**Department** [1] - 9:15
**deportation** [1] - 16:14
**deportations** [1] - 19:23
**deposition** [2] - 13:23, 13:25

**DeSousa** [2] - 1:18, 3:18
**detained** [1] - 18:12
**detainees** [5] - 18:10, 20:8, 20:23, 21:15, 21:17
**detaining** [1] - 18:11
**detention** [6] - 14:15, 16:14, 18:12, 19:12, 19:14, 19:22
**Detention** [2] - 5:8, 15:7
**determinations** [1] - 19:23
**determine** [1] - 19:1
**determining** [1] - 23:13
**different** [1] - 22:6
**difficult** [2] - 8:3, 13:18
**dire** [1] - 21:17
**directed** [1] - 22:4
**direction** [1] - 13:6
**Director** [2] - 3:3, 3:15
**discuss** [4] - 6:12, 9:18, 23:24, 24:8
**discussed** [2] - 15:20, 23:12
**discussing** [1] - 16:2
**discussion** [2] - 8:22, 24:2
**discussions** [1] - 16:21
**dismiss** [1] - 11:6
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [3] - 10:9, 12:13, 12:15
**Districts** [1] - 12:14
**Diversity** [3] - 2:12, 2:14, 2:18
**DIVISION** [1] - 1:2
**Division** [3] - 3:6, 3:15, 17:9
**docket** [6] - 18:7, 20:3, 20:5, 20:7, 20:11, 20:16
**documents** [3] - 16:25, 17:13, 17:19
**DOJ** [1] - 3:6
**down** [4] - 14:1, 17:15, 22:23, 22:25
**due** [1] - 25:8

## E

**earliest** [1] - 12:10
**Earthjustice** [2] - 2:14, 2:21
**easily** [2] - 12:11,

12:19
**effort** [2] - 6:14, 6:21
**eight** [1] - 5:22
**eighth** [1] - 13:17
**EIS** [1] - 18:22
**either** [2] - 24:3, 24:5
**Eleventh** [1] - 24:13
**Elise** [2] - 1:14, 2:16
**Emergency** [2] - 3:16, 17:10
**emphasized** [1] - 27:4
**emphatic** [1] - 11:23
**end** [2] - 11:8, 12:20
**endangered** [1] - 5:15
**endeavor** [1] - 9:25
**enforce** [1] - 19:21
**enjoin** [3] - 16:15, 18:5, 19:7
**enjoining** [1] - 18:9
**entanglement** [1] - 17:24
**enter** [1] - 11:14
**entered** [3] - 11:1, 11:11, 19:2
**entirely** [3] - 9:25, 17:23, 20:4
**entitled** [1] - 28:4
**entry** [6] - 18:7, 20:3, 20:5, 20:7, 20:11, 20:16
**Environmental** [3] - 3:6, 5:4, 20:1
**environmental** [4] - 5:10, 19:7, 19:8, 19:9
**equally** [1] - 19:25
**especially** [1] - 9:23
**Esq** [11] - 1:13, 1:13, 1:14, 1:14, 1:15, 1:15, 1:17, 1:17, 1:18, 1:18, 1:20
**essentially** [2] - 14:20, 21:1
**et** [4] - 1:3, 1:6, 2:3
**Evan** [2] - 1:17, 3:18
**events** [4] - 10:9, 10:13, 12:13, 12:15
**eventuality** [1] - 26:8
**Everglades** [7] - 1:3, 2:3, 2:11, 2:22, 5:13, 15:8, 18:21
**evidence** [1] - 15:24
**evidentiary** [6] - 14:9, 14:20, 14:24, 15:17, 23:10, 23:16
**exact** [1] - 18:16
**example** [2] - 14:15, 17:1
**exception** [1] - 15:22
**exchange** [4] - 10:5,

16:25, 17:13, 17:21
**Executive** [1] - 3:15
**exhibits** [4] - 10:5, 16:9, 17:13, 24:4
**expand** [1] - 23:6
**expect** [2] - 15:20, 26:8
**expedited** [2] - 5:17, 5:19
**extension** [1] - 6:10
**extent** [1] - 21:22
**Ezray** [2] - 1:17, 3:18

