**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22896-KMW**

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

       Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

       Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

       Proposed Intervenors.

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

       Pursuant to S.D. Fla. L.R. 7.8, Plaintiffs Friends of the Everglades, *et al.* provide notice of the following supplemental authority: *United States v. Sec'y, Fla. Dep't of Corr.*, No. 12-22958-CIV, 2012 WL 6626818 (S.D. Fla. Dec. 19, 2012) (Seitz, J.), attached as Exhibit 1. In *United States v. Sec'y, Fla. Department of Corrections*, the court held:

> The events giving rise to the United States' claim are the denials of kosher meals to prisoners who request them. As set out in the complaint, several prisoners in the Southern District of Florida have been denied kosher meals. Thus, harm has occurred in the Southern District of Florida. While Defendants assert that the events giving rise to the claim occurred in Tallahassee, Florida, where the policy decision not to provide kosher meals was made, the policy decision alone does not give rise to the claim; a claim only exists if someone has been harmed by the policy decision. Here, harm has clearly occurred in the Southern District of Florida. Thus, venue is appropriate in the Southern District of Florida under § 1391(b)(2).

*Id.* at 2 (citing *Jenkins Brick Co. v. Bremer,* 321 F.3d 1366, 1372 (11th Cir. 2003)). The supplemental authority relates to the argument presented in Defendant FDEM's Supplemental Reply in Opposition to Plaintiff's Motion for a Temporary Restraining Order (D.E. 65 at 8) that venue may lie only where NEPA decisions were made rather than were the impacts have been felt.

Dated:   July 29, 2025

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida  33137<br>Telephone:  (305) 440-5432 | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900 |
| By:       s/   Tania Galloni<br>   Tania Galloni, Fla. Bar No. 619221<br>   tgalloni@earthjustice.org<br>   Dominique Burkhardt, Fla. Bar No. 100309<br>   dburkhardt@earthjustice.org<br>   Alisa Coe, Fla. Bar No. 10187<br>   acoe@earthjustice.org | By:        s/   Paul J. Schwiep<br>   Paul J. Schwiep, Fla. Bar No. 823244<br>   PSchwiep@CoffeyBurlington.com<br>   Scott Hiaasen, Fla. Bar No. 103318<br>   SHiaasen@CoffeyBurlington.com<br>   YVB@CoffeyBurlington.com<br>   LPerez@CoffeyBurlington.com<br>   service@CoffeyBurlington.com |
| *Counsel for Friends of the Everglades* | *Counsel for Plaintiffs* |

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155

St. Petersburg, FL 33731
Telephone: (727) 755-6950

*Counsel for Center for Biological Diversity*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                           s/ Paul J. Schwiep

| Service List ||
|---|---|
| **Nathan A. Forrester**<br>   Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>   Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>Telephone: (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br>      _____<br><br>Boies Schiller Flexner LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>**David Costello, Esq.**<br>dcostello@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 356-0011 | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>   Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br>      _____<br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Peter M. Torstensen, Jr.**<br>   Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Hayley A. Carpenter**<br>   Trial Attorney<br>hayley.carpenter@usdoj.gov<br>Natural Resources Section |

| | |
|---|---|
| jpanuccio@BSFLLP.com <br> ftleserve@bsfllp.com <br><br> *Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | Ben Franklin Station <br> P.O. Box 7611 <br> Washington, D.C. 20044-7611 <br> Telephone: (202) 305-0242 <br><br> *Counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
| GERALDINE BONZON-KEENAN <br> Miami-Dade County Attorney <br> **Christopher J. Wahl** <br>    Assistant County Attorney <br> wahl@miamidade.gov <br> **Monica Rizo Perez** <br>    Assistant County Attorney <br> rizo@miamidade.gov <br> **David M. Murry** <br>    Assistant County Attorney <br> DMMurray@FlyMIA.com <br> Stephen P. Clark County <br> 111 Northwest 1st Street, Suite 2810 <br> Miami, Florida 33128 <br> Telephone: (305) 375-5151 <br> Victor.Rodriguez3@miamidade.gov <br> Madalis.Gonzalez@miamidade.gov <br> KGriffin@FlyMIA.com <br><br> *Counsel for Miami-Dade County* | **Todd R. Friedman, Esq.** <br> todd@toddfriedmanpa.com <br> TODD R. FRIEDMAN, P.A. <br> 1101 Brickell Avenue <br> Suite S-700 <br> Miami, Florida 33131 <br> Telephone: (786) 536-7190 <br><br> *Counsel for The Miccosukee Tribe of Indians* |

4