UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-22896-CV-WILLIAMS

FRIENDS OF THE EVERGLADES, INC., *et al.*,

    Plaintiffs,

v.

KRISTI NOEM, *et al.*,

    Defendants.

_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court following the July 30, 2025 Hearing in this matter. (DE 72). For the reasons stated at the Hearing, it is **ORDERED AND ADJUDGED** as follows:

1. The Miccosukee Tribe of Indians of Florida's Motion to Intervene (DE 33) is **GRANTED.**

2. The Court accepts all supplements that have been filed as of the date of this Order, (DE 14; DE 20; DE 25; DE 26; DE 27; DE 28; DE 34; DE 35; DE 38; DE 47; DE 49; DE 50; DE 57; DE 61; DE 65; DE 66; DE 70; DE 71), for the purposes of considering Plaintiffs' Expedited Motion for TRO and Preliminary Injunction (DE 5) and Plaintiffs' Renewed Motion for TRO (DE 40).

3. Plaintiffs shall disclose to Defendants their witness and exhibit lists for the August 6, 2025 Hearing on or before **August 1, 2025 at 11:59 p.m.** Defendants shall disclose to Plaintiffs any witness and exhibit lists for that Hearing on or before **August 4, 2025 at 5:00 p.m.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>30th</u> day of July, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE