**United States District Court**
**Southern District of Florida**

FILED BY __MCO__ D.C.

JUL 3 1 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case Number: __25CV22896__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files **(Scanned)**

____ • Poor quality scanned images (i.e. Handwritten, Photographs)

____ • Surety bonds

____ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files **(Not Scanned)**

__✓__ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: __7/31/25__

Revised: 2/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

    Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

    Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

    Proposed Intervenors.

FILED BY _____ MCO _____ D.C.
JUL 31 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFFS' NOTICE OF FILING THE DECLARATION OF JESSICA NAMATH

Plaintiffs hereby provide notice of the filing of the Declaration of Jessica Namath, which is attached as Exhibit 1. The declaration, and the video authenticated therein, relates to the Federal and State Defendants' contention that the TNT Site is not operating in cooperation with the ICE and DHS. Exhibit A to the declaration is a video clip taken by the declarant, which

Plaintiffs are simultaneously seeking leave to conventionally file. The actual video clip referred to as Exhibit A will be filed upon the entry of an order permitting conventional filing, along with a notice of conventional filing.

Dated: July 18, 2025

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida 33137<br>Telephone: (305) 440-5432<br><br>By: /s/ Tania Galloni<br>  Tania Galloni, Fla. Bar No. 619221<br>  tgalloni@earthjustice.org<br>  Dominique Burkhardt, Fla. Bar No. 100309<br>  dburkhardt@earthjustice.org<br>  Alisa Coe, Fla. Bar No. 10187<br>  acoe@earthjustice.org<br><br>*Counsel for Friends of the Everglades* | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida 33133<br>Telephone: (305) 858-2900<br><br>By: /s/ Paul J. Schwiep<br>  Paul J. Schwiep, Fla. Bar No. 823244<br>  PSchwiep@CoffeyBurlington.com<br>  Scott Hiaasen, Fla. Bar No. 103318<br>  SHiaasen@CoffeyBurlington.com<br>  YVB@CoffeyBurlington.com<br>  LPerez@CoffeyBurlington.com<br>  service@CoffeyBurlington.com<br><br>*Counsel for Plaintiffs* |

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone: (727) 755-6950

*Counsel for Center for Biological Diversity*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

                                              s/ Paul J. Schwiep

| Service List | |
|---|---|
| **Nathan A. Forrester**<br>   Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>   Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>Telephone: (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | BOIES SCHILLER FLEXNER LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* |
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl**<br>   Assistant County Attorney<br>wahl@miamidade.gov<br>**David M. Murry**<br>   Assistant County Attorney<br>dmmurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida 33128<br>Telephone: (305) 375-5151<br>kgriffin@FlyMIA.com<br>victor.rodriguez3@miamidade.gov<br><br>*Counsel for Miami-Dade County* | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>   Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br><br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Peter M. Torstensen, Jr.** |

| | |
|---|---|
| | Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Hayley A. Carpenter**<br>   Trial Attorney<br>hayley.carpenter@usdoj.gov<br>Natural Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 305-0242<br><br>*Counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
| **Todd R. Friedman, Esq.**<br>todd@toddfriedmanpa.com<br>TODD R. FRIEDMAN, P.A.<br>1101 Brickell Avenue<br>Suite S-700<br>Miami, Florida 33131<br>Telephone: (786) 536-7190<br><br>*Counsel for The Miccosukee Tribe of Indians* | |

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | [EXTERNAL] Activity in Case 1:25-cv-22896-KMW Friends of the Everglades, Inc. et al v. Noem et al Order on Motion for Leave to File |
| Date: | Wednesday, July 30, 2025 3:30:54 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 7/30/2025 at 3:29 PM EDT and filed on 7/30/2025
**Case Name:** Friends of the Everglades, Inc. et al v. Noem et al
**Case Number:** [1:25-cv-22896-KMW](#)
**Filer:**
**Document Number:** 74(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS MATTER is before the Court on Plaintiffs' Motion for Leave to File Video Clip Conventionally (DE [46]) ("Motion"). In the Motion, Plaintiffs request leave to file a video clip via USB thumb drive. Defendants have not filed a response. Upon review of the record and the Motion, it is ORDERED AND ADJUDGED that the Motion (DE [46]) is GRANTED. Plaintiffs may file the video clip via USB thumb drive. Signed by Judge Kathleen M. Williams on 7/30/2025. (cgd)**


**1:25-cv-22896-KMW Notice has been electronically mailed to:**

Alisa Ann Coe    acoe@earthjustice.org, acorrea@earthjustice.org, efile@earthjustice.org, flcaseupdates@earthjustice.org

Carlos Javier Raurell    carlos.raurell@usdoj.gov, melissa.Jiminson@usdoj.gov, USAFLS-HQDKT@usdoj.gov

Christopher Ara Ajizian    chris@ajizianlaw.com

Christopher J. Wahl    wahl@miamidade.gov, victor.rodriguez3@miamidade.gov

David Marion Murray    dmmurray@miami-airport.com, dmurr@miamidade.gov, rmartin@miami-airport.com

David Matthew Costello    david.costello@myfloridalegal.com

Dominique Rebecca Kate Burkhardt    dburkhardt@earthjustice.org, efile@earthjustice.org, flcaseupdates@earthjustice.org

Elise Pautler Bennett    ebennett@biologicaldiversity.org, 1629923420@filings.docketbird.com

Evan Matthew Ezray    eezray@bsfllp.com

Hayley A. Carpenter    hayley.carpenter@usdoj.gov

Jason Alexander Totoiu    jtotoiu@biologicaldiversity.org

Jeffrey Paul DeSousa    jeffrey.desousa@myfloridalegal.com

Jesse Michael Panuccio    jpanuccio@bsfllp.com, jesse-panuccio-7320@ecf.pacerpro.com

Marissa A. Piropato    marissa.piropato@usdoj.gov

Monica Rizo    rizo@miamidade.gov, IlianaG@miamidade.gov, klw@miamidade.gov, madalis.gonzalez@miamidade.gov

Nathan Andrew Forrester    nathan.forrester@myfloridalegal.com

Paul Joseph Schwiep    pschwiep@coffeyburlington.com, service@coffeyburlington.com, yvb@coffeyburlington.com

Rebecca Ann Sharpless    rsharpless@law.miami.edu, destrabao@law.miami.edu, rdominguez@law.miami.edu

Robert Scott Schenck    robert.schenck@myfloridalegal.com, jenna.hodges@myfloridalegal.com

Scott Andrew Hiaasen    shiaasen@coffeyburlington.com, lperez@coffeyburlington.com, service@coffeyburlington.com

Tania Galloni    tgalloni@earthjustice.org, acorrea@earthjustice.org, efile@earthjustice.org, flcaseupdates@earthjustice.org

Todd Rapp Friedman    todd@toddfriedmanpa.com

**1:25-cv-22896-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**



> 25-22896
>
> Please call Yvette
> (305.858.2900) with
> any questions.

**COFFEY | BURLINGTON**
2601 South Bayshore Drive, Penthouse
Miami, FL 33133

TO:

Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Clerk's Office | 8th Floor
Miami, FL 33128
(305) 523-5100