UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

**DEFENDANT FDEM'S NOTICE OF SUPPLEMENTAL AUTHORITY**

    Defendant FDEM respectfully submits this notice of supplemental authority relating to Plaintiffs' counsel's representation, at the hearing on July 30, 2025, that "one-quarter to one-third" of the TNT Airport property lies in Miami-Dade County. Attached hereto as Exhibit 1 is a Geographic Information System map taken from satellite imagery of the TNT Airport, which permits the user to measure the area of the property from an overlayed polygon. This shows that only **2.2%** of the land on the site is in Miami-Dade County—97.8% of the land on the site is in Collier County, along with all facilities and improvements for the detention center.

Dated: August 1, 2025

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa (FBN 110951)
  *Acting Solicitor General*
Nathan A. Forrester (FBN 1045107)
  *Chief Deputy Solicitor General*
Robert S. Schenck (FBN 1044532)
  *Assistant Solicitor General*
**Office of the Attorney General**
The Capitol, PL-01

Respectfully submitted,

s/ *Jesse Panuccio*
Jesse Panuccio (FBN 31401)
Evan Ezray (FBN 1008228)
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
jpanuccio@bsfllp.com
eezray@bsfllp.com
dcostello@bsfllp.com

2

Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

s/ <i>Jesse Panuccio</i><br>
Jesse Panuccio