# EXHIBIT 1



DADE-COLLIER TRANSITION AIRPORT
54575 TAMIAMI TRL E, OCHOPEE, FL