**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22896-KMW**

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

   Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

   Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

   Proposed Intervenors.

**PLAINTIFFS' NOTICE OF FILING RESPONSE TO**
**FDEM'S "SUPPLEMENTAL AUTHORITY"**

Plaintiffs Friends of the Everglades, *et al.* hereby respond to the Notice of Supplemental Authority (the "Notice) filed by Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management (D.E. 79) and state as follows:

1. FDEM has filed as a "supplemental authority" under S.D. Fla. L.R. 7.8[1] a map purportedly showing that 2.2% of the "site" (which is not a defined term in the Notice) lies within Miami-Dade County. FDEM has reached this conclusion by arbitrarily shading a portion of the TNT airport property in red in a map attached to the Notice. FDEM does not explain why or how it excluded large swaths of the TNT airport property from its red-shaded areas. Construction activities in connection with building the mass detention center have demonstrably occurred outside of the red shaded areas, including fencing installed to Tamiami Trail.

2. Attached as Exhibit A hereto is a declaration of Geographic Information Systems specialist Curt Bradley demonstrating that, according to property records and published materials, 27.9% of the Dade Collier Training and Transition Airport (the "TNT Site") lies within Miami-Dade County.

Dated: August 1, 2025

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida 33137<br>Telephone: (305) 440-5432 | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida 33133<br>Telephone: (305) 858-2900 |
| By:     s/   Tania Galloni<br>   Tania Galloni, Fla. Bar No. 619221<br>   tgalloni@earthjustice.org<br>   Dominique Burkhardt, Fla. Bar No. 100309<br>   dburkhardt@earthjustice.org<br>   Alisa Coe, Fla. Bar No. 10187<br>   acoe@earthjustice.org | By:     s/   Paul J. Schwiep<br>   Paul J. Schwiep, Fla. Bar No. 823244<br>   PSchwiep@CoffeyBurlington.com<br>   Scott Hiaasen, Fla. Bar No. 103318<br>   SHiaasen@CoffeyBurlington.com<br>   YVB@CoffeyBurlington.com<br>   LPerez@CoffeyBurlington.com<br>   service@CoffeyBurlington.com |
| *Counsel for Friends of the Everglades* | *Counsel for Plaintiffs* |

---

[1] S.D. Fla. 7.8 applies to "authorities" that come to a party's attention after a filing or argument. FDEM's supplement is neither a new "authority" nor is it new information that was not available prior to FDEM's memorandum on venue or the July 30, 2025 hearing.

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Center for Biological Diversity*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

          s/   Paul J. Schwiep

| Service List ||
|---|---|
| **Nathan A. Forrester**<br>   Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>   Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida  32399-1050<br>Telephone:  (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br>_____<br><br>Boies Schiller Flexner LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.** | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>   Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida  33132<br>Telephone:  (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br>_____<br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Peter M. Torstensen, Jr.**<br>   Deputy Assistant Attorney General |

| | |
|---|---|
| eezray@bsfllp.com<br>**David Costello, Esq.**<br>dcostello@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br>jpanuccio@BSFLLP.com<br>ftleserve@bsfllp.com<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | Environment and Natural Resources Division<br>    United States Department of Justice<br>**Hayley A. Carpenter**<br>    Trial Attorney<br>hayley.carpenter@usdoj.gov<br>Natural Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  (202) 305-0242<br><br>*Counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl**<br>    Assistant County Attorney<br>wahl@miamidade.gov<br>**Monica Rizo Perez**<br>    Assistant County Attorney<br>rizo@miamidade.gov<br>**David M. Murry**<br>    Assistant County Attorney<br>DMMurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida  33128<br>Telephone:  (305) 375-5151<br>Victor.Rodriguez3@miamidade.gov<br>Madalis.Gonzalez@miamidade.gov<br>KGriffin@FlyMIA.com<br><br>*Counsel for Miami-Dade County* | **Todd R. Friedman, Esq.**<br>todd@toddfriedmanpa.com<br>TODD R. FRIEDMAN, P.A.<br>1101 Brickell Avenue<br>Suite S-700<br>Miami, Florida 33131<br>Telephone:  (786) 536-7190<br><br>*Counsel for The Miccosukee Tribe of Indians* |

4