**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

FRIENDS OF THE EVERGLADES, INC.,
a Florida 501(c)(3) not-for-profit
corporation, and CENTER FOR
BIOLOGICAL DIVERSITY, a 501(c)(3)   CASE NO. 25-CV-22896-KMW
nonprofit organization,

      Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as
Secretary of the UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY; TODD LYONS, in his official
capacity as Acting Director of the UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; KEVIN
GUTHRIE, in his official capacity as
Executive Director of the FLORIDA
DIVISION OF EMERGENCY
MANAGEMENT; and MIAMI-DADE
COUNTY, a political subdivision of the
State of Florida,

      Defendants.

_____/

**EXHIBIT LIST**

      Plaintiff-Intervenor The Miccosukee Tribe of Indians of Florida submits the following

exhibit list pursuant to the Court's Omnibus Order (D.E. 73), in advance of the hearing on Plaintiffs

Friends of the Everglades, Inc.'s and Center for Biological Diversity's (together, "Plaintiffs")

Expedited Motion for Temporary Restraining Order and Preliminary Injunction (D.E. 5):

1. Declaration of Kevin Donaldson
2. Declaration of Amy Castaneda
3. Declaration of Marcel Bozas
4. Declaration of Jason Daniel
5. Declaration of Melany Flint
6. Map of Indian Villages on U.S. 41

-1-

7. Miccosukee Tribe of Indians of Florida Tribal Site Map
8. Water Flow Map - Natural System Regional Simulation Model, South Florida Water Management District
9. Measuring Light along Old Tamiami Trail, July 30, 2025
10. Big Cypress National Preserve: Final Backcountry Access Plan / Wilderness Study / Final Environmental Impact Statement, November 2024
11. David Goodhue, "Man escapes from Krome Detention Center, police say, Search teams swam South Miami-Dade," Miami Herald, August 22, 2024, available at https://www.miamiherald.com/news/local/community/miami-dade/article291293850.html
12. The White House, "President Trump Arrives Dade-Collier Training and Transitional Airport, July 01, 2025," July 1, 2025, available at https://www.whitehouse.gov/videos/president-trump-arrives-dade-collier-training-and-transition-airport-july-01-2025/
13. The White House, "President Trump Participates in a Guided Walking Tour of Alligator Alcatraz – Part 1," July 1, 2025, available at https://www.whitehouse.gov/videos/president-trump-participates-in-a-guided-walking-tour-of-alligator-alcatraz-part-1/
14. The White House, "President Trump Participates in a Guided Walking Tour of Alligator Alcatraz – Part 2," July 1, 2025, available at https://www.whitehouse.gov/videos/president-trump-participates-in-a-guided-walking-tour-of-alligator-alcatraz-part-2/
15. Fox 5 Atlanta, "WATCH LIVE: President Trump visits 'Alligator Alcatraz' ICE detention center in Florida," July 1, 2025, available at https://www.youtube.com/watch?v=IUOYJxklevg.
16. All exhibits listed on any Plaintiffs' or Defendants' exhibit lists
17. All documents filed in the docket in the above-reference action.
18. The Tribe reserves the right to amend or supplement this exhibit list and reserve the right to object to any of the parties' exhibits.

Dated: August 1, 2025                    Respectfully submitted,

                                         **CHRISTOPHER AJIZIAN, P.A.**
                                         By: /s/ *Christopher Ajizian*
                                         Christopher Ajizian, Esq.
                                         Florida Bar No. 1010170
                                         chris@ajizianlaw.com
                                         1101 Brickell Avenue
                                         Suite S-700
                                         Miami, FL 33131
                                         Tel: (305) 699-5001

                                         -and-

                                         **TODD R. FRIEDMAN, P.A.**
                                         Todd R. Friedman, Esq.

Fla. Bar No. 97919
1101 Brickell Avenue
Suite S-700
Miami, Florida 33131
786-536-7190
todd@toddfriedmanpa.com

*Counsel for The Miccosukee Tribe of Indians of Florida*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 1, 2025 a true and correct copy of the foregoing was filed via the Court's CM/ECF filing system and thereby served on counsel of record.

By: <u>/s/ *Todd Friedman*</u>