✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

Friends of the Everglades, et al

V.

Kristi Noem, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 25-cv-22896-KMW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Hon. Kathleen Williams | Paul Schwiep | Adam Gustafason |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 6, 2025 | Patricia Diaz Sanders | Michael Santorufo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Kevin Donaldson, Director of Land and Natural Resources Miccosukee Tribe of Indians of Florida |
| | | | | | Amy Castaneda, Director of Water Resources Miccosukee Tribe of Indians of Florida |
| | | | | | Marcel Bozas, Director of Fish and Wildlife Miccosukee Tribe of Indians of Florida |
| | | | | | Jason Daniel, Director of Historic Preservation Miccosukee Tribe of Indians of Florida |
| | | | | | Melany Flint, Fish and Wildlife Department Miccosukee Tribe of Indians of Florida |
| | | | | | Department of Homeland Security, Representative |
| | | | | | United States Immigration and Customs Enforcement, Representative |
| | | | | | Florida Department of Emergency Management, Representative |
| | | | | | Miami-Dade County, Representative |
| | | | | | Any and all witnesses listed on any party's witness list |
| | | | | | Any and all impeachment and rebuttal witnesses |
| | | | | | The Tribe reserves the right to amend or supplement this witness list |
| | | | | | The Tribe reserves the right to object to any of the parties' witnesses and testimony |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages

-4-

## CERTIFICATE OF SERVICE

      I certify that on August 1, 2025 a true and correct copy of the foregoing was filed via the Court's CM/ECF filing system and thereby served on counsel of record.

By: /s/ <i>Todd Friedman</i>