IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FRIENDS OF THE EVERGLADES, INC.,
a Florida 501(c)(3) not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

    Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the FLORIDA DIVISION OF EMERGENCY MANAGEMENT; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

    Defendants.
_____/

CIVIL DIVISION

CASE NO. 25-CV-22896-JEM

## THE TRIBE'S NOTICE OF JOINDER IN PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (D.E. 5)

NOTICE IS GIVEN that Intervenor-Plaintiff The Miccosukee Tribe of Indians of Florida (the "Tribe"), joins Plaintiffs Friends of the Everglades, Inc.'s and Center for Biological Diversity's (together, "Plaintiffs") Expedited Motion for Temporary Restraining Order and Preliminary Injunction (D.E. 5) ("Motion").

Dated: August 1, 2025

Respectfully submitted,

**CHRISTOPHER AJIZIAN, P.A.**

By: /s/ *Christopher Ajizian*
Christopher Ajizian, Esq.
Florida Bar No. 1010170
chris@ajizianlaw.com
1101 Brickell Avenue

-2-

Suite S-700
Miami, FL 33131
Tel: (305) 699-5001

-and-

**TODD R. FRIEDMAN, P.A.**
Todd R. Friedman, Esq.
Fla. Bar No. 97919
1101 Brickell Avenue
Suite S-700
Miami, Florida 33131
786-536-7190
todd@toddfriedmanpa.com
*Counsel for Intervenor-Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on August 1, 2025 a true and correct copy of the foregoing was filed on the Court's CM/ECF filing system and thereby served by email on counsel of record.

      By: /s/ *Christopher Ajizian*