UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

**DEFENDANT FDEM'S CORRECTED NOTICE OF SUPPLEMENTAL AUTHORITY**

    Defendant FDEM respectfully submits this corrected notice of supplemental authority containing a declaration from Ian Gadea-Guidicelli. The declaration explains that Plaintiffs have misunderstood (and incorrectly broadened) the area that FDEM has used to build and operate the detention facility. It also provides a new map to account for fencing at security checkpoints leading into the airport site. As the declaration explains, because those security checkpoints exist entirely in Collier County, including them in the calculation would decrease the percentage of utilized land in Miami-Dade from 2.2% to 2.02%.

Dated: August 3, 2025

Respectfully submitted,

James Uthmeier
*Attorney General of Florida*
Jeffrey Paul DeSousa (FBN 110951)
*Acting Solicitor General*
Nathan A. Forrester (FBN 1045107)
*Chief Deputy Solicitor General*
Robert S. Schenck (FBN 1044532)
*Assistant Solicitor General*
**Office of the Attorney General**
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com

s/ *Jesse Panuccio*
Jesse Panuccio (FBN 31401)
Evan Ezray (FBN 1008228)
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2025, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

                                            s/ *Jesse Panuccio*
                                            Jesse Panuccio