**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22896-KMW**

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

        Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

        Intervenor/Plaintiff.

**PLAINTIFFS' SUPPLEMENT TO PRELIMINARY (DE 81) EXHIBIT LIST**
**<u>FOR AUGUST 6, 2025 HEARING</u>**

Plaintiffs, through undersigned counsel, supplements[1] its Exhibit List (DE 81) for the August 6, 2025 Hearing.[2]

**Supplemental Exhibit List**

| 79 | 2025.08.02 Expert Disclosure Report - Dillon N. Reio, P.G. -AND- Everglades Pre & Post Stormwater Report | |
|---|---|---|
| 80 | Christopher W. McVoy CV | |
| 81 | KTNT 07-18-2025 Video of Dade-Collier TNT Airport https://vimeo.com/1102599234 | |
| 82 | 07/20/25 McVoy - Analysis of New Paving at the Dade Collier TNT Airport – McVoy (previously produced on 2025.08.01) | |
| 83 | McVoy – WERP: Dade-Collier Airport (Jetport) in Context of WERP | |
| 84 | McVoy - Panther Telemetry Mapping in Vicinity of Dade-Collier TNT (Jetport) | |
| 85 | McVoy – Report of Tour of Detention Center - McVoy - June 28, 2025 | |
| 86 | Dillon Reio – Everglades Pre & Post Stormwater Report | |
| 87 | Declaration of Curt Bradley, filed August 1, 2025 | DE 80-1 |
| 88 | Map of Big Cypress Wildlife Management Area (4 Hunt map units) https://www.nps.gov/bicy/planyourvisit/upload/-9002373-4_Hunt_map_units.jpg, attached to D.E. 80, filed August 1, 2025 | Cited in DE 80-1 |
| 89 | 2025.07.22 Soil Profile Dade Collier Training Airport (public record from FDEM) (previously produced on 2025.08.01) | |
| 90 | 2025.06.30 Emergency Infrastructure at TNT Dade-Collier Airport (public record from FDEM) (previously produced on 2025.08.01) | |
| 91 | 2025.07.07 Rev. Emergency Infrastructure at TNT Dade-Collier Airport (public record from FDEM) (previously produced on 2025.08.01) | |
| 92 | 2025.07.08 Rev. Emergency Infrastructure at TNT Dade-Collier Airport (public record from FDEM) (previously produced on 2025.08.01) | |
| 93 | SWFMD ERP Permit No. 11-02446-P (previously produced on 2025.08.01) | |
| 94 | 2008.10.02 Permit Application (previously produced on 2025.08.01) | |

---

[1] Plaintiffs note that numerous of the supplemental exhibits identified herein (PX 82, 87-94) were provided to Defendants on August 1, 2025, but have been separately numbered for the sake of clarity on this supplemental list.

[2] Plaintiffs are awaiting FDEM's production of expedited discovery ordered by the Court (D.E. 64), and responses to public records requested by Plaintiffs (*see* D.E. 62-2), and reserve the right to supplement this list upon receipt of those documents.

| 95 | Any and all documents identified by The Miccosukee Tribe of Indians | |
|----|---------------------------------------------------------------------|---|
| 96 | Any and all documents identified as Exhibits by Defendants | |
| 97 | Any and all rebuttal and impeachment materials | |

Dated:  August 3, 2025

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida  33137<br>Telephone:  (305) 440-5432<br><br>By:      s/   Tania Galloni<br>   Tania Galloni, Fla. Bar No. 619221<br>   tgalloni@earthjustice.org<br>   Dominique Burkhardt, Fla. Bar No. 100309<br>   dburkhardt@earthjustice.org<br>   Alisa Coe, Fla. Bar No. 10187<br>   acoe@earthjustice.org<br><br>*Counsel for Friends of the Everglades*<br><br>CENTER FOR BIOLOGICAL DIVERSITY<br>Elise Pautler Bennett, Fla. Bar No. 106573<br>ebennett@biologicaldiversity.org<br>Jason Alexander Totoiu, Fla. Bar No. 871931<br>jtotoiu@biologicaldiversity.org<br>Post Office Box 2155<br>St. Petersburg, FL 33731<br>Telephone:  (727) 755-6950<br><br>*Counsel for Center for Biological Diversity* | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900<br><br>By:      s/   Paul J. Schwiep<br>   Paul J. Schwiep, Fla. Bar No. 823244<br>   PSchwiep@CoffeyBurlington.com<br>   Scott Hiaasen, Fla. Bar No. 103318<br>   SHiaasen@CoffeyBurlington.com<br>   YVB@CoffeyBurlington.com<br>   LPerez@CoffeyBurlington.com<br>   service@CoffeyBurlington.com<br><br>*Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                                                     s/   Paul J. Schwiep

| Service List | |
|---|---|
| **Nathan A. Forrester**<br>   Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>   Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida  32399-1050<br>Telephone:  (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br>            _____<br><br>Boies Schiller Flexner LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>**David Costello, Esq.**<br>dcostello@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br>jpanuccio@BSFLLP.com<br>ftleserve@bsfllp.com<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>   Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida  33132<br>Telephone:  (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br>            _____<br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Peter M. Torstensen, Jr.**<br>   Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Hayley A. Carpenter**<br>   Trial Attorney<br>hayley.carpenter@usdoj.gov<br>**Marissa Piropato**<br>   Deputy Chief<br>mairssa.piropato@usdoj.gov<br>Natural Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  (202) 305-0242<br><br>*Counsel for Kristi Noem, in her official* |

|  | *capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
|---|---|
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl**<br>    Assistant County Attorney<br>wahl@miamidade.gov<br>**Monica Rizo Perez**<br>    Assistant County Attorney<br>rizo@miamidade.gov<br>**David M. Murry**<br>    Assistant County Attorney<br>DMMurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida  33128<br>Telephone:  (305) 375-5151<br>Victor.Rodriguez3@miamidade.gov<br>Madalis.Gonzalez@miamidade.gov<br>KGriffin@FlyMIA.com<br><br>*Counsel for Miami-Dade County* | **Todd R. Friedman, Esq.**<br>todd@toddfriedmanpa.com<br>TODD R. FRIEDMAN, P.A.<br>1101 Brickell Avenue<br>Suite S-700<br>Miami, Florida 33131<br>Telephone:  (786) 536-7190<br><br>*Counsel for The Miccosukee Tribe of Indians* |

5