**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

   Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

   Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

   Intervenor/Plaintiff.

**PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM AT AUGUST 6 INJUNCTION HEARING**

  Plaintiffs Friends of the Everglades, Inc., and Center for Biological Diversity (hereinafter "Plaintiffs"), by and through undersigned counsel, hereby respectfully move this Honorable Court for an Order allowing electronic equipment into the courtroom during the hearing on

Plaintiffs' Motion for Preliminary Injunction in the above-referenced case, scheduled for August 6, 2025. In support of this Motion, Plaintiffs state the following:

1. This matter is scheduled for an evidentiary hearing before the Honorable Kathleen M. Williams in the United States District Court for the Southern District of Florida at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida, 33128, Courtroom 11-3, on August 6, 2025.

2. In preparation for trial, Plaintiffs intend to utilize various forms of electronic equipment, including video projection services, to facilitate the presentation of their case. The following equipment will be required: Laptop computers, cellular phones, and supporting trial presentation equipment.

3. Plaintiffs request that the following individuals be permitted to bring the equipment into the courtroom for trial presentation: Paul Schwiep, Scott Hiaasen, Tania Galloni, Dominique Burkhardt, Elise Bennett and Juan Hernandez (Coffey Burlington litigation support).

4. Plaintiffs acknowledge that all electronic equipment will be used in accordance with the Court's procedures and any additional guidelines set forth by the Court. The equipment will be operated exclusively for trial presentation purposes and under the supervision of authorized personnel.

## CERTIFICATE OF COUNSEL

Counsel for the Plaintiffs has made reasonable efforts to confer with counsel for Defendant, including by email on August 1, 2025, but Defendant's counsel has not responded.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an order to allow personal cellular phones and laptop computers into the courtroom of the Honorable

Kathleen M. Williams on August 6, 2025, and allow the individuals to bring and use the necessary equipment for trial preparation and presentation.

Dated:   August 4, 2025.

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida  33137<br>Telephone:  (305) 440-5432<br><br>By:      s/   Tania Galloni<br>   Tania Galloni, Fla. Bar No. 619221<br>   tgalloni@earthjustice.org<br>   Dominique Burkhardt, Fla. Bar No. 100309<br>   dburkhardt@earthjustice.org<br>   Alisa Coe, Fla. Bar No. 10187<br>   acoe@earthjustice.org<br><br>*Counsel for Friends of the Everglades* | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900<br><br>By:       s/   Paul J. Schwiep<br>   Paul J. Schwiep, Fla. Bar No. 823244<br>   PSchwiep@CoffeyBurlington.com<br>   Scott Hiaasen, Fla. Bar No. 103318<br>   SHiaasen@CoffeyBurlington.com<br>   YVB@CoffeyBurlington.com<br>   LPerez@CoffeyBurlington.com<br>   service@CoffeyBurlington.com<br><br>*Counsel for Plaintiffs* |

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Center for Biological Diversity*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                            s/   Paul J. Schwiep

| Service List | |
|---|---|
| **Nathan A. Forrester**<br>   Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>   Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida  32399-1050<br>Telephone:  (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br>              _____<br><br>Boies Schiller Flexner LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>**David Costello, Esq.**<br>dcostello@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br>jpanuccio@BSFLLP.com<br>ftleserve@bsfllp.com<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>   Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida  33132<br>Telephone:  (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br>              _____<br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Peter M. Torstensen, Jr.**<br>   Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Hayley A. Carpenter**<br>   Trial Attorney<br>hayley.carpenter@usdoj.gov<br>**Marissa Piropato**<br>   Deputy Chief<br>mairssa.piropato@usdoj.gov<br>Natural Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  (202) 305-0242<br><br>*Counsel for Kristi Noem, in her official capacity as Secretary, United States* |

|  | *Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
|---|---|
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl**<br>    Assistant County Attorney<br>wahl@miamidade.gov<br>**Monica Rizo Perez**<br>    Assistant County Attorney<br>rizo@miamidade.gov<br>**David M. Murry**<br>    Assistant County Attorney<br>DMMurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida  33128<br>Telephone:  (305) 375-5151<br>Victor.Rodriguez3@miamidade.gov<br>Madalis.Gonzalez@miamidade.gov<br>KGriffin@FlyMIA.com<br><br>*Counsel for Miami-Dade County* | **Todd R. Friedman, Esq.**<br>todd@toddfriedmanpa.com<br>TODD R. FRIEDMAN, P.A.<br>1101 Brickell Avenue<br>Suite S-700<br>Miami, Florida 33131<br>Telephone:  (786) 536-7190<br><br>*Counsel for The Miccosukee Tribe of Indians* |