UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

_____/

**DEFENDANT FDEM'S PRELIMINARY
WITNESS AND EXHIBIT LIST FOR AUGUST 6, 2025 HEARING**

Defendant FDEM, by and through undersigned counsel, and pursuant to the Court's Omnibus Order (Doc. 73), hereby files its Preliminary Witness and Exhibit List for the August 6, 2025 Hearing. The witnesses and exhibits identified below are preliminarily designated and FDEM reserves the ability to supplement this information:

**EXHIBIT LIST**

| | |
|---|---|
| Ex. 1 | Map of Utilized Area of Dade-Collier Training and Transition Airport |
| Ex. 2 | Jan. 17, 2025 Letter from Service to Colonel B. Bowman |
| Ex. 3 | TDF Waste Management Plan Overview |
| Ex. 4 | Mar. 19, 2019 Bat Study |
| Ex. 5 | Rare Snake Sightings |
| Ex. 6 | E.O. 25-120 |
| Ex. 7 | E.O. 23-03 |

1

| Ex. 8  | Jul. 10, 2025 X post of @billmelugin_ |
|--------|----------------------------------------|
| Ex. 9  | Jul. 10, 2025 X post of @billmelugin_ |
| Ex. 10 | Jul. 10, 2025 X post of @billmelugin_ |
| Ex. 11 | Airport Schematic |
| Ex. 12 | Google Earth Imagery of Pre-Construction |
| Ex. 13 | Aerial View of Parking Lot Plat |
| Ex. 14 | Flight Logs from Jan. 1, 2025 to July 23, 2025 |
| Ex. 15 | Picture of New Main Roads |
| Ex. 16 | Picture of Main Gate Fence |
| Ex. 17 | Tent Expansion Area Satellite Image from 2024 |
| Ex. 18 | Picture of Standard Fence |
| Ex. 19 | Picture of West Side Gate Fence |
| Ex. 20 | Picture of Additional Fencing |
| Ex. 21 | Picture of North Side Gate Fence |
| Ex. 22 | July 22, 2025 Soil Survey |
| Ex. 23 | Aerial of Silt Fencing |
| Ex. 24 | Memo. of Agreement between ICE and DHS (Feb. 13, 2025) |
| Ex. 25 | June 23, 2025 Letter from K. Guthrie to Hon. Daniella Levine Cava |
| Ex. 26 | Picture of Fence 2011 |
| Ex. 27 | Picture of Gate 2011 |
| Ex. 28 | Memo. of Agreement between ICE and FHP (Feb. 7, 2025) |
| Ex. 29 | Aerial of Full Airport |

| Ex. 30 | Decl. of T. Giles (July 2, 2025) |
|---|---|
| Ex. 31 | Decl. of I. Gadea-Gudicelli (July 21, 2025) |
| Ex. 32 | Decl. of I. Gadea-Gudicelli (Aug. 2, 2025) |
| Ex. 33 | Aerial of Mid-Airport Area |
| Ex. 34 | Aerial of Parking Lot Area |
| Ex. 35 | Phase One Overviews – Site Plans |
| Ex. 36 | Picture of TNT Gate |
| Ex. 37 | Picture of Gate |
| Ex. 38 | Picture of Fencing (1) |
| Ex. 39 | Picture of Fencing (2) |
| Ex. 40 | Picture of Fencing (3) |
| Ex. 41 | Picture of Fencing (4) |
| Ex. 42 | Picture of Fencing (5) |
| Ex. 43 | Picture of Fencing (6) |
| Ex. 44 | Decl. of D. Richardson (July 2, 2025) |
| Ex. 45 | Zoom In of Panther Telemetry |
| Ex. 46 | Zoom Out of Panther Telemetry |
| Ex. 47 | Site Plan Overview |
| Ex. 48 | Aerial of Taxiway Area |
| Ex. 49 | Aerial of Turnaround Area |
| Ex. 50 | Aerial of West Service Road Area |
| Ex. 51 | Aerial of West Service Road Extensions |

| Ex. 52 | Aerial of Y Split Area (Zoomed In) |
|---|---|
| Ex. 53 | Aerial of Y Split Area (Zoomed Out) |
| Ex. 54 | *Eve Samples: Who I am and what I believe in* (Jan. 6, 2017), https://www.tcpalm.com/story/opinion/columnists/eve-samples/2017/01/06/eve-samples-who-am-and-what-believe/96217292/ |
| Ex. 55 | *Trump Administration Denies Protection to Six More Imperiled Species Trump on Track for Worst Presidential Record on Endangered Species Listings* (Aug. 14, 2019), https://biologicaldiversity.org/w/news/press-releases/trump-administration-denies-protection-six-more-imperiled-species-2019-08-14/ |
| Ex. 56 | Friends of the Everglades Board of Directors, https://www.everglades.org/board-of-directors-staff/ |
| Ex. 57 | Kautz 2025 - Impacts of the Big Cypress Detention Center on the Florida Panther and Its Habitat |
| Ex. 58 | Kautz, R. S., et al. 2006. How much is enough? Landscape-scale conservation for the Florida panther. Biological Conservation 130:118–133. |
| Ex. 59 | Memo. from T. Roberts to C. Rodriguez re Everglades Detention Center Preliminary Ecological Assessment (Aug. 4, 2025) |
|  | All exhibits listed by any other party |
|  | All documents used only for impeachment |

## **WITNESS LIST**

| 1 | Ian Gadea-Guidicelli |
|---|---|
| 2 | Dave Kerner |
|  | Any witness disclosed by another party |

| | |
|---|---|
| Dated: August 4, 2025 | Respectfully submitted, |

| | |
|---|---|
| James Uthmeier | s/ *Jesse Panuccio* |
|   *Attorney General of Florida* | Jesse Panuccio (FBN 31401) |
| Jeffrey Paul DeSousa (FBN 110951) | Evan Ezray (FBN 1008228) |
|   *Acting Solicitor General* | David Costello (FBN 1004952) |
| Nathan A. Forrester (FBN 1045107) | **BOIES SCHILLER FLEXNER LLP** |
|   *Chief Deputy Solicitor General* | 401 East Las Olas Blvd., Suite 1200 |
| Robert S. Schenck (FBN 1044532) | Fort Lauderdale, Florida 33301 |
|   *Assistant Solicitor General* | jpanuccio@bsfllp.com |
| **Office of the Attorney General** | |
| The Capitol, PL-01 | |
| Tallahassee, FL 32399 | |
| jeffrey.desousa@myfloridalegal.com | *Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* |

**CERTIFICATE OF SERVICE**

I certify that on August 4, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

/s/ Jesse Panuccio