UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., et al.

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

_____

**FEDERAL DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Federal Defendants hereby file their Preliminary Witness and Exhibit List for the evidentiary hearing on August 6, 2025. Federal Defendants preliminarily designate the witnesses and exhibits identified below, but reserve the right to supplement this information in advance of the hearing.

**PRELIMINARY WITNESS LIST**

| | |
|---|---|
| 1 | Santiago Fuentes, Assistant Field Office Director, U.S. Immigration and Customs Enforcement |
| 2 | Any witnesses listed by Plaintiffs |
| 3 | Any witnesses listed by Plaintiff-Intervenor (Miccosukee Tribe of Indians of Florida) |
| 4 | Any and all witnesses identified by Defendant Guthrie |

**PRELIMINARY EXHIBIT LIST**

| | |
|---|---|
| 1 | Karolina Zielinska-Dabkowska and Kyra Xavia, *Global Approaches to Reduce Light Pollution from Media Architecture and Non-Static, Self-Luminous LED Displays for Mixed-Use Urban Developments*, SUSTAINABILITY (June 22, 2019) |
| 2 | Susan Mander, et al., *How to Measure Light Pollution—A systematic review of methods and applications*, ELSEVIER (Feb. 17, 2023) |

| 3 | Memorandum of Agreement between DHS and Florida Department of Law Enforcement |
| 4 | Any and all documents identified by Plaintiffs |
| 5 | Any and all documents identified by The Miccosukee Tribe of Indians |
| 6 | Any and all documents identified by Defendant Guthrie |

Respectfully submitted on August 4, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

*s/   Marissa Piropato*
MARISSA A. PIROPATO
Deputy Section Chief
HAYLEY A. CARPENTER
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0470 (Piropato)
(202) 305-0242 (Carpenter)
Marissa.piropato@usdoj.gov@usdoj.gov
Hayley.carpenter@usdoj.gov

*Counsel for Kristi Noem, in her official capacity as Director of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*

2