| | |
|---|---|
| **From:** | Yvette Van Bylevelt |
| **To:** | nathan.forrester@myfloridalegal.com; robert.schenck@myfloridalegal.com; jenna.hodges@myfloridalegal.com; jeffrey.desousa@myfloridalegal.com; eezray@bsfllp.com; dcostello@bsfllp.com; jpanuccio@BSFLLP.com; ftleserve@bsfllp.com; dficarelli@bsfllp.com; wahl@miamidade.gov; rizo@miamidade.gov; victor.rodriguez3@miamidade.gov; Madalis.Gonzalez@miamidade.gov; DMMurray@FlyMIA.com; KGriffin@FlyMIA.com; carlos.raurell@usdoj.gov; melissa.Jiminson@usdoj.gov; hayley.carpenter@usdoj.gov; mairssa.piropato@usdoj.gov; adam.gustafson@usdoj.gov; todd@toddfriedmanpa.com; chris@ajizianlaw.com |
| **Cc:** | EBennett@biologicaldiversity.org; jtotoiu@biologicaldiversity.org; acoe@earthjustice.org; tgalloni@earthjustice.org; dburkhardt@earthjustice.org; acorrea@earthjustice.org; kstandridge@earthjustice.org; ruhland@earthjustice.org; dmcmanamon@earthjustice.org |
| **Subject:** | Friends of the Everglades v Noem \| attached is Mike Radford"s (SCS Engineers) resume |
| **Date:** | Thursday, August 7, 2025 12:03:40 PM |
| **Attachments:** | Radford_Mike_resume.pdf |

Good afternoon,

Attached please find Mike Radford's (SCS Engineers) resume.

Yvette Van Bylevelt
*Legal assistant to Paul J. Schwiep and Melissa J. Jacobs*
COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T. 305-858-2900
F. 305-858-5261
www.coffeyburlington.com

CONFIDENTIALITY NOTE:   This electronic message transmission contains information from the law firm of Coffey Burlington, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

Exhibit 1