# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

FRIENDS OF THE EVERGLADES, INC., a Florida 501(c)(3) not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

    Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the FLORIDA DIVISION OF EMERGENCY MANAGEMENT; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

    Defendants,

and

THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,

    Intervenor-Plaintiff.

CASE NO. 25-CV-22896-KMW

_____/

## **MICCOSUKEE TRIBE'S CORRECTED SUPPLEMENTAL EXHIBIT LIST**

Plaintiff-Intervenor The Miccosukee Tribe of Indians of Florida submits the following corrected[1] supplemental exhibit list in advance of the Court reconvening the hearing on Plaintiffs Friends of the Everglades, Inc.'s and Center for Biological Diversity's (together, "Plaintiffs") Expedited Motion for Temporary Restraining Order and Preliminary Injunction (D.E. 5).

1. Declaration of Kevin Donaldson
2. Declaration of Amy Castaneda
3. Declaration of Marcel Bozas
4. Declaration of Jason Daniel
5. Declaration of Melany Flint
6. Map of Indian Villages on U.S. 41
7. Miccosukee Tribe of Indians of Florida Tribal Site Map
8. Water Flow Map - Natural System Regional Simulation Model, South Florida Water Management District
9. Measuring Light along Old Tamiami Trail, July 30, 2025
10. Big Cypress National Preserve: Final Backcountry Access Plan / Wilderness Study / Final Environmental Impact Statement, November 2024
11. David Goodhue, "Man escapes from Krome Detention Center, police say, Search teams swam South Miami-Dade," Miami Herald, August 22, 2024, available at https://www.miamiherald.com/news/local/community/miami-dade/article291293850.html
12. The White House, "President Trump Arrives Dade-Collier Training and Transitional Airport, July 01, 2025," July 1, 2025, available at https://www.whitehouse.gov/videos/president-trump-arrives-dade-collier-training-and-transition-airport-july-01-2025/
13. The White House, "President Trump Participates in a Guided Walking Tour of Alligator Alcatraz – Part 1," July 1, 2025, available at https://www.whitehouse.gov/videos/president-trump-participates-in-a-guided-walking-tour-of-alligator-alcatraz-part-1/
14. The White House, "President Trump Participates in a Guided Walking Tour of Alligator Alcatraz – Part 2," July 1, 2025, available at https://www.whitehouse.gov/videos/president-trump-participates-in-a-guided-walking-tour-of-alligator-alcatraz-part-2/
15. Fox 5 Atlanta, "WATCH LIVE: President Trump visits 'Alligator Alcatraz' ICE detention center in Florida," July 1, 2025, available at https://www.youtube.com/watch?v=IUOYJxklevg.
16. All exhibits listed on any Plaintiffs' or Defendants' exhibit lists
17. All documents filed in the docket in the above-reference action.
18. The Tribe reserves the right to amend or supplement this exhibit list and reserve the right to object to any of the parties' exhibits.

---

[1] The Tribe submits this Corrected Supplemental Exhibit List to correct the inadvertent omission of Appendix C, Parts 1 and 2, from Exhibit 19.

**Corrected Supplemental Exhibits**

19. Comprehensive Everglades Restoration Plan, Western Everglades Restoration Project, Final Integrated Project Implementation Report and Environmental Impact Statement; U.S. Army Corps of Engineers and South Florida Water Management District; Sept. 2024.
20. Collier County Right of Way, Sign & Well Permit Application Status re Application No. PRWL20250732422 and all Documents and Images associated with same.
21. DHS Instruction Manual 023-01-001-01, Rev. 01, *Implementation of the National Environmental Policy Act (NEPA)*
22. Appendix C, part 1, Comprehensive Everglades Restoration Plan, Western Everglades Restoration Project, Final Integrated Project Implementation Report and Environmental Impact Statement; U.S. Army Corps of Engineers and South Florida Water Management District; Sept. 2024.
23. Appendix C, part 2, Comprehensive Everglades Restoration Plan, Western Everglades Restoration Project, Final Integrated Project Implementation Report and Environmental Impact Statement; U.S. Army Corps of Engineers and South Florida Water Management District; Sept. 2024.

Dated: August 10, 2025                                    Respectfully submitted,

**CHRISTOPHER AJIZIAN, P.A.**
By: /s/ *Christopher Ajizian*
Christopher Ajizian, Esq.
Florida Bar No. 1010170
chris@ajizianlaw.com
1101 Brickell Avenue
Suite S-700
Miami, FL 33131
Tel: (305) 699-5001

-and-

**TODD R. FRIEDMAN, P.A.**
Todd R. Friedman, Esq.
Fla. Bar No. 97919
1101 Brickell Avenue
Suite S-700
Miami, Florida 33131
786-536-7190
todd@toddfriedmanpa.com

*Counsel for The Miccosukee Tribe of Indians of Florida*

**CERTIFICATE OF SERVICE**

      I certify that on August 10, 2025 a true and correct copy of the foregoing was filed via the Court's CM/ECF filing system and thereby served on counsel of record.

By: <u>/s/ *Christopher Ajizian*</u>  
Christopher Ajizian
