**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

        Intervenor/Plaintiff.

**PLAINTIFFS' SUPPLEMENT[1] TO CROSS-EXAM EXHIBIT LIST**
**FOR AUGUST 12, 2025 HEARING**

On Monday August 4, 2025, Defendants Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security and Todd Lyons, in his official capacity as Acting Director of the United States Immigration And Customs Enforcement (the

---

[1] This list supplements the list identified in Plaintiff's Cross-Exam Exhibit List filed on Friday, August 8, 2025 (D.E. 108) and adds thirteen additional items that Plaintiffs may use in cross-examining Defendants witnesses. Plaintiffs' Preliminary Witness and Exhibit List (D.E. 81), filed on Friday, August 1, included as a catch all impeachment materials. Defendants disclosed their witnesses on Monday, August 4. (D.E. 91 and 90). These "cross-examination" exhibits are listed to provide Defendants notice of exhibits that Plaintiffs may use in cross-examining Defendants' witnesses, and could not have been identified before Defendants identified the witnesses they intended to call.

"Federal Defendants") and Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management ("FDEM") disclosed three witnesses they intend to call in this matter. Plaintiffs, through undersigned counsel, hereby supplements their Cross-Exam Exhibit List (DE 108) to identify exhibits that may be used to cross Defendants' witnesses when the Injunction Hearing resumes on August 12, 2025. Plaintiffs reserve the right to add exhibits depending on the substance of the witnesses' testimony, and to provide rebuttal evidence:

## CROSS-EXAM EXHIBIT LIST (DISCLOSED FRIDAY, AUGUST 8

| | | |
|---|---|---|
| 98 | Florida State of Emergency Response Team (SERT) South Florida Detention Facility Continuity of Operations Plan | |
| 99 | Resume of Mike Radford, PE (SEC Engineers, Dillon Reio's colleague) | |
| 100 | 2015.05.18 Miami-Dade County, Miami International Airport – Miami Dade Aviation Department – Operational Directive No. 15-02, effective June 2, 2025 (Purpose: To establish policy and procedures regarding the use of the Dade-Collier Training & Transition Airport (TNT)) | |
| 101 | Noem image – "over 10 miles of Everglades on all sides of facility" IMG_1076 | |
| 102 | "Operations at [the Facility] are ongoing and deportations continuing," @GovRonDesantis, X (8/7/25 4:53 P.M.) | |
| 103 | Photographs of new fencing on access road | |
| 104 | August 7, 2025 Statement of Miami-Dade County Mayor Daniella Levine Cava | |
| 105 | Link to July 25, 2025 press conference, "Deportation flights from Florida's 'Alligator Alcatraz' detention center have begun, DeSantis says," https://www.wilx.com/2025/07/25/deportation-flights-floridas-alligator-alcatraz-detention-center-have-begun-desantis-says/ | |
| 106 | Stephen Miller, White House Deputy Chief of Staff for Policy and Homeland Security Advisor, July 16, 2025 Fox News interview, https://url.us.m.mimecastprotect.com/s/fPTWC68pgltYMk4fpfYi5iUWc?domain=x.com | |
| 107 | SERT Order No. PO-010162 ($1,180,000) | IRG Global EM | |
| 108 | SERT Order No. PO-010177 ($325,800) | Innovative EM | |
| 109 | PO-010174 ($380,000) | AC Disaster | |
| 110 | SERT Order No. PO-010181 ($25,594) | Trulight LLC | |

| | | |
|---|---|---|
| 111 | SERT Order No. PO-010182 ($15,699.35) | CDW Government | |
| 112 | SERT Order No. PO-010183 ($3,358,700) | Granny's Alliance | |
| 113 | SERT Order No. PO-010201 ($24,740) | WeatherSTEM Inc. | |
| 114 | SERT Order No. PO-010199 ($848,420.22) | Public Safety Solutions | |
| 115 | SERT Order No. PO-010200 ($47,730) | Williams Communications | |
| 116 | SERT Order No. PO-010198 ($52,010) | Lemoine CDE Logistics | |
| 117 | SERT Order No. PO-010197 ($18,178,796.27) | Lemoine CDE Logistics | |
| 118 | SERT Order No. PO-010195 ($2,905,740) | TNT Transportation | |
| 119 | SERT Order No. PO-010196 ($2,248,540) | IRG Global Emergency | |
| 120 | SERT Order No. PO-010307 ($259,012) | Will-Burt Integration & Elevation | |
| 121 | SERT Order No. PO-010306 ($499,869.60) | Baker's Communications | |
| 122 | SERT Order No. PO-010305 ($245,141.04) | Williams Communications | |
| 123 | SERT Order No. PO-010304 ($27,865) | Motorola Solutions, Inc. | |
| 124 | SERT Order No. PO-010303 ($2,192) | Motorola Solutions, Inc. | |
| 125 | SERT Order No. PO-010302 ($128,132.40) | CDW Government LLC | |
| 126 | SERT Order No. PO-010326 ($36,848,875) | LTS, Inc. | |
| 127 | Photo of black temporary silt fencing - 2025-07-25 | |
| 128 | FDHSMV Facebook Post, April 9, 2025<br>https://www.facebook.com/FLHSMV/posts/today-the-florida-highway-patrol-reaches-a-new-milestone-as-executive-director-d/1065884665572211/ | |
| 129 | Miami Herald, *Exclusive: Hundreds at Alligator Alcatraz Have No Criminal Charges, Miami Herald Learns,* July 3, 2025, https://www.miamiherald.com/news/local/immigration/article310541810.html | |
| 130 | Miami Herald, *Is your family member or client at Alligator Alcatraz? We obtained a list*, https://www.miamiherald.com/news/local/immigration/article310541770.html#storylink=cpy | |
| 131 | Outside Everglades Detention Center by Carrie Feit Portraits | |
| 132 | Carrie Feit Photo Declaration | |
| 133 | LinkedIn page for Ian-Paul Gadea-Guidicelli, MPA, CEM, FPEM | |
| 134 | Homeland Security "Final Notice and Public Explanation of a Proposed Activity in a 100-Year Floodplain – Dormitory Construction at Immigration and Customs Enforcement Krome Service Processing Center – Miami, Florida | |
| 135 | Texts from Israel O. Herrera, ICE Assistant Field Officer to FDEM re Standards | |

