# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

_____/

## DEFENDANT FDEM'S PRELIMINARY SUPPLEMENTAL EXHIBIT LIST FOR AUGUST 12, 2025 HEARING

Defendant FDEM, by and through undersigned counsel, and pursuant to the Court's Omnibus Order (DE 73), hereby files its Preliminary Supplemental Exhibit List for the August 12, 2025 Hearing. The exhibits identified below are preliminarily designated and FDEM reserves the ability to supplement this information:

### EXHIBIT LIST

| | |
|---|---|
| Ex. 60 | Declaration of I. Gadea-Guidicelli (Aug. 11, 2025) |
| Ex. 61 | Declaration of D. Kerner (Aug. 11, 2025) |
| Ex. 62 | Declaration of M. Moore (Aug. 11, 2025) |
| Ex. 63 | Declaration of J. Kinnebrew (Aug. 6, 2025) |
| Ex. 64 | Picture of Roadway |

Dated: August 12, 2025

James Uthmeier
  *Attorney General of Florida*

Respectfully submitted,

s/ *Jesse Panuccio*
Jesse Panuccio (FBN 31401)

1

| | |
|---|---|
| Jeffrey Paul DeSousa (FBN 110951)<br>　*Acting Solicitor General*<br>Nathan A. Forrester (FBN 1045107)<br>　*Chief Deputy Solicitor General*<br>Robert S. Schenck (FBN 1044532)<br>　*Assistant Solicitor General*<br>**Office of the Attorney General**<br>The Capitol, PL-01<br>Tallahassee, FL 32399<br>jeffrey.desousa@myfloridalegal.com | Evan Ezray (FBN 1008228)<br>David Costello (FBN 1004952)<br>**BOIES SCHILLER FLEXNER LLP**<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, Florida 33301<br>jpanuccio@bsfllp.com<br><br>*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* |

2

## CERTIFICATE OF SERVICE

I certify that on August 12, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Jesse Panuccio*
Jesse Panuccio
