IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22896-KMW

| | |
|---|---|
| FRIENDS OF THE EVERGLADES, INC., *et al.* | |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.* | |
| Defendants. | |

**FEDERAL DEFENDANTS'**
**PRELIMINARY SUPPLEMENTAL EXHIBIT LIST FOR AUGUST 12, 2025, HEARING**

Federal Defendants, by and through their undersigned counsel, and pursuant to the Court's Omnibus Order (DE 73), hereby files a corrected Preliminary Supplemental Exhibit List for the August 12, 2025, Hearing. The exhibit identified below, and attached hereto, is a corrected copy of the declaration filed earlier today. The only change in the document is that the attached copy is signed. This exhibit is preliminary designated and Federal Defendants reserve the ability to supplement this information:

| Ex. 7 | Corrected Declaration of Santiago Fuentes (August 12, 2025) |
|---|---|

Respectfully submitted on August 12, 2025,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        PETER M. TORSTENSEN, JR.
        Deputy Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        By   /s/ Marissa A. Piropato
        MARISSA A. PIROPATO (NY Bar No. 651630)
        Deputy Chief
        Natural Resources Section
        Environment & Natural Resources Division
        United States Department of Justice
        Ben Franklin Station
        Post Office Box 7611
        Washington, D.C. 20044-7611
        Tel: 202.532-3182
        E-mail: marissa.piropato@usdoj.gov

        *Counsel for Kristi Noem, in her official capacity as Director of Homeland. Security; and Todd Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*

## CERTIFICATE OF SERVICE

      I certify that on August 12, 2025, I electronically filed this document with the Clerk of Court using the court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

By  */s/ Marissa A. Piropato*
MARISSA. A PIROPATO