**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

**<u>SUPPLEMENTAL DECLARATION OF IAN GADEA-GUIDICELLI</u>**

I, Ian Gadea-Guidicelli, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and review of the relevant records. If called as a witness, I could and would competently testify to the matters set forth herein.

1. Due to a miscommunication with counsel for FDEM, I was under the impression when I reviewed my August 11 declaration that the images that would be attached as Exhibits 5 and 11 would be from a series of images taken by me of the fence line. Because I believed Exhibits 5 and 11 reflected pictures I had taken, I declared the images in the exhibits were taken by me.

2. I have since been made aware that in assembling the declaration for filing, counsel for FDEM mistakenly attached as Exhibit 5 Google Earth images that had been included on FDEM's exhibit list and mistakenly attached as Exhibit 11 an image of the fence line taken by my staff at my direction. While those images were not taken by me, they reflect the fence line at the property as I have personally witnessed it.

Executed on August 13, 2025, in Tallahassee, Florida.

_____
Ian Gadea-Guidicelli, SERT Chief