**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22896-KMW**

| | |
|---|---|
| FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,<br><br>   Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,<br><br>   Defendants.<br><br>and<br><br>THE MICCOSUKEE TRIBE OF INDIANS,<br><br>   Intervenor/Plaintiff. | PRESIDING JUDGE:<br> Hon. Katheleen M. Williams<br><br><br><br>COURT REPORTER:<br> Patricia Diaz<br><br><br>HEARING DATES:<br> July 30, 2025  (Venue)<br> August 6, 2025<br> August 7, 2025<br> August 12, 2025<br> August 13, 2025 (closing) |

**PLAINTIFFS' AND INTERVERNOR/PLAINTIFF'S
<u>FINAL LIST OF ADMITTED EXHIBITS</u>**

  Plaintiffs and Intervenor/Plaintiffs hereby submit the final list of admitted exhibits. This list has been provided to counsel for Defendants prior to filing and counsel for Defendants do not contest its accuracy.

| **PLAINTIFF'S ADMITTED EXHIBITS** | |
|---|---|
| Pl Ex 1 | DE 5-1 Declaration of Eve Samples |
| Pl Ex 2 | DE 5-2 Declaration of Tierra Curry |
| Pl Ex 3 | DE 5-3 Declaration of Amber Crooks |
| Pl Ex 4 | DE 16-1 Declaration of Keith Pruett |
| Pl Ex 5 | DE 21-1 Declaration of Thomas P. Giles |
| Pl Ex 6 | DE 21-2 Declaration of David Richardson |
| Pl Ex 7 | DE 24-1 Florida Immigration Enforcement Operations Plan |
| Pl Ex 9 | DE 24-3 Memorandum of Agreement between DHS and FNG |
| Pl Ex 10 | DE 24-4 Declaration of Betty Osceola |
| Pl Ex 11 | DE 24-5 Declaration of Ra Schooley and Laura Reynolds |
| Pl Ex 13 | DE 26-1 Declaration of Ralph Arwood |
| Pl Ex 14 | DE 27-1 Declaration of Christopher W. McVoy, Ph.D |
| Pl Ex 18 | DE 49-1 Declaration of Christopher W. McVoy, Ph.D. |
| Pl Ex 19 | DE 34-1 Declaration of Dr. Anna V. Eskamani[1] |
| Pl Ex 22 | DE 38-4 Brief Analysis Assertion Pre-Existing Cement Pad Underlying Newly Asphalted Jetport Site |
| Pl Ex 23 | Christopher W. McVoy - CV |
| Pl Ex 24 | DE 38-5 (Appendix C) TDF Waste Management Plan Overview |
| Pl Ex 25 | DE 38-6 (Appendix D) Randy S. Kautz Panther Report |
| Pl Ex 26 | DE 38-7 (Appendix E) Randy S. Kautz CV |
| Pl Ex 31 | DE 50-1 Declaration of Ian Gadea-Guidicelli |
| Pl Ex 33 | TNT OPERATIONS DATA FROM 1-1-2020 - 12-31-2024 (ARRIVALS & DEPART) |
| Pl Ex 34 | WERP map |
| Pl Ex 39 | Dillon Reio Resume |
| Pl Ex 43 | South Florida Detention Facility Continuity of Operations (Alligator Alcatraz hurricane plan) |
| Pl Ex 44 | Declaration of Miranda Daviduk |
| Pl Ex 45 | Kristi Noem Sends Direct Message to Illegal Immigrants |
| Pl Ex 47 | 2025.06.23_DLC FDEM Letter Response Final |
| Pl Ex 48 | 2025.07.07_DLC Letter to AG for Oversight & Compliance |
| Pl Ex 49 | 2025.07.10 Letter to FL DEM for Oversight & Compliance |
| Pl Ex 51 | FDEM DLC - LOI to Utilize TNT |
| Pl Ex 52 | Letter of Intent to Purchase TNT |
| Pl Ex 53 | photo construction vehicles at TNT |
| Pl Ex 54 | photo construction vehicles at TNT |
| Pl Ex 55 | photo construction vehicles at TNT |
| Pl Ex 56 | photo construction vehicles at TNT |
| Pl Ex 58 | 2025.07.25 - DE 61-2 Req for Immediate Access & Oversight Authority – Training & Transition Site |
| Pl Ex 59 | Video clip of DHS vehicles at TNT site |

---

[1] Per 8/6/25 hr'g tr. at 117:14-118:11, the Court admitted PX 19 but excised paragraph 12.

