UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.
_____/

**DEFENDANTS' FINAL LIST OF ADMITTED EXHIBITS**

State and Federal Defendants hereby submit their final list of admitted exhibits. This list has been provided to counsel for Plaintiffs prior to filing. Counsel for Plaintiffs do not contest its accuracy.

| State Defendant Exhibit # | Description |
|---|---|
| Ex. 3 | TDF Waste Management Plan Overview |
| Ex. 7 | E.O. 23-03 |
| Ex. 12 | Google Earth Imagery of Pre-Construction |
| Ex. 28 | Memo. of Agreement between ICE and FHP (Feb. 7, 2025) |
| Ex. 30 | Decl. of T. Giles (July 2, 2025)[1] |
| Ex. 31 | Decl. of I. Gadea-Gudicelli (July 21, 2025) |
| Ex. 32 | Decl. of I. Gadea-Gudicelli (Aug. 2, 2025) |
| Ex. 44 | Decl. of D. Richardson (July 2, 2025) |
| Ex. 60 | Decl. of I. Gadea-Guidicelli (Aug. 11, 2025) |

---

[1] All declarations on this list are admitted along with the exhibits attached thereto.

| Ex. 62 | Decl. of M. Moore (Aug. 11, 2025) |
| --- | --- |
| Ex. 63 | Decl. of J. Kinnebrew (Aug. 6, 2025) |

| **Federal Defendants Exhibit #** | **Description** |
| --- | --- |
| Ex. 7 | Decl. of S. Fuentes (Aug. 12, 2025) |

Dated: August 15, 2025

Respectfully submitted,

*s/ Jesse Panuccio*
Jesse Panuccio (FBN 31401)
Evan Ezray (FBN 1008228)
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Jesse Panuccio*
Jesse Panuccio
