## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

FRIENDS OF THE EVERGLADES, INC.,
a Florida 501(c)(3) not-for-profit corporation,
and CENTER FOR BIOLOGICAL
DIVERSITY, a 501(c)(3) nonprofit organization,

      Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as
Secretary of the UNITED STATES
DEPARTMENT OF HOMELAND SECURITY;
TODD LYONS, in his official capacity as Acting
Director of the UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; KEVIN GUTHRIE, in his
official capacity as Executive Director of the
FLORIDA DIVISION OF EMERGENCY
MANAGEMENT; and MIAMI-DADE
COUNTY, a political subdivision of the State of
Florida,

      Defendants.

_____/

CIVIL DIVISION

CASE NO. 1:25-CV-22896-KMW

## NOTICE OF CONFIRMATION REGARDING
## THE ADMISSION OF TRIBE'S EXHIBITS 10, 13, AND 14

NOTICE IS GIVEN that the Miccosukee Tribe of Indians of Florida (the "Tribe") confirms that the Tribe's Exhibits 10, 13, and 14, were admitted as cross-examination exhibits pursuant to the parties' agreement.

These exhibits were marked as "subject to confirmation in the transcript" in Plaintiffs' and Intervenor-Plaintiff's Final List of Admitted Exhibits (D.E. 123). The transcript of proceedings on August 12, 2025 confirms that the aforementioned exhibits were admitted. (*See* Aug. 12 Hrg. Tr. at 235:5-7.) In addition, on August 18, 2025, the Tribe conferred with counsel for Florida Division of Emergency Management ("FDEM") to confirm the foregoing.

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that, on August 14, 2025, the undersigned and counsel for Defendant FDEM agreed to note in Plaintiffs' and Intervenor-Plaintiff's Final List of Admitted Exhibits (D.E. 123) that the Tribe's Exhibits 10, 13, and 14 were "subject to confirmation in transcript." On August 18, 2025, the undersigned met and conferred with counsel for Defendant FDEM to confirm that these Exhibits were admitted.

By: /s/ *Christopher Ajizian*
Christopher Ajizian, Esq.

Dated: August 18, 2025

Respectfully submitted,

**CHRISTOPHER AJIZIAN, P.A.**

By: /s/ *Christopher Ajizian*
Christopher Ajizian, Esq.
Florida Bar No. 1010170
chris@ajizianlaw.com
1101 Brickell Avenue
Suite S-700
Miami, FL 33131
Tel: (305) 699-5001

-and-

**TODD R. FRIEDMAN, P.A.**
Todd R. Friedman, Esq.
Fla. Bar No. 97919
1101 Brickell Avenue
Suite S-700
Miami, Florida 33131
786-536-7190
todd@toddfriedmanpa.com
*Counsel for Intervenor-Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on August 18, 2025 a true and correct copy of the foregoing was filed on the

Court's CM/ECF filing system and thereby served by email on counsel of record.

By: <u>/s/ *Christopher Ajizian*   </u>
Christopher Ajizian, Esq.