UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.
_____/

**DEFENDANT KEVIN GUTHRIE'S NOTICE OF APPEAL**

Notice is hereby given that Defendant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this case on August 21, 2025 (Doc. 131). A copy of the August 21, 2025 Order is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: August 21, 2025 | Respectfully submitted, |
| James Uthmeier<br>  *Attorney General of Florida*<br>Jeffrey Paul DeSousa (FBN 110951)<br>  *Acting Solicitor General*<br>Nathan A. Forrester (FBN 1045107)<br>  *Chief Deputy Solicitor General*<br>Robert S. Schenck (FBN 1044532)<br>  *Assistant Solicitor General*<br>**Office of the Attorney General**<br>The Capitol, PL-01<br>Tallahassee, FL 32399<br>jeffrey.desousa@myfloridalegal.com | s/ *Jesse Panuccio*<br>Jesse Panuccio (FBN 31401)<br>Evan Ezray (FBN 1008228)<br>David Costello (FBN 1004952)<br>**BOIES SCHILLER FLEXNER LLP**<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, Florida 33301<br>jpanuccio@bsfllp.com<br><br>*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

s/ *Jesse Panuccio*
Jesse Panuccio
