# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

**SCOTT A. HIAASEN**
shiaasen@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

August 22, 2025

*<u>Via Federal Express</u>*

U.S. District Court
400 North Miami Ave.
Room 8N09
Miami, FL 33128

**Re:** *Friends of the Everglades, Inc., et al. v. Noem, et al.,* **Case No. 25-22896-CV-WILLIAMS**

To Whom It May Concern:

This firm represents the Plaintiffs in the above-referenced action.

Enclosed please find a check for $100.00 to post the injunction bond pursuant to the preliminary injunction entered by the Court in this matter on August 21, 2025.  *See* ECF No. 131.

If you have any questions, please do not hesitate to call me or my assistant Loisset Dulzaides-Perez at the phone number listed above.

We appreciate your prompt attention to this matter.

Sincerely,

*/s/ Scott Hiaasen*

Scott Hiaasen

SAH/ldp
Enclosure

**COFFEY BURLINGTON PL - LEGAL COSTS**

4086

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| U.S. Courts 08/22/2025 | Bond/Case No. 25-CV- 22896, Friends of the Everglades v. Noem | 2446.016 | 100.00 | | 100.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: | Ded: | Net: |
|---|---|---|---|---|---|
| 08/22/2025 | 4086 | | 100.00 | 0.00 | 100.00 |



COFFEY BURLINGTON PL
LEGAL COSTS
2601 SOUTH BAYSHORE DR PH 1
MIAMI, FL 33133
305-858-2900

07/07

4086
63-460/660
01

GROVE BANK & TRUST
2701 SOUTH BAYSHORE DRIVE
MIAMI, FLORIDA 33133

DATE 08/22/2025     CHECK     AMOUNT ****$100.00

*** ONE HUNDRED & 00/100 DOLLARS

PAY TO THE ORDER OF   U.S. Courts

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

ORIGIN ID:JDMA  (305) 858-2900
SCOTT A. HIAASEN
COFFEY BURLINGTON, P.L.
2601 S BAYSHORE DR
PH1
MIAMI, FL 33133
UNITED STATES US

SHIP DATE: 22AUG25
ACTWGT: 1.00 LB
CAD: 5353192/INET4535

BILL SENDER

TO  **US COURTS**

**400 NORTH MIAMI AVENUE**
**8N09**
**MIAMI FL 33128**
(305) 523-5100         REF: 2446.016
INV:
PO:                    DEPT:




MON - 25 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 8837 8830 7498
0201

33128
FL-US  MIA

3C MPBA

