UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 25-cv-22896-JEM

FRIENDS OF THE EVERGLADES, INC., et al.

    Plaintiffs,

and

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,

    Plaintiff-Intervenor,

v.

KRISTI NOEM, et al.,

    Defendants.

## **FEDERAL DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL**

Federal Defendants Kristi Noem and Todd Lyons, in their official capacities, hereby give notice that they appeal under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Eleventh Circuit from the Order issued in this case on August 21, 2025, Dkt. 131. A copy of the August 21, 2025 Order is attached as Exhibit 1.

Respectfully submitted on August 23, 2025.

                        ADAM R.F. GUSTAFSON
                        Acting Assistant Attorney General

                        PETER M. TORSTENSEN, JR.
                        Deputy Assistant Attorney General

                        *s/   Hayley A. Carpenter*
                        HAYLEY A. CARPENTER
                        (CA Bar No.  312611)
                        Trial Attorney
                        Natural Resources Section
                        Environment and Natural Resources
                        Division

United States Department of Justice
Ben Franklin Station

P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0242
hayley.carpenter@usdoj.gov

*Counsel for Kristi Noem, in her official capacity as Director of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*