UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., et al.,

       Plaintiffs,

vs.

KRISTI NOEM, *et al.* in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida;

       Defendants,

and

THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,

       Plaintiff/Intervenors.

## DECLARATION OF MAXWELL A. FROST

1. My name is Maxwell A. Frost. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the facts set forth herein.

2. I serve as a United States Member of Congress representing the 10th District of Florida, which includes parts of Orange County.

Exhibit A

3. On Wednesday, August 20, 2025, I toured the immigration detention facility at the Dade Collier Training and Transition Airport, which the State of Florida has dubbed "Alligator Alcatraz" (the "TNT site"). This was my second time touring the TNT site.

4. I observed diesel fuel tanker trucks and propane tanks on the TNT site which were used to provide fuel storage capacity. I saw trucks that were marked "TMI" on the side.

5. I also observed that silt fencing was inconsistently placed on the TNT site. For instance, I observed propane tanks, power generators and fuel storage tanks that were placed in open areas with no silt fencing around them. In one instance, I observed, near a food preparation tent, several generators lined up behind the tent in front of the tree line.  A trailer was leaking some sort of liquid directly onto a paved area in front of the tree line where there was no silt fencing. There were more generators across the entire facility than I could count. The silt fencing was also knocked down in areas. I saw diesel tanker trucks with no silt fencing around them. There were many power distribution lines crisscrossing the site.

6. Black and gray water was stored in tankers positioned along grassy areas.  I was informed that black and gray water is hauled off site on a regular basis.

7. I was informed that there were approximately 1,900 individuals employed at the site about half of which were on site at any given time. The detention tents hold 250 detainees per tent. In processing areas, there were many guards, much more than when I visited last.

8. I was initially informed by FDEM staff during the tour that the number of detainees at the TNT site at the time was approximately 300. Later, I spoke with a contractor employed by CRS who represented himself as the TNT site project manager for CRS who said that there were currently around 350 detainees at the site. I was able to observe a whiteboard on

Exhibit A

which was written the current count of detainees at the time of the tour. On the whiteboard was written "336."

9. I asked about hurricane planning and was told that a plan existed to move detainees to other predetermined locations in the event of a storm, some of which are out of state. I was told this information is publicly available.

10. The current capacity at the site is for 2,000 detainees.

11. According to the deputy FDEM incident commander on site who identified himself as "Tim," the initial plan was that detainees would be held on site for no longer than 14 days. The CRS contractor, however, said that ICE had since advised that it only had need for 72 hour holds, and that most detainees were there for no longer than 72 hours.

12. In response to my questions about who determines who comes in and out of the site, and how long individuals are held there, the deputy FDEM incident commander Tim said that "ICE controls it, not us." The CRS employee likewise indicated that ICE decides everything.

I declare under penalty of perjury that the foregoing is true and correct and was executed on August 25, 2025, in the State of Florida.

*Maxwell Alejandro Frost*

_____
Maxwell A. Frost

Exhibit A