Generated: Aug 26, 2025 10:40AM												Page 1/1



# U.S. District Court

### Florida Southern - Miami

Receipt Date: Aug 26, 2025 10:40AM

COFFEY BURLINGTON PLO
2601 SOUTH BAYSHORE DR
PH 1
MIAMI, FL 33133

| Rcpt. No: 306985 | | Trans. Date: Aug 26, 2025 10:40AM | | | Cashier ID: #VT (1899) | |
|---|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DFLS125CV022896 /001<br>FBO: FRIENDS OF THE EVERGLADES, INC., et al., | 1 | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #4086 | 08/22/2025 | | $100.00 |
| | | | Total Due Prior to Payment: | | $100.00 |
| | | | Total Tendered: | | $100.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 1:25-cv-22896-KMW REMITTER: COFFEY BURLINGTON PL 2601 SOUTH BAYSHORE DR PH1 MIAMI, FL 33133 BOND PER ORDER OF THE COURT (DE#131)

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.