## DECLARATION OF DR. ANNA V. ESKAMANI

1. My name is Dr. Anna V. Eskamani, and I make this declaration on personal knowledge.

2. I serve as a member of the Florida House of Representatives, representing State House District 42, which is in Orange County, Florida.

3. I served a request for public records on the Florida Division of Emergency Management (the "Division") pursuant to Florida's Public Records Act, and in response, on Tuesday, August 26, 2025, I received a June 20, 2025 email string among the General Counsel for DHS, James Percival, and officials with the Florida Attorney Generals' office and the Division. Attached to this declaration as exhibit A is a true and accurate copy of the email string produced by the Division in response to my public records request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2025.

_____
Dr. Anna V. Eskamani

Exhibit 1

 **Outlook**

**Re: 287g Facilities in Florida**

| | |
|---|---|
| From | David Dewhirst <David.Dewhirst@myfloridalegal.com> |
| Date | Fri 6/20/2025 7:53 PM |
| To | PERCIVAL, JAMES <JAMES.PERCIVAL@hq.dhs.gov>; Kevin Guthrie <Kevin.Guthrie@em.myflorida.com> |
| Cc | EDGAR, TROY <S2TDE@hq.dhs.gov>; BARROW, CLARK <CLARK.BARROW@hq.dhs.gov>; Sheahan, Madison <Madison.Sheahan@ice.dhs.gov>; Guy, Joseph <Joseph.Guy@hq.dhs.gov> |

You don't often get email from david.dewhirst@myfloridalegal.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Received and confirmed. I've copied Florida DEM Director Guthrie here. Thank you.

Executive Director Guthrie, please see the email below from DHS leadership. I know you're eager to immediately get to work.

——
David Dewhirst
*Chief of Staff*
Florida Attorney General James Uthmeier

Get Outlook for iOS

---

**From:** PERCIVAL, JAMES <JAMES.PERCIVAL@hq.dhs.gov>
**Sent:** Friday, June 20, 2025 7:46:56 PM
**To:** David Dewhirst <David.Dewhirst@myfloridalegal.com>
**Cc:** EDGAR, TROY <S2TDE@hq.dhs.gov>; BARROW, CLARK <CLARK.BARROW@hq.dhs.gov>; Sheahan, Madison <Madison.Sheahan@ice.dhs.gov>; Guy, Joseph <Joseph.Guy@hq.dhs.gov>
**Subject:** 287g Facilities in Florida

Dave,

Good seeing you today.

As discussed with Attorney General Uthmeier, this email confirms DHS's interest in working with you to detain aliens under 287g in facilities provided by Florida. If you go forward, we will work out a method of partial reimbursement.

Jimmy

<span style="color:red">**Exhibit A to Exhibit 1 (Declaration of Hon Dr Anna V Eskamnai)**</span>