UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE**
Clerk of Court

Appeals Section

Date:   12/31/2025

> FILED BY_____JG_____D.C.
>
> **Dec 31, 2025**
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

<u>ROA</u>

IN RE:   District Court No: 25-22896-CV-KMW

U.S.C.A No:   25-12873-JJ

Style:   Friends of the Everglades, Inc. et al v. Noem et al

Appellant Name:   TODD LYONS & KRISTI NOEM

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11th Cir. R. 11-2 and 11-3, the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

**Volume(s) of Pleadings:**                **Volumes(s) of Transcripts:**

☒Exhibits:   Envelopes: 1          Folders: 0              Boxes:  0

Description:   DE 79 - 1 USB

Sincerely,

Angela E. Noble, Clerk of Court

By: _____
Deputy Clerk

Attachment
c: court file

> Certified to be a true and
> correct copy of the document on file
> Angela E. Noble, Clerk,
> U.S. District Court.
> Southern District of Florida
> By: _____ Deputy Clerk
> Date 12|31|25

S/F A-15
Rev. 10/94

7/28/2025

☑ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080          ☐ 299 E. Broward Boulevard Ft.
Lauderdale, Fl 33301
954-769-5413          ☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

# U.S. District Court
## Southern District of Florida (Miami)
## ABRIDGED CIVIL DOCKET FOR CASE #: 1:25-cv-22896-KMW
## Internal Use Only

Friends of the Everglades, Inc. et al v. Noem et al
Assigned to: Judge Kathleen M. Williams
Case in other court: USCA, 25-12873-J
Cause: 30:0181 Environment: Review of Agency Action

Date Filed: 06/27/2025
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: Federal Question

## Plaintiff

**Friends of the Everglades, Inc.**
*a Florida 501(c)(3) not-for-profit corporation*

represented by **Alisa Ann Coe**
Earthjustice Legal Defense Fund
111 S Martin Luther King Jr. Blvd
Tallahassee, FL 32301
850-681-0031
Fax: 850-681-0020
Email: acoe@earthjustice.org
*ATTORNEY TO BE NOTICED*

**Dominique Rebecca Kate Burkhardt**
Earthjustice
4500 Biscayne Blvd.
Suite 201
Miami, FL 33137
305-440-5435
Email: dburkhardt@earthjustice.org
*ATTORNEY TO BE NOTICED*

**Scott Andrew Hiaasen**
Coffey Burlington, P.L.
2601 S. Bayshore Drive
PH 1
Miami, FL 33133
305-858-2900
Email: shiaasen@coffeyburlington.com
*ATTORNEY TO BE NOTICED*

**Tania Galloni**
4500 Biscayne Blvd
Suite 201
Miami, FL 33134
850-681-0031
Fax: 850-681-0020
Email: tgalloni@earthjustice.org
*ATTORNEY TO BE NOTICED*

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____
Deputy Clerk
Date 12/31/25

**Paul Joseph Schwiep**
Coffey Burlington, P.L.
2601 S Bayshore Drive
Penthouse
Miami, FL 33133
305-858-2900
Fax: 305-858-5261
Email: pschwiep@coffeyburlington.com
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Center for Biological Diversity**                 represented by   **Elise Pautler Bennett**
*a 501(c)(3) nonprofit organization*                                 Center for Biological Diversity
                                                                     PO Box 2155
                                                                     St. Petersburg, FL 33731
                                                                     7277556950
                                                                     Fax: 7277556950
                                                                     Email: ebennett@biologicaldiversity.org
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jason Alexander Totoiu**
                                                                     Center for Biological Diversity
                                                                     3857 Osprey Pointe Circle
                                                                     Winter Haven, FL 33884
                                                                     561-568-6740
                                                                     Email: jtotoiu@biologicaldiversity.org
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott Andrew Hiaasen**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Paul Joseph Schwiep**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

V.

<u>Intervenor Plaintiff</u>

**Miccosukee Tribe of Indians of Florida**          represented by   **Christopher Ara Ajizian**
                                                                     Christopher Ajizian P.A.
                                                                     1101 Brickell Ave
                                                                     Suite 700
                                                                     33131, Ste 700
                                                                     Miami, FL 33131
                                                                     305-699-5001
                                                                     Email: chris@ajizianlaw.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Todd Rapp Friedman**
1101 Brickell Ave
Suite S-700
Miami, FL 33131
786-536-7190
Email: todd@toddfriedmanpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kristi Noem**
*in her official capacity as Secretary of the*
*UNITED STATES DEPARTMENT OF*
*HOMELAND SECURITY*

represented by   **Adam R.F. Gustafson**
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 616-3088
Email: adam.gustafson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
United States Department of Justice
150 M St. NE
Washington, DC 20002
(202) 305-0242
Email: hayley.carpenter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlos Javier Raurell**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9243
Fax: 305-530-7139
Email: carlos.raurell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Marissa A. Piropato**
U.S. Department of Justice
150 M St. NE
Washington, DC 20002
(202) 305-0470
Email: marissa.piropato@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Lyons**
*in his official capacity as Acting Director*

represented by   **Adam R.F. Gustafson**
(See above for address)

                    

*of the UNITED STATES IMMIGRATION*
*AND CUSTOMS ENFORCEMENT*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlos Javier Raurell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa A. Piropato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Guthrie**
*in his official capacity as Executive
Director of the Florida Division of
Emergency Management*

represented by **Dante C. Ficarelli**
Boies Schiller Flexner LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
Email: dficarelli@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Matthew Costello**
Boies Schiller Flexner LLP
401 E Las Olas Blvd
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
Email: dcostello@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Evan Matthew Ezray**
Boies Schiller Flexner LLP
401 E. Las Olas Blvd.
Suite 1200
Ft. Lauderdale, FL 33301
954-377-4237
Email: eezray@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Paul DeSousa**
Florida Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3830
Email:
jeffrey.desousa@myfloridalegal.com

*ATTORNEY TO BE NOTICED*

**Jesse Michael Panuccio**
Foley & Lardner LLP
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8400
Fax: (305) 482-8600
Email: jpanuccio@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Nathan Andrew Forrester**
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32301
850-414-3300
Email:
nathan.forrester@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**Robert Scott Schenck**
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
8504143300
Fax: 850-410-2672
Email:
robert.schenck@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Miami-Dade County**
*a political subdivision of the State of Florida*

represented by **Christopher J. Wahl**
Miami-Dade County Attorney's Office
111 NW 1st Street
Suite 2810
Miami, FL 33128
(305) 375-3925
Email: wahl@miamidade.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Rizo**
Miami-Dade County Attorney's Office
111 NW 1st Street, Suite 2810
Miami, FL 33128
(305) 375-4791
Fax: (305) 375-5634
Email: rizo@miamidade.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

David Marion Murray
Miami-Dade County Attorney's Office
Aviation Division
Post Office Box 025504
Miami, FL 33102-5504
305-876-7040
Fax: 305-876-7294
Email: dmmurray@miami-airport.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Florida Immigrant Coalition**          represented by **Rebecca Ann Sharpless**
Immigration Clinic
University of Miami School of Law
1311 Miller Dr.
B400
Coral Gables, FL 33146
305-284-6092
Email: rsharpless@law.miami.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2025 | 78 | NOTICE OF CONVENTIONALLY FILING 46 MOTION for Leave to File. (wce) (Entered: 07/31/2025)   *see envelope* |