**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**No. 25-cv-22896-KMW**

FRIENDS OF THE EVERGLADES, INC., et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

**NOTICE OF POSITION ON MOTION FOR LEAVE TO AMEND**

The Court has directed Defendants to file a notice informing the Court of their positions on Plaintiffs' motion for leave to amend. Doc. 168. The undersigned is authorized to represent that Defendants do not oppose Plaintiffs' motion for leave. Plaintiffs and the Tribe have agreed that they will not contend that Defendants' consent to the motion for leave constitutes a waiver of any argument Defendants would assert in a motion to dismiss, including (but not limited to) arguments related to sovereign immunity, lack of venue, and lack of jurisdiction.

Dated: August 24, 2026

Respectfully submitted,

s/ *Jesse Panuccio*

Jesse Panuccio (FBN 31401)
Evan Ezray (FBN 1008228)
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
jpanuccio@bsfllp.com

*Counsel for Jared Perdue, in his official capacity as Acting Executive Director of the Florida Division of Emergency Management*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

s/ *Jesse Panuccio*
Jesse Panuccio