**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22896-KMW**

FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization,

Plaintiffs,

vs.

MARKWAYNE MULLIN, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA,, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CAMERON HAMILTON, in his official capacity as Administrator for the FEDERAL EMERGENCY MANAGEMENT AGENCY; DOUG BURGUM, in his official capacity as Secretary of the Interior; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service; JARED W. PERDUE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida,[1]

Defendants.

**PLAINTIFFS' NOTICE OF FILING CERTIFIED MAIL RETURN RECEIPT CARDS EVIDENCING SERVICE OF PROCESS UPON FEDERAL DEFENDANTS OF THE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT (D.E. 171)**

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David J. Venturella is substituted for Todd Lyons for U.S. Immigration and Customs Enforcement; Cameron Hamilton is substituted for Robert J. Fenton for the Federal Emergency Management Agency; and Jared W. Perdue is substituted for Kevin Guthrie for the Florida Division of Emergency Management.

Plaintiffs, FRIENDS OF THE EVERGLADES, INC. and CENTER FOR BIOLOGICAL DIVERSITY, through undersigned counsel, hereby file the attached Certified Mail Return Receipt Cards evidencing service of process of Plaintiffs' Second Amended and Supplemental Complaint for Declaratory and Injunctive Relief (D.E. 171) and Summonses upon the federal defendants in accordance with Federal Rule of Civil Procedure 4(i).

The attached return receipt cards evidence delivery of the summonses and complaint by certified mail, return receipt requested, to the required federal recipients, including, as applicable, the United States Attorney for the Southern District of Florida, the Attorney General of the United States, and the respective federal agencies and/or federal officials named as defendants.

The return receipt cards are filed as proof of service and to establish the dates on which the respective recipients received the documents served.

| | **Defendant** | **Date of Service** |
|---|---|---|
| 1. | Miami-Dade County Florida<br>Mayor Daniella Levine Cava<br>Stephen P. Clark Center<br>111 NW 1 Street<br>Miami, Florida 33128<br>Article No. 9589 0710 5270 1893 5840 70 | August 18, 2026 |
| 2. | Brian Nesvik, in his official capacity as Director of<br>U.S. Fish and Wildlife Service<br>U.S. Attorney's Office, Southern District of Florida<br>ATTN: Civil Process Clerk<br>99 NE 4 Street<br>Miami, Florida 33132<br>Article No. 9589 0710 0570 1893 5839 98 | August 19, 2026 |
| 3. | Attorney General of the United States [Brian Nesvik]<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Article No. 9589 0710 5270 1893 5840 01 | August 20, 2026 |

| | | |
|---|---|---|
| 4. | Brian Nesvik<br>Director<br>U.S. Fish and Wildlife Service<br>1849 C Street SW<br>Washington, D.C. 20472<br>Article No. 9589 0710 5270 1893 5839 81 | August 20, 2026 |
| 5. | The Honorable Doug Burgum, Secretary of the Interior<br>U.S. Department of the Interior<br>Office of the Secretary<br>1849 C Street NW9<br>Washington, D.C. 20240<br>Article No. 9589 0710 5270 1893 5840 18 | August 19, 2026 |
| 6. | Doug Burgam, in his official capacity as Secretary of the Interior<br>U.S. Attorney's Office, Southern District of Florida<br>ATTN: Civil Process Clerk<br>99 NE 4 Street<br>Miami, Florida 33132<br>Article No. 9589 0710 5270 1893 5840 25 | August 19, 2026 |
| 7. | Attorney General of the United States [Doug Burgam]<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Article No. 9589 0710 5270 1893 5840 32 | August 20, 2026 |
| 8. | Robert J. Fenton, Jr., in his official capacity as Senior Official Performing the Duties of FEMA Administrator<br>U.S. Attorney's Office, Southern District of Florida<br>ATTN: Civil Process Clerk<br>99 NE 4 Street<br>Miami, Florida 33132<br>Article No. 9589 0710 5270 1893 5840 56 | August 19, 2026 |
| 9. | Attorney General of the United States [Robert J. Fenton, Jr.]<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Article No. 9589 0710 5270 1893 5840 63 | August 20, 2026 |
| 10. | Robert J. Fenton, Jr.<br>Senior Official Performing the Duties of FEMA Administrator<br>Federal Emergency Management Agency<br>500 C Street SW<br>Washington, D.C. 20472<br>Article No. 9589 0710 5270 1893 5840 499 | September 3, 2026 |

Dated: September 15, 2026

Respectfully submitted,

EARTHJUSTICE
4500 Biscayne Boulevard, Suite 201
Miami, Florida 33137
Telephone: (305) 440-5432

By: s/ Tania Galloni
Tania Galloni, Fla. Bar No. 619221
tgalloni@earthjustice.org
Dominique Burkhardt, Fla. Bar No. 100309
dburkhardt@earthjustice.org
Alisa Coe, Fla. Bar No. 10187eli
acoe@earthjustice.org

*Counsel for Friends of the Everglades*

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900

By: s/ Paul J. Schwiep
Paul J. Schwiep, Fla. Bar No. 823244
PSchwiep@CoffeyBurlington.com
Scott Hiaasen, Fla. Bar No. 103318
SHiaasen@CoffeyBurlington.com
YVB@CoffeyBurlington.com
LPerez@CoffeyBurlington.com
service@CoffeyBurlington.com

*Counsel for Plaintiffs*

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone: (727) 755-6950

*Counsel for Center for Biological Diversity*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2026 a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will provide notice by email to all counsel of record.

s/ Paul J. Schwiep