UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FRIENDS OF THE EVERGLADES, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, et al.<br><br>Defendants. | Case No. 1:25-cv-22896-KMW |

**NOTICE OF NO OPPOSITION TO MOTION OF SOUTHEASTERN YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS (QUAKERS) FOR LEAVE TO FILE AMICUS CURIAE BRIEF [DE 166]**

SOUTHEASTERN YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS ("SEYM") respectfully notifies the Court that SEYM's Motion for Leave to File Amicus Curiae Brief, [DE 166], is ripe, and that no party has filed opposition to it. SEYM states:

1. On August 19, 2026, SEYM moved for leave to file an amicus curiae brief in support of Plaintiffs and Intervenor-Plaintiff, and attached the proposed brief as Exhibit 1 to the motion. [DE 166]. Under Local Rule 7.1(c)(1), responses were due by September 2, 2026.

2. One party responded. On August 25, 2026, Defendant Miami-Dade County filed a response stating that the County does not oppose the Court granting SEYM leave to file its amicus curiae brief. [DE 172].

3. No other party filed a response, and the time to respond passed more than six weeks ago. Under Local Rule 7.1(c)(1), the failure to serve an opposing memorandum of law "may be deemed sufficient cause for granting the motion by default."

**WHEREFORE**, SEYM respectfully asks the Court to grant the Motion for Leave to File Amicus Curiae Brief, [DE 166], and to direct the Clerk to file the brief attached to the motion as Exhibit 1 or, alternatively, order the undersigned to file the brief.

Respectfully submitted,

Dated: October 20, 2026
Miami, Florida

**DUNTON GALLAGHER LEGAL PLLC**

***/s/ Clyde Dunton-Gallagher***

**CLYDE DUNTON-GALLAGHER, ESQ.**
Florida Bar No. 122012
3390 Mary Street, Suite 116
Coconut Grove, Florida 33133
Tel: +1 424 259 3334
csdg@pm.me
csdg_service@pm.me
clyde@tutanota.com
*Counsel for Amicus Curiae SEYM*