# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

Federal Emergency Management Agency
Office of Grants Administration | Grant Programs Directorate

Re: Florida Division of Emergency Management Detention Support Grant Program Reimbursement Request

Please find attached for consideration the Florida Division of Emergency Management's request for reimbursement under the Detention Support Grant Program.

The Reimbursement Request is assembled based on overall cost categories; DSGP Guidance: Appendix A: Eligible Costs Overage and Extraordinary Costs.

Under each cost category, the package is then separated by vendor and then by invoice. An invoice listing for the vendor which includes the invoice number, the invoice amount, the amount being requested from the invoice, and the payment number for proof of payment is provided in each package.

For each invoice, the invoice line applicable to the cost being requested is identified on the invoice.

The proof of payment for each invoice is included after the invoice, reconciling to the invoice listing and the payment number identifiers.

This reimbursement request is broken down into;

**DSGP Guidance: Appendix A: Eligible Costs Overage**
The Request includes DSGP Guidance: Appendix A Eligible Costs Overage, associated with the following Appendix A Eligible Cost categories;
1) Clothing and bedding
2) Hygiene/laundry/janitorial services and supplies
3) Staff Salaries
4) Meals and beverages for detainees and some food service equipment
5) Office supplies
6) Legal and translation services
7) IT Support (does not include installation or maintenance of equipment)
8) Medical equipment and supplies

**Extraordinary Cost Categories**
The Request includes extraordinary costs associated with the following Extraordinary Cost Categories;
A: Personnel / Staffing Costs
B: Mobilization (Operational Readiness)
C: Operational Maintenance and Support, and
D: Equipment

DIVISION HEADQUARTERS
2489 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

Telephone: 850-815-4000
www.FloridaDisaster.org

FLORIDA CENTRAL OPERATIONS & COORDINATION OFFICE
660 C. Fred Jones Boulevard
Auburndale, FL 33823-6877

The overall Reimbursement Request includes the following;

- Table 1: $477,967,004.49 in total costs
  - The total is inclusive of **a reduction of $152,943,768.00** in Appendix A Eligible Cost Reimbursements received by FDEM previously. The total is inclusive of **a reduction of $54,662,599.15** submitted for reimbursement on November 12, 2026 ($43,377,374.03 in Appendix A Eligible Costs Overage and $11,285,225.12 Extraordinary Cost Categories). **These reductions ensure no duplication of benefits.**

**Table 1: Overall Costs $477,967,004.49 with reductions reflected in red.**

| | Appendix A Eligible Costs Overage | Totals |
|---|---|---|
| 1 | Clothing and bedding | $ 58,182.35 |
| 2 | Hygiene/Laundry/janitorial services and equipment | $ 68,890,621.22 |
| 3 | Staff salaries | $ 143,632,344.46 |
| 4 | Meals and beverages for detainees and some food service equipment | $ 32,555,767.16 |
| 5 | Office supplies | $ 11,127,078.41 |
| 6 | Legal and translation services | $ 2,380,380.24 |
| 7 | IT support | $ 23,580,446.27 |
| 8 | Medical Equipment and supplies (includes services) | $ 89,656,046.62 |
| | FDEM Reimbursements Received LTD | $ (152,943,768.00) |
| | Appendix A Eligible Costs Overage from September 28, 2026 RFI | $ (43,377,374.03) |
| | **TOTALS** | **$ 175,559,724.70** |
| | | |
| | **Extraordinary Cost Categories** | **Totals** |
| A | Staffing / Personnel Costs | $ 33,167,460.61 |
| B | Mobilization - Operational Readiness | $ 252,415,008.80 |
| C | Operational Maintenance and Support Costs (Daily Operations) | $ 24,052,887.50 |
| D | Equipment Costs | $ 4,057,148.00 |
| | Extraordinary Costs from September 28, 2026 RFI | $ (11,285,225.12) |
| | **TOTALS** | **$ 302,407,279.79** |
| | | |
| | **DSGP TOTALS** | **$ 477,967,004.49** |

We have included instructional documents for reviewing the Reimbursement Request, Invoice and Proof of Payment.

# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**Reimbursement Request Package Table of Contents**

**Package 1: Appendix A Eligible Costs Overage November 13, 2026, DSGP Total $477,967,004.49 Submittal.**

| Vendor | Number of Pages |
|---|---|
| CDR Health | 3,318 |
| CRS | 527 |
| Doodie Calls | 690 |
| Geo / CDR | 791 |
| Gothams | 337 |
| Granny's Alliance | 2,193 |
| IRG | 195 |
| **Total Pages** | **8,051** |

**Package 2: Extraordinary Cost Categories November 13, 2026, DSGP Total $477,967,004.49 Submittal.**

| Vendor | Number of Pages |
|---|---|
| CDR Health | 194 |
| Doodie Calls | 286 |
| Geo / CDR | 18 |
| Gothams | 63 |
| Granny's Alliance | 41 |
| IRG | 253 |
| **Total Pages** | **855** |

**Package 3: From November 12, 2026, $54,662,599.15.**
Included is a combined package for the $54,662,599.15 submitted for reimbursement on November 12, 2026 ($43,377,374.03 in Appendix A Eligible Costs Overage and $11,285,225.12 Extraordinary Cost Categories). Total pages 1,135.

| | Appendix A Eligible Costs | Totals |
|---|---|---|
| 1 | Clothing and bedding | $ - |
| 2 | Hygiene/Laundry/janitorial services and equipment | $ 3,660,965.50 |
| 3 | Staff salaries | $ 31,123,070.13 |
| 4 | Meals and beverages for detainees and some food service equipı | $ 3,702,588.27 |
| 5 | Office supplies | $ 1,680.00 |
| 6 | Legal and translation services | $ - |
| 7 | IT support | $ 2,350,062.06 |
| 8 | Medical Equipment and supplies (includes services) | $ 2,539,008.07 |
| | **TOTALS** | **$ 43,377,374.03** |
| | | |
| | **Extraordinary Cost Categories** | **Totals** |
| A | Staffing / Personnel Costs | $ - |
| B | Mobilization - Operational Readiness | $ 11,214,330.00 |
| C | Operational Maintenance and Support Costs (Daily Operations) | $ 70,895.12 |
| D | Equipment Costs | $ - |
| | **TOTALS** | **$ 11,285,225.12** |
| | | |
| | **DSGP TOTALS** | **$ 54,662,599.15** |

STATE OF FLORIDA
DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor*

**Jared W. Perdue**, *Executive Director*

**INSTRUCTIONS FOR REVIEW OF REIMBURSEMENT REQUEST**

**DSGP Guidance: Appendix A: Eligible Costs Overage**
The Reimbursement Request includes Appendix A Eligible Costs Overage, associated with the following Appendix A Eligible Cost categories;
1) Clothing and bedding
2) Hygiene/laundry/janitorial services and supplies
3) Staff Salaries
4) Meals and beverages for detainees and some food service equipment
5) Office supplies
6) Legal and translation services
7) IT Support (does not include installation or maintenance of equipment)
8) Medical equipment and supplies

For each Appendix A: Eligible Cost category an overall total is provided for consideration. Within each category, further bifurcation is provided by vendor, with the vendor invoices, including proof of payment. Each package has been bookmarked to allow ease of review of the documentation submitted.

**Highlighted Invoice Line Level Detail:** The invoices have been reviewed to the line level, with the respective line level costs identified for consideration of reimbursement. Invoice line level costs stricken through are not being requested in relation to the vendor and Appendix A Eligible Cost category.

**Extraordinary Cost Categories**
The Reimbursement Request includes extraordinary costs associated with the following Extraordinary Cost Categories;
A: Personnel / Staffing Costs
B: Mobilization (Operational Readiness)
C: Operational Maintenance and Support, and
D: Equipment

For each Extraordinary Cost Category, an overall total is provided for consideration. Within each category, further bifurcation is provided by vendor, with the vendor invoices, including proof of payment. Each package has been bookmarked to allow ease of review of the documentation submitted.

**Highlighted Invoice Line Level Detail:** The invoices have been reviewed to the line level, with the respective line level costs identified for consideration of reimbursement. Invoice line level costs stricken through are not being requested in relation to the vendor and Extraordinary Cost category.

