# Record of Environmental Consideration

See FEMA Directive 108-1 and FEMA Instruction 108-1-1.

**Project Name/Number:** Florida TNT Temporary Detention Facility

**Project Location:** Dade-Collier Training and Transition Airport Ochopee, Florida (25.865451, -80.898731)

**Project Description:**
This Project is a cost reimbursement under the Fiscal Year (FY) 2025 Detention Support Grant Program (DSGP). The DSGP provides financial assistance through a U.S. Department of Homeland Security (DHS)/Federal Emergency Management Agency (FEMA, or the Agency) grant to a non-federal entity to support detaining illegal aliens in a detention environment. FEMA obligated funds to the recipient, the Florida Division of Emergency Management in the State of Florida, with a financial hold on September 30, 2025, under the DSGP. Now, the recipient seeks reimbursement from these obligated funds for extraordinary costs incurred at the Florida Dade-Collier Training and Transition (TNT) Airport Temporary Detention Facility.

The recipient may charge to the federal award the agreed upon burdened rate of $249 per detainee per day for the allowable activities documented in Appendix A of the FY 2025 DSGP Guidance (dated January 20, 2026). In the Record of Environmental Consideration (REC) signed on March 5, 2026, FEMA determined that such activities would have "no effect" on listed species or designated critical habitat because there are no consequences to listed species or critical habitat that are caused by the proposed action or consequences of other activities caused by the proposed action.

In addition, the recipient, in extraordinary circumstances as defined in the Fiscal Year 2025 Detention Support Grant Program Guidance, Appendix A (dated January 20, 2026), may submit a written request for approval of additional categories of allowable costs to FEMA in addition to the burdened rate that details the nature and amount of the costs and the justification for paying such costs in addition to the burdened rate. This REC captures activities that the recipient submitted a written request for approval for costs beyond the burdened rate. Allowable activities under this extraordinary cost request are limited and specific to the Florida TNT Temporary Detention Facility. Any request for reimbursement for a different facility or for costs outside the scope of activities documented in this REC will require a separate request from the recipient and separate environmental compliance review. The allowable costs covered in this review are limited to extraordinary administrative expenses and procurement of services. These activities have been determined not likely to impact natural or cultural resources. The activities are training courses including:

- ALS (Advanced Life Support) courses
- Fire Courses
- Jail Management System Training

As stated above, this REC captures certain extraordinary costs beyond the burdened rate. The recipient may not request reimbursement for duplicative expenses that are already accounted for in the burdened rate. Grant funds may not be used for costs of construction, installation, modification, or maintenance of structures (including permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses (chartering of aircraft, watercraft or another vehicle not specifically stated in the guidance document, international transportation of a detainee, transportation of a detainee from one DHS detention facility to another DHS detention facility's location, travel and relocation

expenses for labor (personal services)). See Fiscal Year 2025 Detention Support Grant Program Guidance, Appendix B (dated January 20, 2026).

# National Environmental Policy Act (NEPA) Determination

☐ Statutorily excluded from NEPA review. (**Review Concluded)**
☒ Categorical Exclusion - **A1, A6**
☒ No Extraordinary Circumstances exist.
Are project conditions required? ☐ YES (see section V) ☒ NO **(Review Concluded)**
☐ Extraordinary Circumstances exist (See Section IV).
☐ Extraordinary Circumstances mitigated. (See Section IV comments)
Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**
☐ Environmental Assessment required. See FONSI for determination, conditions and approval.
☐ Environmental Assessment required. See FONSI for determination, conditions and approval.

*Comments:*
The agency is applying categorical exclusions G1 and A1 to the proposed action, which is a grant of funds limited to training of personnel supporting the Florida TNT Temporary Detention Facility. As a result of the scope of the proposed action, FEMA has determined that the CATEXs below apply:

**G1** Training of homeland security personnel, including international, Tribal, State, and local agency representatives using existing facilities where the training occurs in accordance with applicable permits and other requirements for the protection of the environment. This exclusion does not apply to training that involves the use of live chemical, biological, or radiological agents except when conducted at a location designed and constructed to contain the materials used for that training. Examples include but are not limited to:
(a)Administrative or classroom training,
(b)Tactical training, including but not limited to training in explosives and incendiary devices, arson investigation and firefighting, and emergency preparedness and response,
(c)Vehicle and small boat operation training,
(d)Small arms and less-than-lethal weapons training,
(e)Security specialties and terrorist response training,
(f)Crowd control training, including gas range training,
(g)Enforcement response, self-defense, and interdiction techniques training, and
(h)Techniques for use in fingerprinting and drug analysis.