## F

**facilities** [1] - 21:18
**facility** [3] - 9:24, 15:13, 19:2
**Facility** [1] - 5:9
**fact** [2] - 7:21, 18:20
**factual** [4] - 5:2, 9:22, 11:16, 16:18
**familiar** [1] - 17:6
**fan** [1] - 8:2
**fast** [1] - 26:13
**fastest** [1] - 27:11
**Federal** [21] - 3:3, 5:7, 9:23, 15:19, 16:13, 16:17, 17:4, 17:10, 17:17, 17:21, 17:24, 19:20, 19:25, 20:12, 22:15, 22:20, 23:3, 23:15, 25:12, 25:19, 25:22
**fifth** [1] - 13:21
**file** [13] - 6:5, 7:2, 7:20, 22:21, 23:5, 23:23, 25:3, 25:9, 25:11, 25:12, 25:14, 27:4
**filed** [13] - 5:6, 5:17, 5:19, 5:24, 6:1, 6:5, 7:7, 12:2, 20:7, 20:15, 22:6, 24:6, 26:3
**FILED** [1] - 28:8
**filing** [1] - 21:15
**filings** [1] - 5:22
**fillings** [1] - 17:8
**final** [4] - 23:10, 23:14, 23:18, 24:1
**fine** [1] - 8:7
**first** [3] - 6:13, 9:14, 22:6
**five** [4] - 20:5, 20:7, 20:11, 20:16
**FL** [1] - 1:23
**flooded** [1] - 21:18
**Florida** [5] - 3:15, 4:6, 5:5, 5:7, 6:4

3

**FLORIDA** [1] - 1:1
**flying** [1] - 17:20
**focus** [2] - 15:10, 24:16
**focusing** [1] - 19:4
**FOIA** [1] - 17:16
**folks** [2] - 6:23, 20:20
**follows** [1] - 18:8
**food** [1] - 21:19
**FOR** [3] - 1:13, 1:16, 1:20
**foregoing** [1] - 28:3
**forward** [6] - 8:24, 13:6, 14:14, 16:3, 21:2, 27:12
**fourth** [2] - 13:14, 13:18
**Friday** [6] - 6:9, 7:2, 7:12, 8:17, 23:23, 27:13
**friend** [1] - 18:4
**Friends** [4] - 1:3, 2:3, 2:11, 2:22
**front** [1] - 11:23
**full** [2] - 14:9, 14:20
**full-blown** [1] - 14:9
**fully** [4] - 8:18, 15:20, 23:23, 24:17

## G

**Galloni** [2] - 1:15, 2:21
**GALLONI** [1] - 2:20
**General's** [1] - 3:19
**gentlemen** [1] - 3:20
**Giles'** [1] - 17:3
**given** [2] - 22:11, 24:3
**glitches** [1] - 27:9
**Government** [1] - 23:3
**Governments** [1] - 5:7
**grant** [2] - 6:9, 27:1
**great** [2] - 13:4, 25:17
**guess** [2] - 12:5, 24:13
**Guthrie** [2] - 3:14, 5:23
**Guthrie's** [2] - 6:11, 7:8

## H

**habitat** [1] - 5:15
**hall** [1] - 22:2
**hand** [2] - 18:4, 26:19
**handling** [1] - 8:21
**hear** [5] - 2:8, 9:14, 24:10, 26:15, 26:21
**heard** [6] - 12:7, 14:6, 20:19, 20:22, 22:16, 25:7
**hearing** [39] - 7:18,

7:25, 8:4, 8:17, 8:20, 9:12, 9:19, 9:21, 10:2, 10:6, 10:17, 11:3, 11:13, 11:19, 11:20, 11:21, 11:22, 12:6, 12:9, 12:20, 13:2, 13:7, 13:22, 14:9, 14:21, 14:24, 15:17, 15:18, 15:21, 16:17, 17:12, 21:3, 23:10, 23:16, 24:2, 24:9, 24:18, 26:9, 27:13
**HEARING** [1] - 1:9
**heat** [1] - 21:19
**heels** [1] - 11:21
**HELD** [1] - 1:9
**held** [4] - 8:5, 13:7, 20:8, 24:19
**helpful** [2] - 16:7, 16:25
**hereby** [1] - 28:3
**Hiaasen** [3] - 1:13, 2:10, 9:3
**history** [1] - 21:7
**hold** [1] - 21:1
**Honor** [50] - 2:9, 2:16, 2:20, 3:1, 3:11, 3:13, 3:25, 4:3, 4:5, 7:23, 8:6, 8:11, 8:23, 9:17, 10:18, 11:5, 12:16, 13:9, 13:23, 13:25, 14:4, 14:8, 14:25, 16:10, 16:20, 16:24, 17:5, 18:1, 18:6, 18:13, 19:15, 20:6, 20:15, 20:22, 21:1, 21:11, 22:13, 22:14, 22:19, 23:3, 23:19, 24:18, 24:21, 24:23, 24:24, 25:18, 25:19, 26:14, 26:23, 27:6
**Honor..** [1] - 21:5
**HONORABLE** [1] - 1:9
**hopeful** [1] - 26:6
**hopefully** [1] - 14:3
**hours** [1] - 7:7
**humanly** [1] - 22:12