| | |
|---|---|
| | and Compliance Tour Scheduling. |
| 136 | Ralph Arwood - 08-08-2025 KTNT 06 |
| 137 | Ralph Arwood - 08-08-2025 KTNT 15 |
| 138 | Ralph Arwood -08-08-2025 KTNT 17 |
| 139 | Ralph Arwood - 08-08-2025 KTNT 82 |
| 140 | Ralph Arwood - 08-08-2025 KTNT 76 |
| 141 | Ralph Arwood - 08-08-2025 KTNT 79 |
| 142 | Ralph Arwood - 08-08-2025 KTNT 09 |
| 143 | 08.08.2025 Brian Mast letter to Jessica Namath |
| 144 | 08.08.2025 Declaration of Cooper Kass |
| 145 | Ralph Arwood - 08-08-2025 KTNT (Video) |

## SUPPLEMENTAL EXHIBITS

| | |
|---|---|
| 146 | 2025.08.05 Declaration of Joseph Kinnebrew |
| 147 | FDEP - Florida Panther Consultation Area \| Florida Department of Environmental Protection Geospatial Open Data |
| 148 | 2019 ICE OIG Report |
| 149 | 2025 State Immigration Council Agenda |
| 150 | A look at Florida's immigration arrest numbers in 2025 _ WUSF |
| 151 | Baker County IGSA |
| 152 | DOC Addendum ACLU Case |
| 153 | Final Environmental Assessment for the Proposed Contract Detention Facility in the Houston, Texas Area of Operations |
| 154 | Final Notice and Public Explanation of a Proposed Activity - Krome _ Homeland Security |
| 155 | Glades IGSA |
| 156 | Matt Luchins Declaration |
| 157 | Venezuelan influencer Luis Frio faints in Alligator Alcatraz – NBC 6 South Florida |
| 158 | 2025.08.11 Declaration of Miranda Daviduk |

Dated: August 11, 2025

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida  33137<br>Telephone:  (305) 440-5432 | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900 |
| By:     s/   Tania Galloni<br>    Tania Galloni, Fla. Bar No. 619221<br>    tgalloni@earthjustice.org<br>    Dominique Burkhardt, Fla. Bar No. 100309<br>    dburkhardt@earthjustice.org<br>    Alisa Coe, Fla. Bar No. 10187<br>    acoe@earthjustice.org | By:     s/   Paul J. Schwiep<br>    Paul J. Schwiep, Fla. Bar No. 823244<br>    PSchwiep@CoffeyBurlington.com<br>    Scott Hiaasen, Fla. Bar No. 103318<br>    SHiaasen@CoffeyBurlington.com<br>    YVB@CoffeyBurlington.com<br>    LPerez@CoffeyBurlington.com<br>    service@CoffeyBurlington.com |
| *Counsel for Friends of the Everglades* | *Counsel for Plaintiffs* |

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Center for Biological Diversity*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

    s/   Paul J. Schwiep

| Service List ||
|---|---|
| **Nathan A. Forrester**<br>    Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>    Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida  32399-1050<br>Telephone:  (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br>_____<br><br>Boies Schiller Flexner LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>**David Costello, Esq.**<br>dcostello@bsfllp.com<br>**Dante C. Ficarelli, Esq.** *(pro hac vice* pending)<br>dficarelli@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br>jpanuccio@BSFLLP.com<br>ftleserve@bsfllp.com<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>    Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida  33132<br>Telephone:  (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br>_____<br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>    United States Department of Justice<br>**Peter M. Torstensen, Jr.**<br>    Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>    United States Department of Justice<br>**Hayley A. Carpenter**<br>    Trial Attorney<br>hayley.carpenter@usdoj.gov<br>**Marissa Piropato**<br>    Deputy Chief<br>mairssa.piropato@usdoj.gov<br>Natural Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  (202) 305-0242<br><br>*Counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl**<br>    Assistant County Attorney<br>wahl@miamidade.gov<br>**Monica Rizo Perez** | **Todd R. Friedman, Esq.**<br>todd@toddfriedmanpa.com<br>TODD R. FRIEDMAN, P.A.<br>1101 Brickell Avenue, Suite S-700<br>Miami, Florida 33131<br>Telephone:  (786) 536-7190 |

| | |
|---|---|
| Assistant County Attorney<br>rizo@miamidade.gov<br>**David M. Murry**<br>    Assistant County Attorney<br>DMMurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida  33128<br>Telephone:  (305) 375-5151<br>Victor.Rodriguez3@miamidade.gov<br>Madalis.Gonzalez@miamidade.gov<br>KGriffin@FlyMIA.com<br><br>*Counsel for Miami-Dade County* | **Christopher Ajizian, Esq.**<br>chris@ajizianlaw.com<br>CHRISTOPHER AJIZIAN, P.A.<br>1101 Brickell Avenue, Suite S-700<br>Miami, Florida  33131<br>Telephone:  (305) 699-5001<br><br>*Counsel for The Miccosukee Tribe of Indians* |