| | |
|---|---|
| Pl Ex 60 | Todd Lyons CBS Face the Nation (admitted by reference through the admission of Pls Ex 144 – Declaration of Cooper Cass) |
| Pl Ex 61 | Garrett Ripia ICE Field director (admitted by reference through the admission of Pls Ex 144 – Declaration of Cooper Cass) |
| Pl Ex 63 | Kristi Noem press conference (admitted by reference through the admission of Pls Ex 144 – Declaration of Cooper Cass) |
| Pl Ex 64 | Kristi Noem Fox News (admitted by reference through the admission of Pls Ex 144 – Declaration of Cooper Cass) |
| Pl Ex 65 | Vehicles and trucks at TNT site |
| Pl Ex 79 | Expert Disclosure Report - Dillon N. Reio, P.G. |
| Pl Ex 81 | RA - July 18, 2025, Video KTNT 07-18-2025 01 |
| Pl Ex 82 | Analysis of New Paving at the Dade Collier TNT Airport - McVoy |
| Pl Ex 83 | Dade-Collier Airport (Jetport) in Context of WERP |
| Pl Ex 85 | Tour of Detention Center - McVoy – 6-28-2025 |
| Pl Ex 87 | DE 80-1 Declaration of Curt Bradley |
| Pl Ex 88 | Map of Big Cypress Wildlife Management Area (4 Hunt map units) |
| Pl Ex 89 | Soil Profile - Dade Collier Training |
| Pl Ex 90 | 2025.06.30 TNT Dade-Collier Airport - Full Civil Updated Set |
| Pl Ex 91 | 2025.07.07 TNT Dade-Collier Airport - Full Civil Set |
| Pl Ex 92 | 2025.07.08 – Rev - TNT Dade-Collier Airport - Full Civil Set |
| Pl Ex 93 | 050713-17 - ComplianceEngHistory 658820 |
| Pl Ex 94 | 080428-16 - Exhibits 432584 |
| Pl Ex 98 | Draft-COOP-Redacted  (Fla State of Emergency Response Team (SERT) - So Fla Detention Facility Continuity of Operations Plan) |
| Pl Ex 99 | Resume of Mike Radford, PE (SEC Engineers, Dillon Reio's colleague) |
| Pl Ex 100 | MDC-Aviation Dept-Operational Directive No 15-02 (effec 06.02.15) Dade-Collier Training & Transition Airport |
| Pl Ex 101 | Noem image – "over 10 miles of Everglades on all sides of facility" |
| Pl Ex 102 | GovRonDesantis X post "Operations at [the Facility] are ongoing and deportations continuing" |
| Pl Ex 103 | Photographs of new fencing on access road |
| Pl Ex 104 | August 7, 2025 Statement of Miami-Dade County Mayor Daniella Levine Cava |
| Pl Ex 105 | PC deportation flights from Florida's 'Alligator Alcatraz |
| Pl Ex 106 | Stephen Miller, White House Fox News interview |
| Pl Ex 107 | SERT Order No. PO-010162 ($1,180,000) | IRG Global EM |
| Pl Ex 108 | SERT Order No. PO-010177 ($325,800) | Innovative EM |
| Pl Ex 109 | PO-010174 ($380,000) | AC Disaster |
| Pl Ex 110 | SERT Order No. PO-010181 ($25,594) | Trulight LLC |
| Pl Ex 111 | SERT Order No. PO-010182 ($15,699.35) | CDW Government |
| Pl Ex 112 | SERT Order No. PO-010183 ($3,358,700) | Granny's Alliance |
| Pl Ex 113 | SERT Order No. PO-010201 ($24,740) | WeatherSTEM Inc. |
| Pl Ex 114 | SERT Order No. PO-010199 ($848,420.22)  | Public Safety Solutions |
| Pl Ex 115 | SERT Order No. PO-010200 ($47,730) | Williams Communications |
| Pl Ex 116 | SERT Order No. PO-010198 ($52,010) | Lemoine CDE Logistics |
| Pl Ex 117 | SERT Order No. PO-010197 ($18,178,796.27) | Lemoine CDE Logistics |