DIVISION HEADQUARTERS
2489 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

Telephone: 850-815-4000
www.FloridaDisaster.org

FLORIDA CENTRAL OPERATIONS & COORDINATION OFFICE
660 C. Fred Jones Boulevard
Auburndale, FL 33823-6877

# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**INVOICE REVIEW EXAMPLE**

An example is provided below. This example is from the Extraordinary Cost Package for the vendor Doodie Calls. Each package will include the Cover Letter and supporting documentation related to the vendor and the costs being requested for reimbursement.

Image 1: The first page of the Cover Letter related to the specific vendor Reimbursement Request. The Cover Letter identifies the type of package (Extraordinary Cost), the vendor (Doodie Calls), the amount being request ($131,020,335.29), the Extraordinary Cost Category(ies) ( B) Mobilization – Operational Readiness) and a table reflecting the breakdown of the amount requested by Category for the vendor.

***Image 1: First Page Cover Letter***

STATE OF FLORIDA
DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**PACKAGE EXTRAORDINARY COSTS**
**Vendor: Doodie Calls**

The Florida Division of Emergency Management is requesting the reimbursement of funds for extraordinary costs pertaining to the Soft Sided South Florida Detention in the amount of **$131,020,335.29**

The breakdown reflects the operational start-up costs in the following categories;

A) Personnel Costs: All related personnel costs associated with the mobilization and operation of the South Florida Detention Facility. This includes operational readiness personnel, operational sustainment personnel, detention correctional personnel, and administrative personnel. Representing costs totaling $0.00.

B) **Mobilization - Operational Readiness**: This includes startup activities necessary to receive detainees at the South Florida Detention Facility and the North Florida Detention Facility. **Representing costs totaling $121,230,186.64.**

C) Operational Maintenance and Support Cost: All related to operational readiness, maintenance, and support costs associated with the South Florida Detention Facility and the North Florida Detention Facility. Representing costs totaling $0.00.

D) **Equipment Costs:** This includes all equipment utilized for the mobilization, operation, and demobilization of the South Florida Detention Facility and the North Florida Detention Facility. **Representing costs totaling $794,150.00.**

| Doodie Calls | | |
|---|---|---|
| **Extraordinary Cost Category** | **Extraordinary Costs** | |
| Personal Staffing | $ | **0.00** |
| Mobilization Operational Readiness | $ | **121,230,186.64** |
| Operational Maintenance and Support | $ | **0.00** |
| Equipment | $ | **794,150.00** |

DIVISION HEADQUARTERS
2489 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

Telephone: 850-815-4000
www.FloridaDisaster.org

FLORIDA CENTRAL OPERATIONS & COORDINATION OFFICE
660 C. Fred Jones Boulevard
Auburndale, FL 33823-6877

# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**Image 2:** The second page of the Cover Letter provides the listing of invoices included in the Request and the corresponding page numbers in the package. For this example, Invoice DC52 (see Image 3) is utilized.

***Image 2: Second Page Cover Letter***

STATE OF FLORIDA
DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

The Florida Division of Emergency Management is requesting the reimbursement of funds pertaining to Personnel and Staffing and Mobilization- Operational Readiness for the Soft Sided South Florida Detention Facility Vendor: Doodie Calls in the amount of **$131,020,335.29.**

- Vendor: Doodie Calls

| Invoices | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DC52 | DC87 | DC132 | DC116 | DC53 | DC215 | DC211 | DC191 | DC145 |
| DC91 | DC61 | DC120 | DC124 | DC67 | DC166 | DC195 | DC174 | DC149 |
| DC63 | DC55 | DC140 | DC128 | DC75 | DC170 | DC200 | DC161 | DC153 |
| DC99 | DC95 | DC104 | DC59 | DC73 | DC179 | DC183 | DC157 | DC77 |
| DC85 | DC108 | DC112 | DC69 | DC71 | DC206 | DC187 | DC136 | |

- Total amount invoiced: $134,237,762.64
- **Total amount associated with Extraordinary Costs: $131,020,335.29.**
- Total amount not requested for Extraordinary Cost reimbursement: $3,217,427.35