**A1** Personnel, fiscal, management, and administrative activities, such as recruiting, processing, paying, recordkeeping, resource management, budgeting, personnel actions, and travel.

*Conditions:* None

## Reviewer and Approvals

FEMA Environmental Reviewer
Name: Portia Ross

Signature/Date PORTIA M ROSS Digitally signed by PORTIA M ROSS Date: 2026.11.17 11:45:33 -05'00'

FEMA Historic Preservation Reviewer
Name: Portia Ross

Signature/Date PORTIA M ROSS Digitally signed by PORTIA M ROSS Date: 2026.11.17 11:46:09 -05'00'

FEMA Environmental Officer Reviewer or delegated approving official
Name: Portia Ross

Signature/Date PORTIA M ROSS Digitally signed by PORTIA M ROSS Date: 2026.11.17 11:46:44 -05'00'

# I. Compliance Review for Environmental Laws (other than NEPA)

## A. National Historic Preservation Act

☒ Not type of activity with potential to affect historic properties. **(Review Concluded)**
☐ Applicable executed Programmatic Agreement. Activity meets Programmatic Allowance (enter date and # in comments). . .
- ☐ Activity meets Programmatic Allowance # _____
  Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

☐ Applicable executed Programmatic Agreement (enter date in comments) **(Review Concluded)**
☐ Standard Section 106 Review

### HISTORIC BUILDINGS AND STRUCTURES

☐ No properties in the project area are 50 years or older or listed on the National Register **(Review Concluded)**
☐ Building or structure 50 years or older or listed on the National Register in the project area and activity not exempt from review.
- ☐ Determination of No Historic Properties Affected (FEMA finding/SHPO/THPO concurrence on file)
  Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**
- ☐ Determination of Historic Properties Affected (FEMA finding/SHPO/THPO concurrence on file)
  - ☐ Property a National Historic Landmark and National Park Service was provided early notification during the consultation process. If not, explain in comments
  - ☐ No Adverse Effect Determination (FEMA finding/SHPO/THPO concurrence on file).
    Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**
  - ☐ Adverse Effect Determination (FEMA finding/SHPO/THPO concurrence on file)
    - ☐ Resolution of Adverse Effect completed. (MOA on file)
      Are project conditions required ☐ YES (see section V) ☐ NO **(Review Concluded)**

### ARCHEOLOGICAL RESOURCES

☐ Project affects only previously disturbed ground. **(Review Concluded)**
☐ Project affects undisturbed ground.
- ☐ Project area has no potential for presence of archeological resources.
  - ☐ Determination of no historic properties affected (FEMA finding/SHPO/THPO concurrence or consultation on file). **(Review Concluded)**
- ☐ Project area has potential for presence of archeological resources.

☐ Determination of no historic properties affected (FEMA finding/SHPO/THPO concurrence on file).
Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

☐ Determination of historic properties affected.

☐ NR eligible resources not present (FEMA finding/SHPO/THPO concurrence on file).
Are project conditions required ☐YES (see section V) ☐ NO **(Review Concluded)**

☐ NR eligible resources present in project area. (FEMA finding/SHPO/THPO concurrence on file)

☐ No Adverse Effect Determination. (FEMA finding/ SHPO/THPO concurrence on file)
Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

☐ Adverse Effect Determination. (FEMA finding/ SHPO/THPO concurrence on file)

☐ Resolution of Adverse Effect completed. (MOA on file)
Are project conditions required? ☐ YES (see section V) ☐ NO
**(Review Concluded)**

*Comments:* Due to the administrative nature of activities, it has been determined that the allowable activities under this extraordinary cost request are not the types of activities with the potential to affect historic properties. As noted above, the scope does not cover construction, installation, modification, or maintenance of structures (including permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs under the burdened rate also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses.

## B. Endangered Species Act

☐ No listed species and/or designated critical habitat present in areas affected directly or indirectly by the federal action. **(Review Concluded)**

☒ Listed species and/or designated critical habitat present in areas affected directly or indirectly by the federal action.

☒ No effect to species or designated critical habitat. (See comments for justification) **(Review Concluded)**

☐ May affect, but not likely to adversely affect species or designated critical habitat. (FEMA determination/USFWS/NMFS concurrence on file) **(Review Concluded)**

☐ Likely to adversely affect species or designated critical habitat.