## I

**ICE** [1] - 3:3
**ideally** [1] - 12:20
**identify** [2] - 4:21, 4:23
**immediately** [1] - 27:4
**Immigration** [9] - 5:8, 6:5, 14:15, 15:5, 18:6, 18:13, 18:17, 18:20, 19:13

**impact** [5] - 5:10, 19:7, 19:8, 23:12, 23:13
**important** [5] - 7:13, 9:1, 19:25, 23:17, 27:10
**in-person** [1] - 7:25
**including** [3] - 7:7, 10:10, 20:1
**Indians** [1] - 4:6
**indicated** [1] - 25:3
**individuals** [1] - 22:7
**initial** [3] - 10:19, 12:18
**initiative** [1] - 17:23
**injunction** [1] - 5:18, 8:15, 9:12, 9:19, 10:2, 11:12, 16:13, 19:20, 21:3, 24:9, 26:9
**injunctive** [2] - 5:3, 19:17
**instance** [1] - 17:8
**intend** [2] - 10:5, 19:16
**intended** [1] - 15:6
**interest** [1] - 6:15
**interested** [1] - 24:15
**interim** [1] - 27:2
**internally** [1] - 16:21
**intervene** [3] - 6:2, 7:1, 26:24
**intervener** [1] - 4:8
**INTERVENOR** [1] - 1:20
**intervention** [2] - 26:11, 26:15
**introduce** [2] - 2:14, 10:5
**involvement** [1] - 17:24
**issue** [25] - 7:13, 7:16, 7:18, 8:13, 8:18, 9:10, 9:14, 9:18, 10:8, 10:20, 11:7, 11:9, 11:21, 12:4, 12:11, 12:17, 12:22, 14:11, 15:16, 15:22, 16:17, 22:22, 23:5, 23:18, 26:11
**issues** [8] - 9:23, 11:17, 14:24, 16:19, 22:3, 22:10, 23:7, 24:17
**itself** [1] - 19:12

## J

**Jason** [2] - 1:15, 2:17
**Jeffrey** [2] - 1:18, 3:18

**Jesse** [4] - 1:17, 3:14, 7:24, 13:11
**join** [1] - 26:8
**Judge** [10] - 6:2, 10:7, 10:22, 11:1, 11:23, 12:1, 12:9, 17:16, 22:2, 26:4
**JUDGE** [1] - 1:10
**Judge..** [1] - 17:14
**Judicial** [1] - 14:16
**July** [5] - 5:19, 5:21, 6:1, 6:2, 7:19
**June** [4] - 5:6, 5:17, 5:21, 20:8
**jurisdiction** [2] - 10:19, 11:12
**jurisdictional** [2] - 14:13, 23:7
**Justice** [1] - 3:5

## K

**KATHLEEN** [1] - 1:9
**Kevin** [2] - 3:14, 17:3
**Kristi** [2] - 1:6, 2:3

## L

**laid** [2] - 10:12, 11:2
**land** [1] - 15:11
**language** [1] - 19:5
**last** [1] - 6:9
**latest** [1] - 20:19
**law** [2] - 9:4, 16:19
**laws** [2] - 5:12, 19:25
**lawsuit** [2] - 21:25, 22:3
**lawyer** [1] - 9:15
**lawyers** [2] - 3:9, 4:20
**lay** [1] - 12:14
**leads** [1] - 7:6
**least** [3] - 16:7, 21:15, 23:9
**leave** [1] - 7:22
**leaves** [1] - 6:11
**leaving** [1] - 13:24
**legal** [3] - 9:22, 11:17, 15:16
**light** [3] - 7:4, 7:20, 11:18
**limitations** [1] - 19:16
**limited** [2] - 11:2, 20:21
**limits** [1] - 19:17
**list** [1] - 10:6
**listening** [1] - 4:18
**litigation** [1] - 21:7
**located** [1] - 5:13
**logistics** [1] - 13:7
**look** [3] - 11:3, 12:2,