| | |
|---|---|
| Pl Ex 118 | SERT Order No. PO-010195 ($2,905,740) \| TNT Transportation |
| Pl Ex 119 | SERT Order No. PO-010196 ($2,248,540) \| IRG Global Emergency |
| Pl Ex 120 | SERT Order No. PO-010307 ($259,012) \| Will-Burt Integration & Elevation |
| Pl Ex 121 | SERT Order No. PO-010306 ($499,869.60) \| Baker's Communications |
| Pl Ex 122 | SERT Order No. PO-010305 ($245,141.04) \| Williams Communications |
| Pl Ex 123 | SERT Order No. PO-010304 ($27,865) \| Motorola Solutions, Inc. |
| Pl Ex 124 | SERT Order No. PO-010303 ($2,192) \| Motorola Solutions, Inc. |
| Pl Ex 125 | SERT Order No. PO-010302 ($128,132.40) \| CDW Government LLC |
| Pl Ex 126 | SERT Order No. PO-010326 ($36,848,875) \| LTS, Inc. |
| Pl Ex 127 | Photo of black temporary silt fencing 2025-07-25 |
| Pl Ex 128 | FDHSMV Kerner Facebook Post, April 9, 2025 |
| Pl Ex 129 | Miami Herald, *Exclusive: Hundreds at Alligator Alcatraz Have No Criminal Charges, Miami Herald Learns* |
| Pl Ex 130 | Miami Herald, *Is your family member or client at Alligator Alcatraz?* |
| Pl Ex 131 | Outside Everglades Detention Center by Carrie Feit Portraits |
| Pl Ex 132 | Carrie Feit Declaration |
| Pl Ex 133 | LinkedIn page for Ian-Paul Gadea-Guidicelli, MPA, CEM, FPEM |
| Pl Ex 134 | Homeland Security "Final Notice and Public Explanation of a Proposed Activity in a 100-Year Floodplain – Dormitory Construction at Immigration and Customs Enforcement Krome Service Processing Center – Miami, Florida |
| Pl Ex 135 | Texts from Israel O. Herrera, ICE Assistant Field Officer to FDEM re Standards and Compliance Tour Scheduling. |
| Pl Ex 136 | Ralph Arwood - 08-08-2025 KTNT 06 |
| Pl Ex 137 | Ralph Arwood - 08-08-2025 KTNT 15 |
| Pl Ex 138 | Ralph Arwood -08-08-2025 KTNT 17 |
| Pl Ex 139 | Ralph Arwood - 08-08-2025 KTNT 82 |
| Pl Ex 140 | Ralph Arwood - 08-08-2025 KTNT 76 |
| Pl Ex 141 | Ralph Arwood - 08-08-2025 KTNT 79 |
| Pl Ex 142 | Ralph Arwood - 08-08-2025 KTNT 09 |
| Pl Ex 143 | 08.08.2025 Brian Mast letter to Jessica Namath |
| Pl Ex 144 | 08.08.2025 Declaration of Cooper Kass |
| Pl Ex 145 | Ralph Arwood - 08-08-2025 KTNT (Video) |
| Pl Ex 146 | 2025.08.05 Declaration of Joseph Kinnebrew |
| Pl Ex 147 | FDEP - Florida Panther Consultation Area \| Florida Department of Environmental Protection Geospatial Open Data |
| Pl Ex 148 | 2019 ICE OIG Report |
| Pl Ex 149 | 2025 State Immigration Council Agenda |
| Pl Ex 150 | A look at Florida's immigration arrest numbers in 2025 _ WUSF |
| Pl Ex 151 | Baker County IGSA |
| Pl Ex 152 | DOC Addendum ACLU Case |
| Pl Ex 153 | Final Environmental Assessment for the Proposed Contract Detention Facility in the Houston, Texas Area of Operations |
| Pl Ex 154 | Final Notice and Public Explanation of a Proposed Activity - Krome _ Homeland Security |
| Pl Ex 155 | Glades IGSA |
| Pl Ex 156 | Matt Luchins Declaration |

| | |
|---|---|
| Pl Ex 157 | Venezuelan influencer Luis Frio faints in Alligator Alcatraz – NBC 6 South Florida |
| Pl Ex 158 | 2025.08.11 Declaration of Miranda Daviduk |
| **PLAINTIFF'S INTERVENOR (THE MICCOSUKEE TRIBE) ADMITTED EXHIBITS** | |
| Ex 1 | Declaration of Kevin Donaldson |
| Ex 2 | Declaration of Amy Castaneda[2] |
| Ex 4 | Declaration of Jason Daniel |
| Ex 5 | Declaration of Melany Flint |
| Ex 6 | Tribe Villages Map |
| Ex 7 | Tribal Sites |
| Ex 8 | Water Flow Map |
| Ex 9 | Light Report |
| Ex 10 | Big Cypress National Preserve Backcountry Access Plan (subject to confirmation in transcript) |
| Ex 12 | The White House, President Trump Arrives Dade-Collier Training and Transitional Airport 7-1-25 |
| Ex 13 | The White House, President Trump Participates in a Guided Walking Tour of Alligator Alcatraz Part 1. 7-1-25 (subject to confirmation in transcript) |
| Ex 14 | The White House, President Trump Participates in a Guided Walking Tour of Alligator Alcatraz Part 2. 7-1-25 (subject to confirmation in transcript) |
| Ex 15 | Fox 5 Atlanta, President Trump visits Alligator Alcatraz ICE detention center in Florida 7-1-25 |
| Ex 19 | Comprehensive Everglades Restoration Plan - Western Everglades Restoration Project |
| Ex 20 | Collier County Right of Way, Sign & Well Permit Application Status |
| Ex 21 | DHS Instruction Manual 023-01-001-01 - Implementation of NEPA |
| Ex 22 | Appendix C, part 1, Comprehensive Everglades Restoration Plan, Western Everglades Restoration Project (Pages 209-211, 213-215, 216-219) |
| Ex 23 | Appendix C, part 2, Comprehensive Everglades Restoration Plan, Western Everglades Restoration Project (Pages 193-194) |

Dated:   August 15, 2025

Respectfully submitted,

---

[2] This declaration was provisionally admitted.