Validation Pages:

- Invoices: pp. 6,,12,18,24,30,36,42,48,54,60,66,72,78,84,90,96,102,108,114,120,126,133,139,145,151,157,163,169,175, 181,187,193,199,205,211,217,223,229,235,241,247,253,274,
- Payment Information: pp. 10,16,22,34,40,46,52,58,64,70,76,82,88,94,100,105,112,118,124,131,137,143,149,155,161,167,173,179,185,191,197,203,209,215,220,227,233,239,245,251,257,278
- Voucher Schedule: pp. 9,15,21,27,33,39,45,51,57,63,69,75,81,87,93,99,105,111,117,123,130,136,142,148,154,160,166,172,178, 184,190,196,202,208,214,220,226,232,238,244,250,256,277
- Mission: pp. 259,280
- Purchase Order: pp. 268,284

Should you have any questions, or if we can be of any assistance, please do not hesitate to contact us.

Sincerely,

Jeremy W. Smith
Bureau Chief of Financial Management
Florida Division of Emergency Management

DIVISION HEADQUARTERS
2489 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

Telephone: 850-815-4000
www.FloridaDisaster.org

FLORIDA CENTRAL OPERATIONS & COORDINATION OFFICE
660 C. Fred Jones Boulevard
Auburndale, FL 33823-6877

# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**Image 3:** Invoice DC52 reflects the highlighted costs being requested and a notation as to the cost category (Mobilization – Operational Readiness). Invoice line level costs stricken through are not being requested in relation to the vendor and Extraordinary Cost category.

***Image 3: Invoice DC52***

**Doodie Calls Inc**
PO Box 337
Osprey, FL 34229-0337
(813) 800-7667
info@doodie-calls.com

## Invoice

Florida Division of Emergency Management
Sadowski Building
2555 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

| | |
|---|---|
| **Invoice Number** | **DC52** |
| Invoice Date | 7/23/2025 |
| Due Date | 8/22/2025 |
| Customer No: | C3091 |

| Job No. | Job Location | Dates | | | PO/AFE |
|---|---|---|---|---|---|
| 00036 | South Florida Detention Center | 7/1/2025 | - | 7/12/2025 | PO-010443 |

| No. | Description | Total Uses | Unit of Measure | Unit Price | Invoice Amount |
|---|---|---|---|---|---|
| Contract | Mobilization | 1 | EACH | $ 280,000.00 | $ 280,000.00 |
| | Installation (Mob Oper Readiness) | 1 | EACH | $ 3,514,185.37 | $ 3,514,185.37 |
| | ~~Daily Maintenance Cost Block 1~~ | ~~12~~ | ~~DAILY~~ | ~~$ 99,700.00~~ | ~~$ 1,196,400.00~~ |

**PLEASE REMIT PAYMENT TO:**
DOODIE CALLS INC
PO BOX 337
OSPREY, FL 34229-0337

| | |
|---|---|
| **Subtotal** | **$ 4,990,585.37** |
| Invoice Discount | |
| Tax | |
| **Total USD:** | **$ 4,990,585.37** |

**WIRE TRANSFERS/ACH:**
JPMORGAN CHASE BANK, N.A.
ACH ROUTING: 267084131
DOMESTIC WIRE: 21000021
ACCOUNT #: 330799203

STATE OF FLORIDA
DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**PROOF OF PAYMENT REVIEW EXAMPLE**

Each Reimbursement Request Package will include a listing of invoices submitted, identifying the Category the invoice is related to. The information will also include the Invoice Number, Payment Number (Proof of Payment), Invoice Amount Paid, and Costs being Requested for Reimbursement from the Invoice.

The example follows the Invoice in Image 3. The Payment Number in the Invoice Listing (see Image 4 below) corresponds to the State Warrant Payment Number. A State Warrant is proof the payment was made from the Voucher Schedule (request to pay, Image 5 below). The State Warrant (Image 6 below) includes the Payment, Voucher, and Statewide Document Number. This allows for the Invoice to be tracked from submittal to FDEM, to review and request to be paid from FDEM (Voucher Schedule), and finally to the actual payment by the State of Florida to the vendor (State Warrant).