☐ Formal consultation concluded. (Biological Assessment and Biological Opinion on file)
Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

*Comments:* FEMA has determined that the proposed action would have "no effect" on listed species or designated critical habitat because there are no consequences to listed species or critical habitat that are caused by the proposed action or consequences of other activities caused by the proposed action. The proposed action would allow the recipient to request reimbursement of DSGP funds for only extraordinary administrative actions and services at the Florida TNT Temporary Detention Facility.

There are no consequences to listed species or critical habitat that are caused by the proposed action, as the use of grant funds is limited to administrative expenses for personnel training. Grant funds may not be used for costs of construction, installation, modification, or maintenance of structures (including new, permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs under this scope also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses (chartering of aircraft, watercraft or another vehicle not specifically stated in the guidance document, international transportation of a detainee, transportation of a detainee from one DHS detention facility to another DHS detention facility's location, travel and relocation expenses for labor (personal services)).

There are also no consequences of other activities caused by the proposed action to listed species or critical habitat. FEMA used the two-part causation test (see 50 CFR 402.02) to determine if the proposed FEMA action would result in effects on species. Something is considered an "effect of the action" if it would not occur but for the proposed action and it is reasonably certain to occur. The Proposed action fails the "but for" test because the reimbursement is for costs the applicant has already incurred for administrative expenses and procurement of services to support the detention facility that was constructed and fully operational prior to FEMA funding being sought. Additionally, the detention facility was constructed at the sight of the Dade-Collier Training and Transition Airport, which began construction in 1968. The site contains 900 acres of developed and operational land, and the airport had an annual service volume (ASV) of roughly 175,500 annual operations. The transportation network utilized to access the detention facility is comprised of the preexisting transportation

network used to access the airport. Any potential effect on species would have occurred without FEMA's action, as evidenced by the detention facility being fully operational before the FEMA grant program was designed. Any of the ongoing effects to species that are reasonably certain to occur, such as those caused by continued operation of lighting or traffic to the facility, are not effects of FEMA's proposed action as they were already occurring and may continue to occur regardless of FEMA's action. Also, there was no guarantee of FEMA reimbursement of the funds.

Any request for reimbursement for a different facility or for costs outside the scope of activities documented in this REC will require a separate extraordinary cost request from the recipient and separate environmental compliance review.

*Correspondence/Consultation/References:*
*Conditions:* None

## C. Coastal Barrier Resources Act

☒ Project is not on or connected to a Coastal Barriers Resource System Unit or Otherwise Protected Area. **(Review Concluded)**
☐ Project is on or connected to CBRA Unit or Otherwise Protected Area.
- ☐ Proposed action an exception under Section 3505.a.6? **(Review Concluded)**
- ☐ Proposed action not excepted under Section 3505.a.6.
  Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

*Comments:*
*Correspondence/Consultation/References:*
*Conditions:*

## D. Clean Water Act

☒ Project would not affect any water of the U.S. **(Review Concluded)**
☐ Project would affect waters, including wetlands, of the U.S.
- ☐ Project exempted as in-kind replacement or other exemption. **(Review Concluded)**
- ☐ Project requires Section 404/401/or Section 9/10 (Rivers and Harbors Act) permit, including qualification under Nationwide Permits.
  Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

*Comments:* Due to the administrative nature of activities included in the scope, it has been determined that the allowable activities under this extraordinary cost request are not the type of activity that would affect Waters of the US. As noted above, the scope does not cover construction, installation, modification, or maintenance of structures (including permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses.
*Correspondence/Consultation/References:*
*Conditions:* None

## E. Coastal Zone Management Act

☒ Project is not located in a coastal zone area and does not affect a coastal zone area. **(Review concluded)**
☐ Project is located in a coastal zone area and/or affects a coastal zone:
- ☐ State administering agency does not require consistency review. **(Review Concluded)**.
- ☐ State administering agency requires consistency review.
  Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

*Comments:*
*Correspondence/Consultation/References:*
*Conditions:*

## F. Fish and Wildlife Coordination Act

☒ Not applicable for financial assistance. **(Review Concluded)**

*Comments:*
*Correspondence/Consultation/References:*
*Conditions:*

## G. Clean Air Act

☒ Project will not result in permanent air emissions. **(Review Concluded)**
☐ Project is located in an attainment area. **(Review Concluded)**
☐ Project is located in a non-attainment area.
☐ Coordination required with applicable state administering agency.
Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

*Comments:* Due to the administrative nature of activities included in the scope, it has been determined that the allowable activities under this extraordinary cost request would not result in permanent air emissions. As noted above, the scope does not cover construction, installation, modification, or maintenance of structures (including permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses.