27:12
**looking** [1] - 16:8
**looks** [1] - 9:22

## M

**Main** [1] - 3:5
**Management** [2] - 3:16, 17:10
**MARIE** [1] - 3:24
**Marissa** [1] - 3:5
**Martinez** [1] - 6:2
**Martinez's** [2] - 10:22, 12:1
**materials** [1] - 17:21
**matter** [4] - 13:20, 14:5, 15:13, 28:4
**matters** [2] - 6:8, 19:13, 24:11
**mean** [2] - 18:13, 22:16
**means** [3] - 7:19, 21:6, 21:7
**meant** [1] - 16:21
**mentioned** [1] - 16:18
**mIAMI** [1] - 1:2
**Miami** [8] - 1:23, 1:23, 3:2, 3:23, 3:25, 5:5, 10:10, 10:14
**Miami-Dade** [4] - 3:23, 5:5, 10:10, 10:14
**Miccosukee** [3] - 4:6, 6:1, 26:8
**microphone** [1] - 4:25
**middle** [2] - 15:7, 18:21
**might** [2] - 16:2, 24:25
**migrants** [1] - 22:1
**mindful** [1] - 9:10
**misspoke** [1] - 24:20
**mix** [1] - 16:18
**mixed** [2] - 9:22, 11:16
**modified** [1] - 20:4
**moment** [2] - 23:12, 24:11
**month** [1] - 9:9
**moot** [1] - 11:8
**mooted** [1] - 5:24
**morning** [2] - 5:24, 25:15
**motion** [16] - 4:8, 5:17, 5:19, 6:1, 6:10, 7:1, 10:2, 10:20, 10:21, 10:24, 11:3, 20:3, 20:16, 23:24, 27:1, 27:5
**motions** [2] - 6:11, 7:6
**mouth** [1] - 19:10
**move** [4] - 8:24, 13:14, 13:15, 13:17

**moved** [2] - 11:6, 21:15
**moving** [1] - 20:20
**MR** [50] - 2:7, 2:9, 3:1, 3:11, 3:13, 3:18, 3:21, 3:24, 4:3, 4:5, 7:23, 8:6, 8:9, 8:23, 9:17, 12:9, 13:9, 13:11, 13:23, 14:4, 14:8, 14:18, 16:10, 16:24, 17:3, 17:16, 18:1, 18:4, 19:15, 20:6, 21:8, 21:11, 22:13, 22:14, 22:19, 23:1, 23:3, 24:18, 24:21, 24:23, 24:24, 25:2, 25:7, 25:18, 25:19, 26:4, 26:5, 26:21, 26:23, 27:6
**MS** [2] - 2:16, 2:20
**Murray** [2] - 1:18, 3:24
**must** [1] - 4:21
**mute** [2] - 2:6, 26:20
**muted** [2] - 2:7, 26:22

### N

**names** [1] - 3:9
**narrowly** [2] - 11:2, 20:21
**National** [3] - 5:4, 5:14, 20:1
**Nationally** [1] - 5:14
**Natural** [1] - 3:6
**necessarily** [1] - 11:20
**necessary** [3] - 7:22, 24:2, 25:21
**need** [12] - 6:16, 6:17, 6:24, 7:12, 7:16, 8:19, 11:23, 12:23, 13:24, 22:23, 26:2, 26:19
**needed** [2] - 12:2, 15:14
**needs** [3] - 7:3, 13:1, 22:25
**NEPA** [3] - 5:11, 15:10, 20:14
**next** [4] - 8:17, 11:13, 12:6, 27:14
**nine** [2] - 14:2, 24:10
**nobody** [1] - 12:2
**Noem** [3] - 1:6, 2:3, 3:3
**Noem's** [1] - 15:13
**non** [3] - 20:12, 20:18, 21:20
**non-citizens** [1] - 20:12, 20:18
**non-potable** [1] -

21:20
**none** [2] - 10:22, 11:6
**North** [1] - 1:23
**note** [1] - 23:20
**notices** [2] - 5:22, 5:23
**noting** [1] - 21:13
**Number** [1] - 1:2
**number** [2] - 9:13, 20:19