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida  33137<br>Telephone:  (305) 440-5432<br><br>By:      s/   Tania Galloni<br>    Tania Galloni, Fla. Bar No. 619221<br>    tgalloni@earthjustice.org<br>    Dominique Burkhardt, Fla. Bar No. 100309<br>    dburkhardt@earthjustice.org<br>    Alisa Coe, Fla. Bar No. 10187<br>    acoe@earthjustice.org<br><br>*Counsel for Friends of the Everglades* | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900<br><br>By:      s/   Paul J. Schwiep<br>    Paul J. Schwiep, Fla. Bar No. 823244<br>    PSchwiep@CoffeyBurlington.com<br>    Scott Hiaasen, Fla. Bar No. 103318<br>    SHiaasen@CoffeyBurlington.com<br>    YVB@CoffeyBurlington.com<br>    LPerez@CoffeyBurlington.com<br>    service@CoffeyBurlington.com<br><br>*Counsel for Plaintiffs* |

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Center for Biological Diversity*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                             s/   Paul J. Schwiep

6

| Service List | |
|---|---|
| **Nathan A. Forrester**<br>   Chief Deputy Solicitor General<br>nathan.forrester@myfloridalegal.com<br>**Robert S. Schenck**<br>   Assistant Solicitor General<br>robert.schenck@myfloridalegal.com<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida  32399-1050<br>Telephone:  (850) 414-3300<br>jenna.hodges@myfloridalegal.com<br>_____<br><br>Boies Schiller Flexner LLP<br>**Jesse Panuccio, Esq.**<br>jpanuccio@bsfllp.com<br>**Evan Ezray, Esq.**<br>eezray@bsfllp.com<br>**David Costello, Esq.**<br>dcostello@bsfllp.com<br>**Dante C. Ficarelli, Esq.** *(pro hac vice* pending)<br>dficarelli@bsfllp.com<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br>jpanuccio@BSFLLP.com<br>ftleserve@bsfllp.com<br><br>*Counsel for Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* | HAYDEN P. O'BYRNE<br>United States Attorney<br>**Carlos J. Raurell**<br>   Assistant U.S. Attorney<br>carlos.raurell@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida  33132<br>Telephone:  (305) 961-9243<br>melissa.Jiminson@usdoj.gov<br>_____<br><br>ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Peter M. Torstensen, Jr.**<br>   Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>   United States Department of Justice<br>**Hayley A. Carpenter**<br>   Trial Attorney<br>hayley.carpenter@usdoj.gov<br>**Marissa Piropato**<br>   Deputy Chief<br>mairssa.piropato@usdoj.gov<br>Natural Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  (202) 305-0242<br><br>*Counsel for Kristi Noem, in her official capacity as Secretary, United States Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement* |
| GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>**Christopher J. Wahl**<br>   Assistant County Attorney<br>wahl@miamidade.gov<br>**Monica Rizo Perez**<br>   Assistant County Attorney | **Todd R. Friedman, Esq.**<br>todd@toddfriedmanpa.com<br>TODD R. FRIEDMAN, P.A.<br>1101 Brickell Avenue, Suite S-700<br>Miami, Florida 33131<br>Telephone:  (786) 536-7190 |

| | |
|---|---|
| rizo@miamidade.gov<br>**David M. Murry**<br>   Assistant County Attorney<br>DMMurray@FlyMIA.com<br>Stephen P. Clark County<br>111 Northwest 1st Street, Suite 2810<br>Miami, Florida  33128<br>Telephone:  (305) 375-5151<br>Victor.Rodriguez3@miamidade.gov<br>Madalis.Gonzalez@miamidade.gov<br>KGriffin@FlyMIA.com<br><br>*Counsel for Miami-Dade County* | **Christopher Ajizian, Esq.**<br>chris@ajizianlaw.com<br>CHRISTOPHER AJIZIAN, P.A.<br>1101 Brickell Avenue, Suite S-700<br>Miami, Florida  33131<br>Telephone:  (305) 699-5001<br><br>*Counsel for The Miccosukee Tribe of Indians* |