**Image 4:** Invoice (DC52) Listing with Payment Number (0153157), highlighted.

***Image 4: Invoice Listing (DC52 highlighted)***

| Vendor | Detention Location | Extraordinary Category Key | Category Name | Invoice Number | Payment Number | Amount Paid to Vendor (INV Total) | Extraordinary Costs from Invoice |
|---|---|---|---|---|---|---|---|
| Doodie Calls | South Florida Detention Center | (Mob oper Readiness) | Mobilization Operational Readiness | DC52 | 0153157 | $ 4,990,585.37 | $ 3,794,185.37 |
| Doodie Calls | South Florida Detention Center | (Mob oper Readiness) | Mobilization Operational Readiness | DC91 | 0366806 | $ 2,339,430.80 | $ 2,339,430.80 |
| Doodie Calls | South Florida Detention Center | (Mob oper Readiness) | Mobilization Operational Readiness | DC63 | 0366806 | $ 5,171,529.02 | $ 5,171,529.02 |
| Doodie Calls | South Florida Detention Center | (Mob oper Readiness) | Mobilization Operational | DC99 | 0366806 | $ 2,339,430.80 | $ 2,339,430.80 |
| | South Florida | (Mob oper | Mobilization Operational | | | | |

FDEM

# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**Image 5:** Voucher Schedule (Statewide Document Number D6000110547, Voucher 000480).

***Image 5: Voucher Schedule (Statewide Doc and Voucher Number highlighted)***

PAGE NO. 1

**STATE OF FLORIDA** **VOUCHER SCHEDULE** DATE 09/09/2025

S-W/Agency Voucher No. D60-0011-0547 000480 H

OLO 310000 CONTRACTUAL SERVICES VOUCHER

DEPARTMENT DIVISION OF EMERGENCY MANAGEMENT

SITE DIVISION OF EMERGENCY MANAGMENT

| VENDOR ID NUMBER OR EMPLOYEE ID | PAYEE / CONTRACT NO. / CONTRACT AMOUNT | OBJECT CODE | TRANS CODE --- INVOICE(S) --- OBJECT AMOUNT | TRANS CODE WARRANT AMOUNT |
|---|---|---|---|---|
| F831878317002 | DOODIE CALLS INC<br>DOODIE CALLS LLC<br>CNTRT: E6040 7682485.37 | 1399 | 7682485.37 | 7682485.37 |
| | | | TOTAL | TOTAL |
| ACCOUNT NAME: | EMERGENCY PREPAREDNESS AND RESP ILLEGAL MIGRATION | | | |
| ACCOUNT CODE: | 31202398001-3170010000-10516300 | | | 7682485.37 |

I hereby certify that the above transactions are in accordance with the Florida Statutes and all applicable laws and rules of the State of Florida.

APPROVED:

TITLE: Bureau Chief of Financial Management

*For State CFO Use Only*

Time In

Audited By

# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor* **Jared W. Perdue**, *Executive Director*

**Image 6:** Warrant Payment Register (Proof of Payment) with the corresponding Payment Number (0153157), Voucher Number (V000480), and Statewide Document Number (D6000110547) highlighted.

***Image 6: Warrant Payment Register (Payment Number, Voucher, and Statewide Doc Highlighted)***

PAGE 3

**PAYMENT REGISTER FOR SITE 07 RUN ON 09/17/25**
**PAYMENT DATE 2025/09/16**
**AGENCY DOCUMENT NUMBER: V000480**

| PAYMENT NUMBER | PAYMENT AMOUNT | PAYEE | STATEWIDE DOCUMENT NO. | ACCOUNT CODE | CFI |
|---|---|---|---|---|---|
| 8 0153157 | 7,682,485.37 | DOODIE CALLS INC<br>DOODIE CALLS LLC<br>739056 PO BOX<br>DALLAS TX 75373 | D6000110547 | 31202398001317001000010516300 | |

**V000480 TOTAL 7,682,485.37 *** NO. OF PAYMENTS - 3 *****

**DATE WARRANT(S) RECEIVED FROM COMPTROLLER ____________ DATE WARRANT(S) MAILED: ____________ BY: ____________**