*Correspondence/Consultation/References:*
*Conditions:* None

## H. Farmlands Protection Policy Act

☒ Project does not affect prime or unique farmland. **(Review Concluded)**
☐ Project causes unnecessary or irreversible conversion of prime or unique farmland.
☐ Coordination with Natural Resource Conservation Commission required.
☐ Farmland Conversion Impact Rating, Form AD-1006, completed.
Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

*Comments:* Due to the administrative nature of activities included in the scope, it has been determined that the allowable activities under this extraordinary cost request would not affect prime or unique farmland. As noted above, the scope does not cover construction of structures or installation of related infrastructure (lighting, fencing, roads, power, etc.).
*Correspondence/Consultation/References:*
*Conditions:* None

## I. Migratory Bird Treaty Act

☐ Project not located within a flyway zone. **(Review Concluded)**
☒ Project located within a flyway zone.
☒ Project does not have potential to take migratory birds. **(Review Concluded)**
☐ Project has potential to take migratory birds.
☐ Contact made with USFWS
Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

*Comments:* Due to the administrative nature of activities included in the scope, it has been determined that the allowable activities under this extraordinary cost request are do not have the potential to take migratory birds. As noted above, the scope does not cover construction, installation, modification, or maintenance of structures (including permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses.
*Correspondence/Consultation/References:*
*Conditions:* None

## J. Magnuson-Stevens Fishery Conservation and Management Act

☒ Project not located in or near Essential Fish Habitat. **(Review Concluded)**
☐ Project located in or near Essential Fish Habitat.
  ☐ Project does not adversely affect Essential Fish Habitat. **(Review Concluded)**
  ☐ Project adversely affects Essential Fish Habitat. (FEMA determination/USFWS/NMFS concurrence on file)
    ☐ NOAA Fisheries provided no recommendation(s). **(Review Concluded).**
    ☐ NOAA Fisheries provided recommendation(s).
      ☐ Written reply to NOAA Fisheries recommendations completed.
      Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

| |
|---|
| *Comments:*<br>*Correspondence/Consultation/References:*<br>*Conditions:* |

## K. Wild and Scenic Rivers Act

☒ Project is not along and does not affect Wild and Scenic River. - **(Review Concluded)**
☐ Project is along or affects Wild and Scenic River.
  ☐ Project adversely affects WSR as determined by NPS/USFS. **FEMA cannot fund the action**. (NPS/USFS/USFWS/BLM consultation attached.)
  ☐ Project does not adversely affect WSR. (NPS/USFS/USFWS/BLM consultation attached.)
  Are project conditions required? ☐ YES (see section V) ☐ NO **(Review Concluded)**

| |
|---|
| *Comments:*<br>*Correspondence/Consultation/References:*<br>*Conditions:* |

## L. Other Relevant Laws and Environmental Regulations

| |
|---|
| Identify relevant law or regulations, resolution and any consultation/references such as EO 13112 Invasive Species, RCRA or State Soil & Water Conservation Laws and include any conditions by law/EO **N/A** |

# II. Compliance Review for Executive Orders

## A. E.O. 11988 - Floodplains

☐ Outside Floodplain and No Effect on Floodplains/Flood levels. **(Review Concluded)**
☒ Located in Floodplain or Effects on Floodplains/Flood levels.
  ☒ No adverse effect on floodplain and not adversely affected by the floodplain. **(Review Concluded)**
  ☐ Beneficial Effect on Floodplain Occupancy/Values. **(Review Concluded)**
  ☐ Possible adverse effects associated with investment in floodplain, occupancy or modification of floodplain environment.
    ☐ 8 Step Process Complete - documentation attached. **(Review Concluded)**

| |
|---|
| *Comments:* Due to the administrative nature of activities included in the scope it has been determined that the allowable activities under this extraordinary cost request would not have an adverse effect on floodplains or flood levels. As noted above, the scope does not cover construction, installation, modification, or maintenance of structures (including permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses.<br>*Correspondence/Consultation/References:*<br>*Conditions:* None |

## B. E.O. 11990 - Wetlands

☒ No Effects on Wetlands and Project Outside Wetlands. **(Review Concluded)**

☐ Located in Wetlands or effects on Wetlands.
- ☐ Beneficial Effect on Wetland. **(Review Concluded)**
- ☐ Possible adverse effect associated with constructing in or near wetland.
  - ☐ Review completed as part of floodplain review.
  - ☐ 8 Step Process Complete – documentation attached. **(Review Concluded)**