### O

**o'clock** [7] - 7:19, 13:3, 14:2, 24:7, 24:10, 26:3, 27:14
**objected** [1] - 5:23
**obligated** [1] - 25:14
**obligations** [1] - 16:13
**obviate** [1] - 23:8
**obviously** [1] - 24:15
**occur** [2] - 10:9, 19:24
**occurred** [3] - 10:14, 12:13, 12:15
**OF** [1] - 1:1
**Office** [3] - 3:2, 3:19, 3:24
**offices** [1] - 7:22
**official** [1] - 3:14
**one** [11] - 6:13, 7:7, 10:23, 11:10, 14:11, 17:1, 18:4, 18:24, 21:6, 21:7, 24:24
**operation** [1] - 9:24
**operations** [1] - 18:11
**opportunity** [2] - 22:21, 23:4
**optional** [1] - 25:4
**oral** [1] - 7:21
**order** [5] - 6:7, 8:15, 18:9, 18:23, 20:10
**original** [2] - 20:5, 20:16
**originally** [1] - 12:21
**otherwise** [2] - 24:10, 24:16
**own** [1] - 5:24

### P

**PANUCCIO** [19] - 3:13, 3:18, 3:21, 7:23, 8:6, 8:9, 13:9, 13:11, 13:23, 14:4, 14:8, 14:18, 18:1, 18:4, 24:24, 25:2, 25:7, 25:18, 26:4
**Panuccio** [10] - 1:17, 3:14, 7:24, 9:16, 13:11, 14:3, 16:1,

19:5, 20:2, 23:7
**papers** [7] - 11:15, 23:8, 23:21, 25:3, 26:15, 26:16, 26:18
**particular** [2] - 15:4, 27:2
**parties** [6] - 4:17, 10:5, 15:23, 17:12, 24:4, 27:13
**parties'** [1] - 7:15
**party** [1] - 14:19
**PATRICIA** [2] - 1:22, 28:8
**patricia_sanders@
flsd.uscourts.gov**
[1] - 1:24
**Paul** [1] - 1:13, 2:9, 16:10
**pending** [1] - 4:9
**people** [1] - 4:11
**perhaps** [2] - 11:17, 27:13
**permitted** [2] - 20:25, 26:23
**person** [5] - 7:25, 8:1, 8:5, 8:6, 13:8
**perspective** [2] - 6:16, 7:16
**Peter** [1] - 3:5
**PI** [3] - 5:20, 12:7, 26:12
**pictures** [1] - 16:4
**piece** [1] - 12:8
**Piropato** [1] - 3:5
**place** [1] - 22:6
**Plaintiff** [3] - 2:5, 2:22, 4:8
**Plaintiffs** [16] - 1:4, 2:11, 4:7, 5:7, 5:17, 5:21, 7:12, 11:22, 16:11, 16:12, 19:6, 24:6, 25:3, 25:9, 25:11, 25:20
**PLAINTIFFS** [1] - 1:13
**Plaintiffs'** [2] - 7:9, 16:22
**planning** [1] - 26:14
**pleadings** [1] - 12:2
**point** [5] - 6:18, 11:16, 12:7, 20:2, 24:15
**Policy** [2] - 5:4, 20:1
**portion** [4] - 10:9, 10:13, 10:14, 12:15
**position** [7] - 9:24, 14:8, 15:20, 25:23, 26:12, 27:3, 27:5
**positions** [1] - 24:4
**possible** [1] - 22:12
**possibly** [1] - 20:20
**postpone** [1] - 13:5

**potable** [1] - 21:20
**potentially** [2] - 13:17, 23:16
**precede** [1] - 14:24
**prefer** [1] - 8:1
**prejudice** [1] - 6:19
**preliminary** [8] - 5:18, 8:15, 9:11, 9:19, 10:2, 23:6, 24:9, 26:9
**premature** [1] - 23:16
**prepare** [1] - 14:20
**preparing** [2] - 5:10, 18:12
**present** [3] - 15:24, 26:9, 27:5
**Preserve** [1] - 5:14
**press** [1] - 4:17
**pretty** [1] - 8:21
**prevent** [2] - 15:16, 20:11
**procedural** [1] - 5:2
**Procedure** [1] - 5:5
**proceed** [2] - 12:24, 23:2
**proceeded** [1] - 9:8
**proceeding** [3] - 3:8, 9:1, 16:2
**proceedings** [2] - 4:18, 28:4
**prohibited** [1] - 4:18
**proper** [1] - 14:12
**property** [2] - 10:10, 10:14
**proposed** [4] - 4:8, 4:13, 20:10, 22:10
**prospective** [1] - 20:9
**protected** [1] - 5:15
**protocol** [1] - 19:1
**provide** [2] - 10:6, 17:1
**provision** [1] - 15:2
**public** [2] - 4:17, 20:12
**pun** [1] - 15:6
**put** [5] - 9:7, 10:1, 15:7, 19:2, 22:20
**putting** [1] - 19:10