*Comments:* The project is not located within a wetland and due to the administrative nature of activities included in the scope, it has been determined that the allowable activities under this extraordinary cost request would not have an adverse effect on wetlands. As noted above, the scope does not cover construction, installation, modification, or maintenance of structures (including permanent buildings or temporary facilities such as tents and trailers/campers), or installation or maintenance of related infrastructure (lighting/light towers, camera towers and associated equipment, fencing, roads, power, sewer, propane tanks, generators, etc.). The allowable costs also exclude utility related costs (electric bills, storm water fees, fuel oil, etc.) and transportation expenses.
*Correspondence/Consultation/References:*
*Conditions:* None

## III. Other Environmental Issues

**Identify other potential environmental concerns in the comment box not clearly falling under a law or executive order (see environmental concerns scoping checklist for guidance).**

*Comments:* **N/A**
*Correspondence/Consultation/References:*
*Conditions:*

## IV. Extraordinary Circumstances

**Based on the review of compliance with other environmental laws and Executive Orders, and in consideration of other environmental factors, review the project for extraordinary circumstances.**

* A "Yes" under any circumstance may require an Environmental Assessment (EA) with the exception of (ii) which should be applied in conjunction with controversy on an environmental issue. If the circumstance can be mitigated, please explain in comments. If no, leave blank.

**Yes**
- ☐ (i) A potentially significant effect on public health or safety;
- ☐ (ii) A potentially significant effect on species or habitats protected by the ESA, Marine Mammal Protection Act, Migratory Bird Treaty Act, Magnuson-Stevens Fishery Conservation and Management Act, or other law protecting a species or habitat;
- ☐ (iii) A potentially significant effect on historic properties (e.g., districts, sites, buildings, structures, or objects) that are listed in or eligible for listing in the National Register of Historic Places, affects traditional cultural properties or sacred sites, or leads to the loss or destruction of a significant scientific, cultural, or historical resource;
- ☐ (iv) A potentially significant effect on an environmentally sensitive area;
- ☐ (v) A potential or threatened violation of a Federal, State, or local law or requirement imposed to protect the environment. Some examples of other requirements to consider are: a local noise control ordinance; the requirement to conform to an applicable State Implementation Plan for air quality standards; Federal, Tribal, State, or local requirements to control hazardous or toxic substances; and environmental permits;
- ☐ (vi) An effect on the quality of the human environment that is likely to be highly controversial in terms of

scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks. This also includes effects that may result from the use of new technology or unproven technology. Controversy over, including public opposition to, a proposed action absent any demonstrable potential for significant environmental impacts does not itself constitute an extraordinary circumstance;

☐ (vii) Extent to which a precedent is established for future actions with significant effects;

☐ (viii) Significantly greater scope or size than normally experienced for this category of action;

☐ (ix) Potential for significant degradation of already existing poor environmental conditions. Also, initiation of a potentially significant environmental degrading influence, activity, or effect in areas not already significantly modified from their natural condition;

☐ (x) Whether the action is related to other actions with individually insignificant, but cumulatively significant impacts.

*Comments:* The Project does not trigger any NEPA Extraordinary Circumstances as defined in this Section IV. of the REC because it would authorize the recipient to request reimbursement for extraordinary administrative costs and procurement of services only, as identified in the Project description above and in the Fiscal Year 2025 Detention Support Grant Program Guidance (dated January 20, 2026).

# V. Environmental Review Project Conditions

**General comments:** If the recipient wishes to request reimbursement for activities at a different facility or that are not included in the c scope of activities documented in this REC, they must submit a written request for FEMA/DHS approval. All such requests for additional extraordinary expenses are subject to additional review for program eligibility as well as EHP compliance review.

Project Special Conditions: **N/A**

FEMA Standard Conditions:

1. Any change to the approved scope of work will require re-evaluation for compliance with NEPA and other Laws and Executive Orders.
2. This review does not address all federal, state and local requirements. Acceptance of federal funding requires recipient to comply with all federal, state and local laws. Failure to obtain all appropriate federal, state and local environmental permits and clearances may jeopardize federal funding.
3. If ground disturbing activities occur during construction, applicant will monitor ground disturbance and if any potential archeological resources are discovered, will immediately cease construction in that area and notify the State and FEMA.

Monitoring Requirements: **None**