### Q

**qualms** [1] - 13:5
**quick** [2] - 11:24, 26:12
**quickly** [2] - 13:2, 22:11
**quintessential** [1] - 18:13
**quite** [2] - 8:3, 13:2
**quo** [1] - 21:2

### R

**raise** [1] - 16:18
**raised** [5] - 10:20, 12:4, 12:17, 15:23, 23:21
**raises** [1] - 7:13
**rapid** [1] - 22:24
**rather** [1] - 7:13
**RAURELL** [6] - 3:1, 3:11, 22:14, 22:19, 23:1, 23:3
**Raurell** [5] - 1:16, 3:2, 22:14, 22:24, 23:20
**read** [2] - 11:15, 25:17
**real** [1] - 9:6
**really** [4] - 7:9, 8:15, 15:3, 23:8
**reason** [2] - 11:11, 23:17
**reassigned** [1] - 6:3
**receive** [2] - 25:19, 25:21
**recognized** [1] - 7:11
**Recognizing** [1] - 20:15
**record** [8] - 3:9, 4:18, 4:25, 8:25, 9:7, 16:20, 18:2, 22:20
**records** [1] - 17:17
**recused** [1] - 6:2
**reference** [1] - 17:5
**referred** [1] - 16:21
**referring** [1] - 15:1
**refrain** [1] - 24:12
**related** [3] - 18:5, 18:11, 18:14
**relief** [3] - 5:3, 18:8, 19:17
**rely** [1] - 17:22
**remind** [2] - 4:16, 4:20
**removability** [1] - 19:22
**removal** [1] - 16:14
**renew** [1] - 6:19
**renewed** [4] - 10:1, 10:21, 11:3, 20:3
**repeat** [1] - 24:5
**replies** [1] - 24:5
**reply** [8] - 7:20, 22:21, 23:5, 23:22, 25:4, 25:13, 25:14, 25:22
**reported** [2] - 20:17, 21:14
**REPORTED** [1] - 1:22
**reporter** [1] - 4:22
**Reporter** [1] - 1:22
**REPORTER** [1] - 17:14

**reporting** [1] - 21:16
**reports** [1] - 21:18
**request** [9] - 6:5, 6:19, 12:9, 12:20, 15:10, 18:8, 20:5, 20:21, 20:23
**requests** [2] - 17:17, 17:18
**required** [1] - 5:11
**requiring** [1] - 18:9
**reset** [1] - 13:5
**resolution** [2] - 6:17, 11:24
**resolve** [1] - 6:8
**resolved** [5] - 12:11, 12:19, 13:1, 14:11, 23:9
**Resources** [1] - 3:6
**resources** [1] - 14:19
**respond** [2] - 7:12, 18:1
**response** [5] - 7:2, 7:8, 17:4, 25:11, 25:12
**responses** [2] - 10:19, 12:18
**restraining** [2] - 8:14, 18:9
**restrains** [1] - 19:20
**review** [2] - 14:16, 22:11
**reviewed** [3] - 9:4, 15:15, 23:11
**reviewing** [1] - 13:4
**ripe** [1] - 23:23
**Robert** [1] - 1:14
**room** [1] - 3:4
**RPR** [2] - 1:22, 28:8
**Ruiz** [1] - 22:2
**ruling** [1] - 5:20
**run** [1] - 13:21

## S

**sanders** [4] - 4:23, 4:25, 22:24, 23:1
**SANDERS** [3] - 1:22, 28:6, 28:8
**saw** [1] - 12:2
**schedule** [6] - 8:17, 9:11, 10:4, 22:10, 27:10, 27:12
**scheduled** [3] - 6:7, 10:2, 24:9
**scheduling** [1] - 14:4
**Schwiep** [9] - 1:13, 2:10, 8:21, 9:11, 12:5, 16:1, 16:10, 19:10, 22:5
**SCHWIEP** [19] - 2:7,

2:9, 8:23, 9:17, 12:9, 16:10, 16:24, 17:3, 17:16, 19:15, 20:6, 21:8, 21:11, 22:13, 24:18, 24:21, 24:23, 25:19, 26:5
**Scott** [2] - 1:13, 2:10
**screen** [2] - 4:12, 4:22
**Secretary** [1] - 3:3
**see** [9] - 3:7, 3:10, 4:12, 4:13, 6:8, 6:15, 15:16, 24:7, 26:19
**seeing** [3] - 25:15, 25:25, 27:14
**seeking** [4] - 16:12, 16:15, 18:5, 20:22
**sent** [2] - 17:16, 17:17
**separate** [1] - 12:14
**set** [7] - 7:18, 10:4, 11:4, 11:13, 13:2, 14:1, 27:10
**seventh** [1] - 13:16
**sewage** [1] - 21:22
**sharpless** [1] - 6:18
**Sharpless** [3] - 4:13, 6:4, 6:14
**Sharpless'** [1] - 15:10
**side** [1] - 17:16
**sides** [1] - 11:18
**significant** [1] - 21:12
**site** [11] - 18:11, 18:12, 19:24, 20:9, 20:13, 20:14, 20:18, 20:20, 20:24, 20:25, 21:16
**situation** [1] - 21:16
**sixth** [3] - 13:16, 14:2, 24:10
**slow** [2] - 17:15, 22:23
**slowly** [2] - 4:24, 23:2
**Solicitor** [1] - 3:19
**somewhat** [3] - 20:4, 21:9, 23:6
**sorry** [2] - 24:20, 27:9
**sort** [2] - 14:24, 16:12
**sought** [1] - 20:10
**sOUTHERN** [1] - 1:1
**speaker** [1] - 22:24
**SPEAKER** [1] - 26:14
**speaking** [1] - 4:23
**species** [1] - 5:16
**spoils** [1] - 21:19
**spoken** [1] - 4:7
**squarely** [1] - 24:15
**starting** [2] - 2:4, 14:2
**State** [16] - 3:16, 3:19, 5:11, 5:15, 7:24, 8:7, 9:23, 9:25, 13:11, 15:12, 15:19, 16:17, 17:18, 17:22, 17:23,

20:12
**statement** [1] - 5:11
**STATES** [2] - 1:1, 1:10
**States** [1] - 1:22
**status** [2] - 6:7, 21:2
**statutes** [1] - 9:5
**Statutes** [1] - 5:5
**still** [3] - 4:9, 13:1, 14:13
**Stop** [1] - 22:23
**stop** [4] - 20:13, 21:21, 22:23
**straighten** [1] - 6:22
**straightforward** [1] - 11:17
**streamlined** [1] - 16:8
**strongly** [1] - 10:7
**subject** [2] - 14:16, 24:1
**submissions** [1] - 15:15
**submit** [1] - 25:22
**submitted** [2] - 16:5, 20:11
**substance** [1] - 14:5
**substantial** [3] - 10:9, 10:13, 12:15
**sufficiently** [1] - 27:4
**suggest** [3] - 10:12, 17:11, 27:2
**suggested** [1] - 10:1
**suggestion** [1] - 10:18
**suit** [2] - 5:3, 22:6
**Suite** [1] - 1:23
**Sunshine** [1] - 17:18
**supplement** [3] - 5:25, 7:9, 7:11
**supplemental** [1] - 7:8
**supplemented** [1] - 5:22
**supplements** [3] - 7:9, 7:10, 24:12
**supply** [1] - 21:24
**support** [1] - 17:22
**surged** [1] - 20:18
**sweltering** [1] - 21:19

## T

**tailor** [1] - 20:21
**tailored** [1] - 11:2
**Tallahassee** [2] - 13:15, 13:20
**Tanya** [2] - 1:15, 2:21
**team** [1] - 16:22
**teasing** [1] - 21:9
**technically** [1] - 7:10
**technology** [1] - 8:2
**teed** [2] - 7:17, 23:8

**temporary** [2] - 8:14, 18:8
**terms** [6] - 8:10, 12:5, 13:7, 16:7, 16:17, 19:21
**testimony** [1] - 24:3
**THE** [54] - 1:9, 1:13, 1:16, 1:20, 2:2, 2:8, 2:15, 2:19, 2:23, 3:7, 3:12, 3:17, 3:20, 3:22, 4:1, 4:4, 4:10, 8:1, 8:8, 8:12, 8:24, 11:14, 12:21, 13:10, 13:20, 14:1, 14:7, 14:17, 15:1, 16:23, 17:2, 17:14, 17:15, 18:3, 18:15, 20:2, 21:6, 21:9, 21:21, 22:18, 22:23, 23:2, 23:20, 24:20, 24:22, 25:1, 25:6, 25:11, 25:24, 26:6, 26:17, 26:22, 27:1, 27:7
**themselves** [3] - 2:14, 22:21, 23:4
**thinking** [1] - 9:14
**threatened** [1] - 5:16
**three** [1] - 26:3
**timeframe** [1] - 22:11
**timeline** [1] - 27:5
**Title** [3] - 15:2, 16:14, 19:21
**TNT** [4] - 5:10, 5:13, 7:14, 15:14
**to..** [1] - 17:13
**today** [7] - 8:22, 11:1, 11:11, 11:12, 11:15, 20:22, 21:2
**toilets** [1] - 21:19
**Torstensen** [1] - 3:5
**Totoiu** [2] - 1:15, 2:17
**towards** [1] - 20:20
**Training** [1] - 5:9
**training** [1] - 18:16
**transcription** [1] - 28:4
**transfer** [1] - 11:7
**Transition** [1] - 5:9
**transparent** [2] - 9:2, 9:10
**transpired** [1] - 7:5
**transport** [1] - 18:10
**transporting** [1] - 20:12
**tremendous** [1] - 14:19
**Tribe** [5] - 4:6, 6:1, 26:12, 26:23, 27:3
**Tribe's** [1] - 27:1
**tried** [1] - 20:21

**TRO** [10] - 5:18, 5:20, 10:19, 10:23, 11:1, 11:2, 11:11, 11:15, 12:7, 20:16
**true** [1] - 18:6
**Tuesday** [5] - 25:16, 25:22, 26:1, 26:3, 27:13
**turn** [2] - 8:14, 9:15
**two** [2] - 12:14, 21:4
**type** [1] - 8:4

## U

**U.S** [1] - 3:2
**ultimately** [2] - 11:5, 11:7
**un-muted** [2] - 2:6, 26:20
**un-muted** [2] - 2:7, 26:22
**unable** [1] - 10:23
**unclear** [2] - 17:7, 17:8
**under** [6] - 5:4, 12:12, 16:13, 17:18, 19:17, 23:11
**Understood** [1] - 25:18
**unfortunately** [1] - 13:13
**UNIDENTIFIED** [1] - 26:14
**unique** [1] - 27:3
**UNITED** [1] - 1:1
**United** [1] - 1:22
**uNITED** [1] - 1:10
**unknown** [1] - 19:8
**unless** [1] - 24:10
**unnecessary** [1] - 14:9
**unopposed** [1] - 6:10
**up** [13] - 4:7, 6:13, 7:7, 7:17, 10:4, 10:23, 12:22, 14:10, 20:2, 23:8, 26:10, 26:11, 27:9
**urge** [1] - 16:5
**useful** [2] - 17:12, 17:21

## V

**vacation** [1] - 24:14
**various** [1] - 6:11
**venue** [28] - 7:13, 8:18, 10:8, 10:12, 10:20, 11:6, 11:7, 11:9, 11:21, 12:4, 12:11, 12:14, 12:16,

12:22, 13:4, 14:10,
14:12, 15:22, 22:22,
23:5, 23:17, 23:22,
24:6, 24:8, 24:18,
25:4, 25:20
**versus** [1] - 2:3
**view** [1] - 20:19
**VIII** [3] - 15:2, 16:14,
19:21
**vs** [1] - 1:5

## W

**wading** [2] - 15:4, 15:6
**wait** [1] - 7:5
**waiting** [2] - 3:4, 11:22
**waiver** [1] - 12:19
**water** [1] - 21:23
**water..** [1] - 21:20
**waving** [1] - 26:19
**Wednesday** [5] - 7:19,
24:22, 25:15, 25:25,
27:14
**week** [3] - 12:6, 12:20,
13:16
**weeks** [1] - 15:13
**weigh** [1] - 18:23
**welcome** [1] - 8:12
**whole** [1] - 16:17
**widely** [1] - 21:14
**WILLIAMS** [1] - 1:9
**wise** [1] - 14:4
**wish** [3] - 7:20, 14:5,
15:24
**witness** [2] - 10:6,
24:3
**witnesses** [3] - 9:13,
9:22, 14:20
**words** [1] - 19:10

## Y

**year** [1] - 5:6
**years** [1] - 9:3
**yourself** [2] - 2:6, 4:21

## Z

**Zoom** [5] - 3:8, 4:11,
4:17, 27:10, 27:11
**ZOOM** [1] - 1:9